IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. **1:CV-00-1229** |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 17 day of **July, 2000**, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis **(Doc. 2)** is construed as a motion to proceed without full prepayment of fees and costs.

2. Said Motion is **GRANTED**.

3. The Clerk of Court is directed to serve Plaintiff's complaint (Doc. 1) in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Defendants are requested to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.[1]

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: July 17, 2000

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 17, 2000

Re: 1:00-cv-01229   Benson v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

```
cc:
Judge                              ( )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     (✓) with N/C attached to complt. and served by:
                                        U.S. Marshal (✓)   Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                        to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                             DA of County  ( )   Respondents   ( )
Bankruptcy Court                   ( )
Other_____       ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____7/17/00_____   BY: _____
                              Deputy Clerk