July 18, 2000

Clerk of Courts
United States District Court
Middle District of Pennsylvania

FILED
SCRANTON
JUL 24 2000
PER _____
DEPUTY CLERK

RE: Civil Action 1:00-cv-01229 (Benson v. Duran, et all)

To whom this may concern,

I am in reciept of your correspondence dated July 12, 2000. Within those papers was a form that read "Notice, Consent, and order of reference - Excercise of jurisdiction by a United States Magistrate Judge".

I do not consent to have a United States magistrate Judge of this district to conduct any or all of the proceedings, and will not be signing, or returning this form.

I do have an important question, however. I have, to date, proceeded with the above referenced case pro-se. I have had a difficult time trying to locate any federal provisions for an option to the assignment of counsel. My motion to proceed In Forma Pauperis

has been granted... does this have any pertinence? I have submitted this referenced case to several attorneys in my region, as well as outside, with no success. Can you please inform me of the rules in this matter?

Your time is greatly appreciated.

                Very truly yours,

                *Jason E. Benson*

                Jason E. Benson, DS16483
                S.C.I. Smithfield
                P.O. Box 999, 1120 Pike St.
                Huntingdon, PA 16652

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
*for the*
### MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue, RM. 423
P.O. Box 1148
Scranton, PA 18501-1148



**MARY E. D'ANDREA**
Clerk of Court

(717) 207-5600   FAX (717) 207-5650

Divisional Offices

Harrisburg:   (717) 221-392(
Williamsport: (717) 323-638(

July 24, 2000

TO:   Jason Benson

REFERENCE:   Benson v. Duran   Civil 00-1229

Your letter dated   7/18/00   has been received.  Please see the paragraph number checked below:

_____ 1. The Court is unable to act on the subject matter of your letter except in the context of a formal lawsuit and are in need of the proper forms with which to do so, you may get the forms by:
a. Obtaining them from your institutional library.
b. Requesting them from this office.

_____ 2. This office is unable to provide legal advice to individuals on how to proceed with a lawsuit.

_____ 3. This office does not have copies of Federal Criminal and Civil Rules of Procedure to provide to the public.  Please check your institutional library.

_____ 4. The records of this Court do not show that there is any pending case for you at this time.

_____ 5. This office does not have the information you are requesting.

_____ 6. The subject record, is in storage at the Record Center.  The cost to retrieve the case file is $25.00, in advance.

_____ 7. This office does not provide transcripts to individuals free of cost unless so ordered by the Court.  You may contact the court reporter at the address listed below to make the necessary financial arrangements or file a motion with the Judge who has your case.

__XX__ 8. A review of your letter indicates the following:
Your motion for in forma pauperis was granted on 7/17/00 and a sum was issued and given to the US Marshal for service.
This Office is unable to provide legal advice, however, you may submit to the court a request for an attorney, in the form of a motion.

Sincerely,

*Mary E. D'Andrea*
Mary E. D'Andrea, Clerk