⑧
7/25/00
CY

Mon Jul 24 16:16:36 2000

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 80572
Cashier       sylviam

Tender Type   CHECK

Check Number: 70907

Transaction Type   AR

DO Code    Div No    Acct
 4667        3      5100PL

Amount          $    8.88

SMITHFIELD

FF 00CV1229 JASON BENSON

**FILED
SCRANTON**

JUL 24 2000

bn _____

By **PER** 16:16:36 2000
_____
**DEPUTY CLERK**

Check No. 70907
Amount      8.88