David L. Schwalm, Esquire
**Thomas, Thomas & Hafer, LLP**
Attorney I.D. # 32574
305 North Front Street
P. O. Box 999
Harrisburg, PA  17108-0999
(717) 255-7643
Attorneys for  Defendants Thomas Duran; Bruce Cluck; Debra Hankey;
John Jennings; William Orth; Rae Hientzelman; David Vazquez; and Briton Shelton

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ERIC BENSON,<br>Plaintiff | CIVIL ACTION |
| v. | NO. 1:00-CV-01229 |
| THOMAS DURAN; BRUCE CLUCK;<br>DEBRA HANKEY; JOHN JENNINGS;<br>WILLIAM ORTH; RAE HIENTZELMAN;<br>DAVID VAZQUEZ; JANE/JOHN DOE;<br>WILLIAM J. STEINOUR; BRITON<br>SHELTON;<br>Defendants | Mag. Blewitt<br>FILED<br>SCRANTON<br>AUG 2 5 2000<br>PER ___ DEPUTY CLERK |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Enter the appearance of David L. Schwalm, Esquire and the law firm of Thomas, Thomas & Hafer, LLP as attorneys for Defendants Thomas Duran; Bruce Cluck; Debra Hankey; John Jennings; William Orth; Rae Hientzelman; David Vazquez; and Briton Shelton in the above captioned matter.

THOMAS, THOMAS & HAFER, LLP

_____
David L. Schwalm, Esquire
Attorney I.D. # 32574
305 North Front Street
P. O. Box 999
Harrisburg, PA  17108-0999
(717) 255-7643

Date:  August 23, 2000            Attorneys for Adams County Defendants

## CERTIFICATE OF SERVICE

I do hereby certify that on this day I served a true and correct copy of the foregoing document by first class mail, postage pre-paid, addressed to the following:

Jason Eric Benson
SCI-SM
#DS-6483
P. O. Box 999
1120 Pike Street
Huntingdon, PA 16652

THOMAS, THOMAS & HAFER, LLP

David L. Schwalm, Esquire

Date: Aug. 23, 2000

:105159.1