ORIGINAL
FILED
HARRISBURG, PA
AUG 29 2000
MARY E. D'ANDREA, CLERK
Per

⑬
8/30/00

POST & SCHELL, P.C.     ATTORNEYS FOR DEFENDANT
BY: JOHN R. KANTNER, ESQUIRE     WILLIAM J. STEINOUR, M.D.
I.D. # 75741
240 GRANDVIEW AVENUE
CAMP HILL, PA 17011
(717) 731-1970

| | |
|---|---|
| JASON ERIC BENSON,<br><br>                        Plaintiff<br><br>v.<br><br>WARDEN THOMAS DURAN,<br>DEPUTY WARDEN BRUCE CLUCK,<br>DEPUTY WARDEN DEBRA HANKEY,<br>LT. JOHN JENNINGS, LT. WILLIAM ORTH,<br>SGT. RAE HIENTZELMAN,<br>C.O. BRITON SHELTON,<br>C.O. DAVID VAZQUEZ,<br>C.O.s JANE/JOHN DOE,<br>DR. WILLIAM J. STEINOUR,<br>ADAMS COUNTY PRISON,<br><br>                        Defendants | IN THE UNITED STATES DISTRICT COURT<br>FOR THE MIDDLE DISTRICT OF<br>PENNSYLVANIA<br><br>NO. 1:CV-00-1229<br><br>(JUDGE CALDWELL)<br><br>(MAGISTRATE JUDGE BLEWITT) |

### MEMORANDUM TO COURT

TO THE CLERK:

    Please accept for filing the attached Waiver of Service of Summons on behalf of Defendant William Steinour, M.D.

                                             Respectfully submitted,

                                             POST & SCHELL, P.C.

Date: 8/29/00                      _Paul W. Grego for_____
                                           JOHN R. KANTNER, ESQUIRE
                                           ID #75741
                                           Counsel for Defendant William J. Steinour, M.D.

# WAIVER OF SERVICE OF SUMMONS

TO: _Jason Eric Benson_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Benson_ VS

_Duran, et al_, which is case number _00-1229_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-21-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_8/29/00_                              _/s/ J.R. Kantner_
DATE                                   SIGNATURE

Printed/typed name: _JOHN R. KANTNER, ESQ._

Title if any: _Attorney_

Address of Person signing: _Post + Schell P.C._

_240 Grandview Ave_

_Camp Hill PA 17011_

Party you represent: _William J. Stejnour M.D._

PHICO
NERO Claims
AUG 2 9 2000
Received

## CERTIFICATE OF SERVICE

I, John R. Kantner, Esquire, an employee of the law firm of Post & Schell, P.C., do hereby certify that on the date set forth below, I did serve a true and correct copy of foregoing document upon the following person at the following address indicated below by sending same in the United States mail, first-class, postage prepaid:

Jason Eric Benson
SCI-SM
DS-6483
PO Box 999
1120 Pike Street
Huntingdon, PA  16652

Thomas Duran, Warden
Adams County Prison
Gettysburg, PA  17325

Bruce Cluck, Deputy Warden
Adams County Prison
Gettysburg, PA  17325

Debra Hankey, Deputy Warden
Adams County Prison
Gettysburg, PA  17325

Lt. John Jennings
Adams County Prison
Gettysburg, PA  17325

Lt. William Orth
Adams County Prison
Gettysburg, PA  17325

Sgt. Rae Hientzelman
Adams County Prison
Gettysburg, PA  17325

C.O. Briton Shelton
Adams County Prison
Gettysburg, PA  17325

C.O. David Vazquez
Adams County Prison
Gettysburg, PA  17325

C.O. Jane Doe
Adams County Prison
Gettysburg, PA  17325

C.O. John Doe
Adams County Prison
Gettysburg, PA  17325

Adams County Prison
Adams County Prison
Gettysburg, PA  17325

Date: 8/29/00

_____
JOHN R. KANTNER, ESQUIRE