**POST & SCHELL, P.C.**
BY:   JOHN R. KANTNER, ESQUIRE
I.D.   # 75741
240 GRANDVIEW AVENUE
CAMP HILL, PA 17011
(717) 731-1970

ATTORNEYS FOR DEFENDANT
WILLIAM J. STEINOUR, M.D.

| | |
|---|---|
| JASON ERIC BENSON,<br><br>                         Plaintiff<br><br>v.<br><br>WARDEN THOMAS DURAN, DEPUTY WARDEN BRUCE CLUCK, DEPUTY WARDEN DEBRA HANKEY, LT. JOHN JENNINGS, LT. WILLIAM ORTH, SGT. RAE HIENTZELMAN, C.O. BRITON SHELTON, C.O. DAVID VAZQUEZ, C.O.s JANE/JOHN DOE, DR. WILLIAM J. STEINOUR, ADAMS COUNTY PRISON,<br><br>                         Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br><br>NO. 1:CV-00-1229<br><br>(JUDGE CALDWELL)<br><br>(MAGISTRATE JUDGE BLEWITT) |

### ENTRY OF APPEARANCE

**FILED**
**SCRANTON**
SEP - 6 2000

PER _____
DEPUTY CLERK

TO THE CLERK OF COURTS:

    Kindly enter my appearance on behalf of Defendant, Dr. William J. Steinour, in connection with the above-captioned matter.

Respectfully submitted,

POST & SCHELL, P.C.

*/s/ John R. Kantner*
JOHN R. KANTNER, ESQUIRE

## CERTIFICATE OF SERVICE

I, Jenny L. Colleldge, an employee of the law firm of Post & Schell, P.C., do hereby certify that on the date set forth below, I did serve a true and correct copy of foregoing document upon the following person at the following address indicated below by sending same in the United States mail, first-class, postage prepaid:

>Jason Eric Benson
>SCI-SM
>DS-6483
>PO Box 999
>1120 Pike Street
>Huntingdon, PA  16652
>
>Thomas Duran, Warden
>Adams County Prison
>Gettysburg, PA  17325
>
>Bruce Cluck, Deputy Warden
>Adams County Prison
>Gettysburg, PA  17325
>
>Debra Hankey, Deputy Warden
>Adams County Prison
>Gettysburg, PA  17325
>
>Lt. John Jennings
>Adams County Prison
>Gettysburg, PA  17325
>
>Lt. William Orth
>Adams County Prison
>Gettysburg, PA  17325
>
>Sgt. Rae Hienstzelman
>Adams County Prison
>Gettysburg, PA  17325
>
>C.O. Briton Shelton
>Adams County Prison
>Gettysburg, PA  17325

C.O. David Vazquez
Adams County Prison
Gettysburg, PA 17325

C.O. Jane Doe
Adams County Prison
Gettysburg, PA 17325

C.O. John Doe
Adams County Prison
Gettysburg, PA 17325

Adams County Prison
Adams County Prison
Gettysburg, PA 17325

Date: 9-1-00

*Jenny L. Colledge*
JENNY L. COLLEDGE

2