Cald/Blewitt

FILED
SCRANTON
SEP 07 2000
PER _____ DEPUTY CLERK

(16)
9/8/00
CJ

```
09/07/00              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                      1
TRNS-ADJ       DATE        FUND      CASE NO       DEF                      AMOUNT
***************************************************************************************************
                                     SCRANTON
80300200201    09/06/00    6855XX    3:00-OP-1     1                         -57.21
80300200202    09/06/00    5100PL                  0                           4.06
80300200203    09/06/00    0869PL                  0                           2.74
80300200204    09/06/00    5100PL                  0                           4.00
80300200205    09/06/00    5100PL                  0                          10.14
80300200206    09/06/00    5100PL                  0                          36.27
80300200301    09/06/00    6855XX    3:00-OP-1     1                         -57.92
80300200302    09/06/00    0869PL                  0                           8.00
80300200303    09/06/00    0869PL                  0                           8.83
80300200304    09/06/00    0869PL                  0                           2.00
80300200305    09/06/00    5100PL                  0                          27.97
80300200306    09/06/00    5100PL                  0                          11.12
80300200401    09/06/00    6855XX    3:00-OP-1     1                         -30.67
80300200402    09/06/00    5100PL                  0                           4.00
80300200403    09/06/00    0869PL                  0                           3.00
80300200404    09/06/00    0869PL                  0                           4.79
80300200405    09/06/00    5100PL                  0                          16.00
80300200406    09/06/00    5100PL                  0                           2.88
80300200501    09/06/00    6855XX    3:00-OP-1     1                          -4.21
80300200502    09/06/00    5100PL                  0                           4.21
80300200601    09/06/00    6855XX    3:00-OP-1     1                         -20.78
80300200602    09/06/00    0869PL                  0                          20.78
80300200701    09/06/00    6855XX    3:00-OP-1     1                         -14.02
80300200702    09/06/00    0869PL                  0                          14.02
80300200801    09/06/00    6855XX    3:00-OP-1     1                          -4.00
80300200802    09/06/00    5100PL                  0                           2.00
80300200803    09/06/00    5100PL                  0                           2.00
80300200901    09/06/00    6855XX    3:00-OP-1     1                         -96.80
80300200902    09/06/00    0869PL                  0                           8.00
80300200903    09/06/00    0869PL                  0                           8.00
80300200904    09/06/00    5100PL                  0                          47.68
80300200905    09/06/00    5100PL                  0                           4.32
80300200906    09/06/00    0869PL                  0                           5.80
80300200908    09/06/00    5100PL                  0                          20.00
80300201001    09/06/00    6855XX    3:00-OP-1     1                           3.00
80300201002    09/06/00    5100PL                  0                        -341.08
80300201003    09/06/00    0869PL                  0                          45.60
80300201004    09/06/00    5100PL                  0                          60.00
80300201005    09/06/00    0869PL                  0                          14.78
80300201006    09/06/00    5100PL                  0                          16.76
80300201007    09/06/00    5100PL                  0                           7.54
80300201008    09/06/00    5100PL                  0                          10.96
80300201009    09/06/00    0869PL                  0                           4.25
80300201010    09/06/00    5100PL                  0                          12.97
80300201011    09/06/00    5100PL                  0                           9.31
80300201012    09/06/00    0869PL                  0                           1.27
80300201013    09/06/00    5100PL                  0                           9.70
80300201014    09/06/00    5100PL                  0                           9.70
80300201015    09/06/00    0869PL                  0                           3.88
80300201016    09/06/00    5100PL                  0                          26.25
80300201017    09/06/00    0869PL                  0                          10.80
80300201018    09/06/00    5100PL                  0                          30.09
80300201019    09/06/00    5100PL                  0                          26.00
                           5100PL                                             31.00
```

T2002-5  $10.4   1:00-1221   Benson