# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON ERIC BENSON,                  :        CIVIL ACTION NO. **1:CV-00-1229**
                                    :
      Plaintiff               :        (Judge Caldwell)
                                    :
      v.                      :        (Magistrate Judge Blewitt)
                                    :
THOMAS DURAN, et al.,               :        **FILED**
                                    :        **SCRANTON**
      Defendants               :
                                             SEP 1 1 2000

### ORDER

PER _____
DEPUTY CLERK

**AND NOW**, this 11 day of **September, 2000, IT IS HEREBY ORDERED THAT:**   1 .

Plaintiff's Motion for Leave to File An Amended Complaint **(Doc. 15)** is **GRANTED**.

2. The Clerk of Court is directed to remove pages 2 through 6 of Document 15 and docket as

an Amended Complaint.

3. The Clerk of Court is further directed to remove Exhibits A through F from Document 1 and

attach them to the Amended Complaint.

4. The Clerk of Court is directed to serve the amended complaint on the new Defendants, Dr.

Long and Dr. Ellien,  and to forward a copy of same to counsel for the existing Defendants.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: September 11 , 2000

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 12, 2000

Re:  1:00-cv-01229    Benson v. Duran

True and correct copies of the attached were mailed by the clerk
to the following:

        Jason Eric Benson
        SCI-SM
        #DS-6483
        P.O. Box 999
        1120 Pike St.
        Huntingdon, PA  16652

        David L. Schwalm, Esq.
        Thomas, Thomas & Hafer, LLP
        305 North Front Street
        Sixth Floor, P.O. Box 999
        Harrisburg, PA  17108

        John R. Kantner, Esq.
        Post & Schell
        240 Grandview Ave.
        Suite 100
        Camp Hill, PA  17011

cc:
Judge                      (  )
Magistrate Judge           (  )
U.S. Marshal               (  )
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             (  ) with N/C attached to complt. and served by:
                               U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail