IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ERIC BENSON, | CIVIL ACTION NO. 1:CV-00-1229 |
| Plaintiff | |
| | (Judge Caldwell) |
| vs. | |
| | |
| THOMAS DURAN, et al., | (Magistrate Judge Blewitt) |
| Defendants | |

**ENTRY OF APPEARANCE**

FILED
HARRISBURG, PA

SEP 28 2000

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendant, Ronald Long, M.D., only.

Respectfully submitted,

LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.

Date: 9/28/00

By: _____
James D. Young, Esquire
Attorney I.D. #53904
P. O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Attorney for Defendant,
Robert Long, M.D.

# CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee of the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this _28th_ day of September, 2000, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE via U.S. First Class mail, postage prepaid, addressed as follows:

Jason Eric Benson
SCI-SM
#DS-6483
P. O. Box 999
1120 Pike Street
Huntingdon, PA 16652


John R. Kantner, Esquire
Post & Schell, P.C.
240 Grandview Avenue
Camp Hill, PA 17011
(Counsel for William J. Steinour, M.D.)


David L. Schwalm, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
Harrisburg, PA 17101
(Counsel for Thomas Duran, Bruce Cluck, Debra Hankey,
John Jennings, William Orth, Rae Hientzelman, Briton Shelton
and David Vazquez)

_____Linda L. Gustin_____
Linda L. Gustin