# WAIVER OF SERVICE OF SUMMONS

TO: Jason Eric Benson
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Benson_ VS _Duras_, which is case number _CV-00-1229_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _9-14-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_9/18/00_ DATE          _Christine R. Byler_ SIGNATURE

FILED SCRANTON
OCT 11 2000
PER _____ DEPUTY CLERK

Printed/typed name: Christine R. Byler

Title if any: Nurse/Paralegal

Address of Person signing: Wexford Health Sources, Inc.
381 Mansfield Ave., Suite 205
Pittsburgh, PA 15220

Party you represent: Dr. Ronald Long

# WAIVER OF SERVICE OF SUMMONS

RECEIVED
2000 OCT 10 PM 2: 23

TO: Jason Eric Benson
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of Benson VS

Duras, which is case number CV-00-1229 in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 9-14-00 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

10-5-00                               William G. Ellison, MD
DATE                                  SIGNATURE

Printed/typed name: William G. Ellison, MD

Title if any: Medical Director, Magellan Behavioral Health

Address of Person signing: 1573 Willow Pond Drive

Yardley, PA 19067

Party you represent: myself - defendant

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Benson
    Plaintiff
V.

CASE NUMBER: 1:00-cv-01229

Duran
    Defendant

TO:  (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    Jason Eric Benson
    SCI-SM
    #DS-6483
    P.O. Box 999
    1120 Pike St.
    Huntingdon, PA  16652

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: *Jacqueline Butterly*
    Deputy Clerk

DATE: September 13, 2000

RETURN OF SERVICE - Case #1:00-cv-01229

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|_| Served personally upon the defendant. Place where served: _____

|_| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

|_| Returned unexecuted: _____

|_| Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date                            Signature of Server

                                           Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

```
                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA


                                           SUMMONS IN A CIVIL ACTION

              PARTIES FOR CASE #1:00-cv-01229


Jason Eric Benson
        plaintiff

                v.

William Ellien
        defendant
Ronald Long
        defendant
```