# WAIVER OF SERVICE OF SUMMONS

TO: _Jason Eric Benson_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Benson_ VS _Duran, et al_, which is case number _00-1229_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-21-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_7/31/00_    _[signature]_
DATE         SIGNATURE

Printed/typed name: _THOMAS V. DURAN_

Title if any: _WARDEN_

Address of Person signing: _P.O. Box 419_
_McELHATTAN, PA 17748_

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: _Jason Eric Benson_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Benson_ VS _Duran, et al_, which is case number _00-1229_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-21-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_7/24/00_                           _[signature]_
DATE                                 SIGNATURE

Printed/typed name: _Bruce A. Cluck_

Title if any: _Deputy Warden_

Address of Person signing: _Adams Co. Prison_

_625 Biglerville Rd._

_Gettysburg, PA 17325_

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: __Jason Eric Benson__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Benson__ VS __Duran, et al__, which is case number __00-1229__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __7-21-00__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__7-24-00__  __Deborah A Hawke__
DATE   SIGNATURE

Printed/typed name: __DEBORAH A. HAWKEY__

Title if any: __WARDEN__

Address of Person signing: __Adams County Prison__
__625 Biglerville Road__
__Gettysburg, PA 17325__

Party you represent: __Self__

# WAIVER OF SERVICE OF SUMMONS

TO: _Jason Eric Benson_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Benson_ VS _Duran, et al_, which is case number _00-1229_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-21-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_7/24/00_                                _Sgt Heinzel_
DATE                                      SIGNATURE

Printed/typed name: _Raymond Heintzelman_

Title if any: _Sgt_

Address of Person signing: _Adams Co Prison_
_625 Biglerville Rd_
_Gettysburg Pa 17325_

Party you represent: _Self_

# WAIVER OF SERVICE OF SUMMONS

TO: _Jason Eric Benson_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Benson_ VS _Duran, et al_, which is case number _00-1229_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-21-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_7/27/2000_              _Briton L. Shelton II_ (signature)
DATE                      SIGNATURE

Printed/typed name: _Briton L Shelton II_

Title if any: _Corrections Officer_

Address of Person signing: _Adams County Prison_
_625 Biglerville Rd_
_Gettysburg, PA 17325_

Party you represent: _Self_

**NOTICE OF LAWSUIT AND**
**REQUEST FOR WAIVER OF SERVICE**

TO: William Orth

AS: Lt. OF Adams Co. Prison

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Middle District of Pennsylvania. The assigned docket number for this case is CV-00-1229.

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (at least 30 days, 60 days if located in a foreign country) after the date designated below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. This action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, as authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waiver the service of summons, which is set forth below.

    I affirm that this request is being sent to you on behalf of the plaintiff, this 21st day of July, 2000.

Andrea Lavelle
U.S. MARSHALS SERVICE, P. O. BOX 310, SCRANTON, PA 18501

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Benson
    Plaintiff
V.

CASE NUMBER: 1:00-cv-01229

Duran
    Defendant
_____/

TO:    (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: *Jacqueline Britterly*
    Deputy Clerk

DATE: July 18, 2000

*2000 JUL 18 PM 4:43 RECEIVED USMS, MIDDLE/PA*

See return of service sheet

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-01229

Jason Eric Benson
    plaintiff

        v.

Thomas Duran ✓
    defendant
Bruce Cluck ✓
    defendant
Debra Hankey ✓
    defendant
John Jennings ✓
    defendant
William Orth
    defendant
Rae Hientzelman ✓
    defendant
David Vazquez ✓
    defendant
Jane/John Doe
    defendant
William J. Steinour
    defendant
Briton Shelton ✓
    defendant

RETURN OF SERVICE - Case #1:00-cv-01229

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

[ ] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[✓] Returned unexecuted: Jennings, Vasquez & Orth are no longer employed at Adams Co. Prison (Process returned to USMS)

[ ] Other (specify): Service on Dr. Wm. Steinour a. Lavell will be attempted by personal service. Process was mailed, waiver never returned. al

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure