IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. BENSON | : | CIVIL ACTION |
| V. | : | NO. 1:CV-00-1229 |
| WILLIAM G. ELLIEN, M.D., et al. | : | (Judge Caldwell)<br>(Magistrate Judge Blewitt) |

FILED
SCRANTON
OCT 2 0 2000
DEPUTY CLERK

## ENTRY OF APPEARANCE AND JURY TRIAL DEMAND

TO THE CLERK COURT:

Please enter my appearance on behalf of defendant, William G. Ellien, M.D. only in connection with the above-captioned matter.

A jury trial is demanded.

MONAGHAN & GOLD, P.C.

BY: _____
ALAN S. GOLD
Attorney for Defendant,
William G. Ellien, M.D.
Atty. Id No. 23400
7837 Old York Road
Elkins Park, PA 19027
(215) 782-1800