MJ Blewitt

31

10/24/00

## PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jason Eric Benson | CV-00-1229 |
| DEFENDANT | TYPE OF PROCESS |
| Dr. William J. Steinour | S & C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dr. William J. Steinour , Gettysburg Hospital

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

147 Gettys Street    Gettysburg, Pennsylvania  17325

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jason Eric Benson,  DS-6483
SCI Smithfield
P.O. Box 999
1120 Pike Street
Huntingdon, PA.  16652

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                           Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 67 | No. 67 | Andrea Lavelle | 10/10/00 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (*complete only if different than shown above*) | | Date of Service 10/18/00 | Time 12:15 pm |
| | | Signature of U.S. Marshal or Deputy  Wayne E. Gorman |

**FILED
SCRANTON**

**OCT 2 3 2000**

PER _____
DEPUTY CLERK

| Service Fee $45.00 | Total Mileage Charges (including endeavors) 70 miles .3250 22.75 | Forwarding Fee — | Total Charges 67.75 | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

S & C Mailed. No response.
Personal Service requested.

10/18/00 -  1 DUSM · 11:30 - 12:30

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|