11/02/00              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1

TRNS-ADJ        DATE       FUND     CASE NO      DEF                    AMOUNT
********************************************************************************
                                    SCRANTON
80300206501.  11/01/00   6855XX    3:00-OP-1      1                    -60.23
80300206502.  11/01/00   0869PL                   0                     11.84
80300206503.  11/01/00   0869PL                   0                      8.18
80300206504.  11/01/00   5100PL                   0                      7.00
80300206505.  11/01/00   5100PL                   0                     14.86
80300206506.  11/01/00   5100PL                   0                     18.35
80300206601.  11/01/00   504100                   0                   -300.00
80300206602.  11/01/00   6855XX    3:00-OP-1      1                    300.00

                                              DIVISION TOTAL             0.00

T2065-5   $14.86   1:00-1229   BENSON

FILED
SCRANTON
NOV 02 2000
PER _____
       DEPUTY CLERK