IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. BENSON | : | CIVIL ACTION |
| V. | : | NO. 1:CV-00-1229 |
| WILLIAM G. ELLIEN, M.D., et al. | : | (Judge Caldwell) |
| | | (Magistrate Judge Blewitt) |

ORDER

AND NOW, this 8th day of January, 2001, it is hereby ORDERED that the Motion of William G. Ellien, M.D. for Leave to depose Jason E. Benson is GRANTED and the Warden of the State Correctional Institution at Smithfield is directed to produce Jason E. Benson for a date convenient to the Warden, counsel for William G. Ellien M.D. and counsel for codefendants, for a deposition in the above-captioned case at the State Correctional Institution at Smithfield within thirty (30) days from the date of this order.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re:   1:00-cv-01229   Benson v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

David L. Schwalm, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA  17108

John R. Kantner, Esq.
Post & Schell
240 Grandview Ave.
Suite 100
Camp Hill, PA  17011

+ Warden at Smithfield

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA  19027

James D. Young, Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P. C.
P. O. Box 12465
Harrisburg, PA  17108-1245      Fax No.: 717-233-7003