1:00cv1229

(44)

Amo
1/22/01

```
01/18/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE     FUND      CASE NO       DEF      AMOUNT
**********************************************************************
                                   SCRANTON
80300212601.  01/17/01  6855XX    3:00-OP-1       1        -5.00
80300212602.  01/17/01  086900                    0         5.00
80300212701.  01/17/01  6855XX    3:01-OP-1       1       -70.07
80300212702.  01/17/01  0869PL                    0         6.41
80300212703.  01/17/01  0869PL                    0         2.74
80300212704.  01/17/01  5100PL                    0        26.10
80300212705.  01/17/01  5100PL                    0         7.08
80300212706.  01/17/01  5100PL                    0         4.01
80300212707.  01/17/01  0869PL                    0        12.25
80300212708.  01/17/01  0869PL                    0        11.48
80300212801.  01/17/01  6855XX    3:01-OP-1       1       -59.47
80300212802.  01/17/01  5100PL                    0         5.56
80300212803.  01/17/01  0869PL                    0        33.95
80300212804.  01/17/01  0869PL                    0        10.76
80300212805.  01/17/01  5100PL                    0         9.20
80300212901.  01/17/01  6855XX    3:01-OP-1       1       -87.04
80300212902.  01/17/01  0869PL                    0         8.92
80300212903.  01/17/01  0869PL                    0         7.31
80300212904.  01/17/01  5100PL                    0         8.06
80300212905.  01/17/01  5100PL                    0        21.10
80300212906.  01/17/01  5100PL                    0        18.53
80300212907.  01/17/01  0869PL                    0        23.12

                                              DIVISION TOTAL   0.00
```

FILED
SCRANTON
JAN 1 8 2001
PER _____ DEPUTY CLERK

T2129-5   $21.10   1:00-1229   Benson