02/14/01

TRANSFER-ADJUSTMENT-FORFEITURE REPORT                1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | | AMOUNT |
|---|---|---|---|---|---|---|
| ************ | ****** | ****** | ********* | *** | | ******** |
| | | | SCRANTON | | | |
| 8030215401. | 02/13/01 | 6855XX | 3:01-OP-1 | 1 | | -9.60 |
| 8030215402. | 02/13/01 | 5100PL | | 1 | | 9.60 |
| 8030215501. | 02/13/01 | 6855XX | | 0 | | -40.45 |
| 8030215502. | 02/13/01 | 5100PL | | 0 | | 40.45 |
| 8030215601. | 02/13/01 | 6855XX | 3:01-OP-1 | 1 | | -48.53 |
| 8030215602. | 02/13/01 | 5100PL | | 1 | | 11.88 |
| 8030215603. | 02/13/01 | 5100PL | | 0 | | 6.00 |
| 8030215604. | 02/13/01 | 5100PL | | 0 | | 4.68 |
| 8030215605. | 02/13/01 | 5100PL | | 0 | | 2.88 |
| 8030215606. | 02/13/01 | 5100PL | | 0 | | 5.88 |
| 8030215607. | 02/13/01 | 5100PL | | 0 | | 17.21 |
| 8030215701. | 02/13/01 | 0869PL | 3:01-OP-1 | 1 | | -33.34 |
| 8030215702. | 02/13/01 | 0869PL | | 0 | | 5.59 |
| 8030215703. | 02/13/01 | 0869PL | | 0 | | 8.81 |
| 8030215704. | 02/13/01 | 5100PL | | 0 | | 6.76 |
| 8030215705. | 02/13/01 | 5100PL | | 0 | | 6.24 |
| 8030215706. | 02/13/01 | 0869PL | 3:01-OP-1 | 1 | | 5.94 |
| 8030215801. | 02/13/01 | 6855XX | | 0 | | -20.02 |
| 8030215802. | 02/13/01 | 5100PL | | 0 | | 6.00 |
| 8030215803. | 02/13/01 | 5100PL | | 0 | | 2.59 |
| 8030215804. | 02/13/01 | 5100PL | | 0 | | 4.00 |
| 8030215805. | 02/13/01 | 0869PL | | 0 | | 7.43 |

DIVISION TOTAL   0.00

*Handwritten:* T2158-4  $4.00  1:00-1229  Benson

FILED
SCRANTON
FEB 14 2001
PER _____
DEPUTY CLERK