OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

MARY E. D'ANDREA
Clerk of Court

Divisional Offices

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

February 14, 2001

FILED
SCRANTON
FEB 14 2001

PER _____
DEPUTY CLERK

Inmate Accounting
SCI-Smithfield
1120 Pike St
Huntingdon, PA 16652

Re: CV 00-1229
Benson v Duran, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Jason Benson, DS-6483, indicates that Mr. Benson has a balance of $91.02.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist