```
03/23/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ      DATE       FUND      CASE NO         DEF       AMOUNT
*********************************************************************************
                                   SCRANTON
80300219001.  03/22/01   0869PL                    0         -22.97
80300219002.  03/22/01   0869PL                    0           5.90
80300219003.  03/22/01   5100PL                    0          10.19
80300219004.  03/22/01   0869PL                    0           6.88
80300219101.  03/22/01   6855XX    3:01-OP-1       1         -37.14
80300219102.  03/22/01   0869PL                    0          21.00
80300219103.  03/22/01   5100PL                    0           4.14
80300219104.  03/22/01   5100PL                    0           2.00
80300219105.  03/22/01   0869PL                    0          10.00
80300219201.  03/22/01   6855XX    3:01-OP-1       1         -70.89
80300219202.  03/22/01   5100PL                    0           8.92
80300219203.  03/22/01   5100PL                    0          12.23
80300219204.  03/22/01   5100PL                    0           8.32
80300219205.  03/22/01   5100PL                    0           8.38
80300219206.  03/22/01   5100PL                    0           2.79
80300219207.  03/22/01   0869PL                    0          19.95
80300219208.  03/22/01   5100PL                    0          10.30
90300008300.  03/22/01   3875CC                    0         -26.50

                                              DIVISION TOTAL      -26.50
```

T 2191-4     $ 2.00     1:00-1229   Benson

FILED
SCRANTON
MAR 23 2001
PER _____ DEPUTY CLERK