

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. 1:CV-00-1229 |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | FILED SCRANTON |
| Defendants | : | MAY 1 2001 |

PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 1st day of **May, 2001, IT IS HEREBY ORDERED THAT:**

1. The Motion of William G. Ellien, M.D., to Strike the Response of the Plaintiff dated December 28, 2000, to William G. Ellien, M.D.'s, Motion to Dismiss **(Doc. 45)** is **DENIED**.

2. Defendant Ellien shall be afforded **ten (10) days** from the date of this Order to respond to the Plaintiff's brief dated December 28, 2000, and filed in this Court on January 9, 2001.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: May 1, 2001

```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                         May 2, 2001
```

Re:   1:00-cv-01229    Benson v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

```
Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA   16652

David L. Schwalm, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA   17108

John R. Kantner, Esq.
Post & Schell
240 Grandview Ave.
Suite 100
Camp Hill, PA   17011

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA   19027

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA   17108-1245
```

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____     ( )
                                                MARY E. D'ANDREA, Clerk

DATE: ____5/2/01____                     BY: _____
                                              Deputy Clerk
```