```
05/03/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                         1
TRNS-ADJ      DATE        FUND       CASE NO                  DEF         AMOUNT
****************************************************************************************
                                     SCRANTON
80300223001   05/02/01    6855XX     3:01-OP-1                1            -4.00
80300223002   05/02/01    0869PL                              1             4.00
80300223101   05/02/01    6855XX     3:01-OP-1                1           -13.36
80300223102   05/02/01    0869PL                              1            13.36
80300223201   05/02/01    6855XX     3:01-OP-1                1           -47.14
80300223202   05/02/01    0869PL                              0            16.35
80300223203   05/02/01    5100PL                              0             4.00
80300223204   05/02/01    5100PL                              0             6.22
80300223205   05/02/01    5100PL                              0            12.00
80300223206   05/02/01    0869PL                              1             8.57
80300223301   05/02/01    6855XX     3:01-OP-1                0          -110.34
80300223302   05/02/01    5100PL                              0             6.71
80300223303   05/02/01    5100PL                              0             7.08
80300223304   05/02/01    0869PL                              0             3.76
80300223305   05/02/01    5100PL                              0             4.08
80300223306   05/02/01    5100PL                              0             4.52
80300223307   05/02/01    5100PL                              0             6.00
80300223308   05/02/01    0869PL                              0            18.21
80300223309   05/02/01    5100PL                              0            49.69
80300223310   05/02/01    5100PL                              0            10.29
80300223401   05/02/01    6855XX     3:95-CR-211-01           1          -175.00
80300223403   05/02/01    322360                              0            35.00
80300223404   05/02/01    322360                              0            35.00
80300223405   05/02/01    322360                              0            35.00
80300223406   05/02/01    322360                              0            35.00
80300223501   05/02/01    6855XX     3:96-CR-265-01           1          -840.00
80300223502   05/02/01    6855XX     3:01-OP-1                1           840.00
80300223601   05/02/01    510000                              0           -90.00
80300223602   05/02/01    5100PL                              0            90.00
80300223603   05/02/01    086900                              0           -60.00
80300223604   05/02/01    0869PL                              0            60.00

                                                              DIVISION TOTAL    0.00
```

T2232-5   $12.00   1:00-1229   Benson

53
5/9/01
TS
Blewitt