**POST & SCHELL, P.C.**  ATTORNEYS FOR DEFENDANT
BY:  JOHN R. KANTNER, ESQUIRE  WILLIAM J. STEINOUR, M.D.
I.D.  # 75741
240 GRANDVIEW AVENUE
CAMP HILL, PA 17011
(717) 731-1970



| | |
|---|---|
| JASON ERIC BENSON,<br><br>  Plaintiff<br><br>v.<br><br>WARDEN THOMAS DURAN,<br>DEPUTY WARDEN BRUCE CLUCK,<br>DEPUTY WARDEN DEBRA HANKEY,<br>LT. JOHN JENNINGS, LT. WILLIAM ORTH,<br>SGT. RAE HIENTZELMAN,<br>C.O. BRITON SHELTON,<br>C.O. DAVID VAZQUEZ,<br>C.O.s JANE/JOHN DOE,<br>DR. WILLIAM J. STEINOUR,<br>ADAMS COUNTY PRISON,<br><br>  Defendants | IN THE UNITED STATES DISTRICT<br>COURT FOR THE MIDDLE DISTRICT<br>OF PENNSYLVANIA<br><br>NO. 1:CV-00-1229<br><br>(JUDGE CALDWELL)<br><br>(MAGISTRATE JUDGE BLEWITT) |



FILED
SCRANTON
MAY 21 2001
PER _____
DEPUTY CLERK

## MEMORANDUM TO COURT

AND NOW, comes Defendant William J. Steinour, M.D., by and through his attorneys, Post & Schell, P.C., and states as follows:

1. On or about April 25, 2001, counsel for Defendant Steinour received Answers to Plaintiff's Request for Admissions from Adams County Defendants and Defendant Ronald Long, M.D.

2. Counsel for Defendant Dr. Steinour had not been served with copies of Request for Admissions directed to these Defendants.

3. Neither Dr. Steinour nor counsel for Dr. Steinour have been served with any Request for Admissions directed to Defendant William Steinour.

Respectfully submitted,

**POST & SCHELL, P.C.**

*/s/ J. Kantner/*

EVAN BLACK, ESQUIRE
I.D. NO: 17884
JOHN KANTNER, ESQUIRE
I.D. NO: 75741

## CERTIFICATE OF SERVICE

I, Ann M. Lawson, an employee of the law firm of Post & Schell, P.C., do hereby certify that on the date set forth below, I did serve a true and correct copy of foregoing document upon the following person at the following address indicated below by sending same in the United States mail, first-class, postage prepaid:

Jason Eric Benson
SCI-SM
DS-6483
PO Box 999
1120 Pike Street
Huntingdon, PA 16652

David L. Schwalm, Esquire
Thomas, Thomas & Hafer
305 North Front Street
PO Box 999
Harrisburg, PA 17108-0999

James D. Young, Esquire
Lavery, Flaherty, Young & Patterson, P.C.
P.O. Box 1245
Harrisburg, PA 17108-1245

Alan S. Gold, Esquire
Monaghan and Gold, P.C.
7837 Old York Road
Elkins Park, PA 19027

Date: 5/17/01

ANN M. LAWSON, Legal Secretary