Jason E. Benson, #DS6483
S.C.I. Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA. 16652

FILED SCRANTON
MAY 23 2001
PER _____
DEPUTY CLERK

6-4-01

Re: 1:00-CV-01229

Dear Clerk,

Could you please send me a detailed reciept of the payments made towards my court costs since I was granted Leave to Proceed In Forma Pauperis on July 17, 2000, as the well as the balance remaining. S.C.I. Smithfield will not forward this information upon my request, and has suggested I request this information from you.

Thank You!

Jason E. Benson