**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650

*Divisional Offices*

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

**MARY E. D'ANDREA**
Clerk of Court

**FILED SCRANTON**
JUN 1 1 2001
PER _____
DEPUTY CLERK

June 11, 2001

Inmate Accounting
SCI-Smithfield
P.O. Box 999
Huntingdon, PA 16652

Re: CV 00-1229
Benson v Duran, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Jason Benson, DS-6483, indicates that Mr. Benson has a balance of $66.83.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist



6-4-01

Jason E. Benson, #DS6483
S.C.I. Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA. 16652

FILED
SCRANTON

MAY 23 2001

PER _____
DEPUTY CLERK

Re: 1:00-CV-01229

Dear Clerk,

　　Could you please send me a detailed reciept of the payments made towards my court costs since I was granted Leave to Proceed In Forma Pauperis on July 17, 2000, as the well as the balance remaining. S.C.I. Smithfield will not forward this information upon my request, and has suggested I request this information from you.

Thank You!

Jason E. Benson

Benson v. Dunn et al.         Bal. 66.83