ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON BENSON, | : | CIVIL ACTION NO. 1:CV-00-1229 |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
JUN 12 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

PLAINTIFF'S MOTION TO DISMISS THE SUIT
AGAINST Dr. WILLIAM J. STEINOUR AND C.O., DAVID VAZQUEZ

The plaintiff Jason Benson, respectfully requests that this Honorable Court, dismiss the suit against defendant's Dr. William J. Steinour, and correctional officer David Vazquez. The plaintiff believes that the above named defendants' actions are not nearly as evident as the rest of the defendants' and plaintiff cannot in good conscience burden these two men with ominous proceedings pending against them.

In essence, the law will not in it's executive capacity work a wrong. Therefore, these defendant's must be released from the laws restraints.

**WHEREFORE**, for the above stated reasons, the plaintiff respectfully requests that this Honorable Court, dismiss the action against William J. Steinour, and David Vazquez, respectively.

Respectfully submitted,

Jason E. Benson, Plaintiff

Date: June 11, 2001

CERTIFICATE OF SERVICE

I, Jason Benson, plaintiff, hereby certify that a true and correct copy of the attached document has been served on counsel by First Class Mail, on the following date designated below:

David L. Schwalm, Esquire
Thomas, Thomas & Hafer
305 North Front Street
P.O. Box 999
Harrisburg, PA 17101

Post & Schell, P.C.
John Kantner, Esquire
240 Grandview Avenue
Camp Hill, PA 17011

Date: June 11, 2001                By: _____
                                   Jason E. Benson, Plaintiff
                                   SCI-Smithfield, DS-6483
                                   P.O. Box 999, 1120 Pike St.
                                   Huntingdon, PA 16652