```
06/20/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                1

TRNS-ADJ          DATE        FUND      CASE NO          DEF        AMOUNT
*************************************************************************************

                                        SCRANTON

8030022285O1.    06/19/01    6855XX    3:01-OP-1           1        -33.23
8030022285O2.    06/19/01    0869PL                        0         20.00
8030022285O3.    06/19/01    5100PL                        0          6.08
8030022285O4.    06/19/01    5100PL                        0          6.83
8030022285O5.    06/19/01    0869PL                        0          0.32

                                           DIVISION TOTAL             0.00
```

T2285-4+5    97.15    1:00-1229    Benson

FILED
SCRANTON
JUN 20 2001
PER _____
DEPUTY CLERK

(70)
6/20/01