TO:
YOU ARE HEREBY NOTIFIED TO FILE A WRITTEN RESPONSE TO THE ENCLOSED _____ WITHIN TWENTY (20) DAYS FROM SERVICE HEREOF OR A JUDGEMENT MAY BE ENTERED AGAINST YOU
BY _____ ATTORNEY

POST & SCHELL, P.C.
ATTORNEYS AT LAW
240 GRANDVIEW AVE.
CAMP HILL, PA 17011
(717) 731-1970
FAX (717) 731-1985

WE DO HEREBY CERTIFY THAT THE WITHIN IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN THIS ACTION
BY _____ ATTORNEY

POST & SCHELL, P.C.
BY: JOHN R. KANTNER, ESQUIRE
I.D. # 75741
240 GRANDVIEW AVENUE
CAMP HILL, PA 17011
(717) 731-1970

ATTORNEYS FOR DEFENDANT
WILLIAM J. STEINOUR, M.D.



| | |
|---|---|
| JASON ERIC BENSON,<br><br>                                Plaintiff<br><br>              v.<br><br>WARDEN THOMAS DURAN,<br>DEPUTY WARDEN BRUCE CLUCK,<br>DEPUTY WARDEN DEBRA HANKEY,<br>LT. JOHN JENNINGS, LT. WILLIAM ORTH,<br>SGT. RAE HIENTZELMAN,<br>C.O. BRITON SHELTON,<br>C.O. DAVID VAZQUEZ,<br>C.O.s JANE/JOHN DOE,<br>DR. WILLIAM J. STEINOUR,<br>ADAMS COUNTY PRISON,<br><br>                              Defendants | IN THE UNITED STATES DISTRICT<br>COURT FOR THE MIDDLE DISTRICT<br>OF PENNSYLVANIA<br><br>NO. 1:CV-00-1229<br><br>(JUDGE CALDWELL) ✓<br><br>(MAGISTRATE JUDGE BLEWITT)<br><br>~~RECEIVED~~ FILED<br>SCRANTON<br><br>JUN 2 2 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

## CERTIFICATE OF SERVICE

I, John R. Kantner, Esquire, do hereby certify that on the date set forth below, I did serve a true and correct copy of Response of Defendant, William J. Steinour, M.D. to Plaintiff's Request for Production of Documents upon the following persons at the following addresses indicated below by sending same in the United States mail, first-class, postage prepaid:

                Jason Eric Benson
                        SCI-SM
                       DS-6483
                   PO Box 999
                1120 Pike Street
              Huntingdon, PA 16652

David L. Schwalm, Esquire
Thomas, Thomas & Hafer
305 North Front Street
PO Box 999
Harrisburg, PA 17108-0999

James D. Young, Esquire
Lavery, Flaherty, Young & Patterson, P.C.
P.O. Box 1245
Harrisburg, PA 17108-1245

Alan S. Gold, Esquire
Monaghan and Gold, P.C.
7837 Old York Road
Elkins Park, PA 19027

Respectfully submitted:

POST & SCHELL, P.C.

By: _____
JOHN R. KANTNER, ESQUIRE
Attorney I.D #75741
240 Grandview Avenue
Camp Hill, PA 17011
717/731-1970

Attorneys for Defendant William J. Steinour, M.D.

Date: 6/17/01