IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON E. BENSON,
    Plaintiff

vs.      :    CIVIL ACTION NO. 1:CV-00-1229

THOMAS DURAN, et al.,
    Defendant

FILED
HARRISBURG, PA

JUL 1 2 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

AND NOW, this 12th day of July, 2001, upon consideration of the Report of the United States Magistrate Judge, dated June 4, 2001, the objections of Defendant Doctors Ronald Long and William Ellien, and an independent review of the Record, it is Ordered that the Magistrate Judge's Report is adopted. It is further Ordered, pursuant to the Magistrate Judge's recommendation, that:

    1. Defendant Dr. William J. Steinour's motion to dismiss Plaintiff's amended complaint, filed October 10, 2000, (Doc. No. 22), is granted.

    2. Defendant Dr. Ronald Long's motion to dismiss Plaintiff's amended complaint, filed October 10, 2000, (Doc. No. 21), is denied.

    3. Defendant Dr. William Ellien's motion to dismiss Plaintiff's amended complaint, filed October 20, 2000, (Doc. No. 28), is denied.

4. This case is remanded to the Magistrate Judge for further proceedings.

*William W. Caldwell* (signature)
William W. Caldwell
United States District Judge