IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. **1:CV-00-1229** |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | FILED SCRANTON |
| Defendants | : | JUL 17 2001 |

### ORDER

AND NOW, this 17th day of **July, 2001, IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Dismiss the Suit Against Dr. William J. Steinour and C.O. David Vazquez **(Doc. 63)** is disposed of as follows:

1. The Motion is rendered **MOOT** as to Defendant Dr. Steinour, as the Complaint has been dismissed against him pursuant to the District Court's Order of July 12, 2001, adopting the Report and Recommendation of the undersigned.

2. The Motion is **GRANTED** as to Defendant Vazquez pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: July 17, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 17, 2001

Re:  1:00-cv-01229    Benson v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

David L. Schwalm, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA  17108

John R. Kantner, Esq.
Post & Schell
240 Grandview Ave.
Suite 100
Camp Hill, PA  17011

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA  19027

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA  17108-1245

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____           ( )
                                                MARY E. D'ANDREA, Clerk


DATE: _____7/17/01_____              BY: _____
                                          Deputy Clerk
```