IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. **1:CV-00-1229** |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | |

### ORDER

**AND NOW,** this 23rd day of **July, 2001, IT IS HEREBY ORDERED THAT:**

1. A review of Plaintiff's filing of June 1, 2001, entitled "Motion for Order Compelling Disclosure or Discovery and for Expenses and Sanctions" (Dc. 57) reveals that it is actually a motion and supporting brief.

2. Defendants shall file a response to the Motion by **August 6, 2001.**

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: July 23, 2001

FILED
SCRANTON

JUL 23 2001

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 23, 2001

Re:   1:00-cv-01229    Benson v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

David L. Schwalm, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA  17108

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA  19027

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA  17108-1245

```
cc:
Judge                            ( )              ( ) Pro Se Law Clerk
Magistrate Judge                 ( )              ( ) INS
U.S. Marshal                     ( )              ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen    ( )    PA Atty Gen ( )
                                          DA of County   ( )    Respondents ( )

Bankruptcy Court                 ( )
Other_____     ( )
                                                  MARY E. D'ANDREA, Clerk

DATE:    7/23/01                              BY:    [signature]
                                                     Deputy Clerk
```