```
07/27/01          TRANSFER-ADJUSTMENT-FORFEITURE REPORT

TRNS-ADJ      DATE       FUND      CASE NO      DEF        AMOUNT       1
******************************************************************************

                                  SCRANTON

80300261101.  07/26/01   6855XX   3:01-OP-1     1         -54.66
80300261102.  07/26/01   0869PL                 0           8.32
80300261103.  07/26/01   5100PL                 0           7.35
80300261104.  07/26/01   5100PL                 0          25.85
80300261105.  07/26/01   5100PL                 0           6.76
80300261106.  07/26/01   5100PL                 0           6.38
80300261201.  07/26/01   6855XX   3:01-OP-1     1         -28.68
80300261202.  07/26/01   0869PL                 0          15.00
80300261203.  07/26/01   0869PL                 0           5.01
80300261204.  07/26/01   5100PL                 0           5.93
80300261205.  07/26/01   0869PL                 0           2.74

                                     DIVISION TOTAL        0.00
```

Blewitt

79
80
7-50-01

FILED
SCRANTON

JUL 2 7 2001

PER _____
DEPUTY CLERK

Benson

1:00-1229

T 2612-5          $ 2.74