IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. BENSON | : | CIVIL ACTION |
| V. | : | NO. 1:CV-00-1229 |
| WILLIAM G. ELLIEN, M.D., et al. | : | (Judge Caldwell) |
| | | (Magistrate Judge Blewitt) |

## ORDER

AND NOW, this _____ day of August, 2001, it is hereby ORDERED that the Motion of William G. Ellien, M.D. for Leave to depose Jason E. Benson is GRANTED and the Warden of the State Correctional Institution at Smithfield is directed to produce Jason E. Benson for a date convenient to the Warden, counsel for William G. Ellien M.D. and counsel for codefendants, for a deposition in the above-captioned case at the State Correctional Institution at Smithfield within thirty (30) days from the date of this order.

XXXXXXXXXXXXXXXXXXXXXXXXXXX
THOMAS M. BLEWITT
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 1, 2001

Re:   1:00-cv-01229   Benson v. Duran

True and correct copies of the attached were mailed by the clerk
to the following:

Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA   16652

David L. Schwalm, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA   17108

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA   19027

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA   17108-1245

```
cc:
Judge                         ( )           ( ) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____     ( )
                                                    MARY E. D'ANDREA, Clerk

    DATE: ___1/1/01___                          BY: ___[signature]___
                                                    Deputy Clerk
```