Honorable Thomas M. Blewitt  
United States Magistrate Judge  
U.S. District Court  
235 North Washington Avenue  
P.O. Box 1148  
Scranton, PA 18501

Jason E. Benson  
DS6483   SCI-Smithfield  
1120 Pike Street  
P.O. Box 999  
Huntingdon, PA  16652



July 27, 2001

**ORIGINAL**

Re: Benson v. Duran, et al.  
1:00-cv-01229  
Civil Action

FILED  
SCRANTON  
JUL 30 2001  
PER _____  
DEPUTY CLERK

Dear Judge Blewitt:

    Please find enclosed a copy of the response to a letter I wrote to the Chief Hearing Examiner back in June, 2001. Fortunately, for me, I now know what happened to the decision of my final review, it probably was thrown away.

    I have also sent copies to the attorney's for defendant's Long, and Ellien. Thank you very much for your consideration, acumen, and time in this matter.

Sincerely,

Jason E. Benson, Plaintiff

cc: Alan Gold, Esquire  
    James Young, Esquire

jb

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

June 12, 2001

Re: DC-ADM 804 - Final Review
Grievance No. SMI-383-00

Dear Mr. Benson:

    This is in response to your letter dated June 1, 2001. After reviewing the file on the above numbered grievance, the decision to affirm the denial of your grievance was sent to the institution on December 20, 2000.

    It appears that you claim the actions of Dr. Long and Dr. Ellien were deliberately indifferent to your medical condition. There were many hours spent trying to help you and yet you continue to exhaust the medical personnels patience. You need to be greatful for all that's been done for you.

    Consequently, you failed to impress upon me that this grievance has merit. Therefore, your grievance was denied.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ:tck

cc: