IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
AUG - 9 2001
PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| JASON E. BENSON | : | CIVIL ACTION |
| V. | : | NO. 1:CV-00-1229 |
| WILLIAM G. ELLIEN, M.D., et al. | : | (Judge Caldwell)<br>(Magistrate Judge Blewitt) |

### ANSWER OF WILLIAM G. ELLIEN, M.D. TO THE MOTION FOR AN ORDER COMPELLING DISCLOSURE FOR DISCOVERY AND FOR EXPENSES AND SANCTIONS

William G. Ellien, M.D. ("Ellien") responds to the motion as follows:

1. An examination of Ellien's counsel's file shows that he never received a copy of the motion for an order compelling disclosure or discovery and for expenses and sanctions.

2. Ellien has responded to all discovery served upon him through his counsel or filed appropriate objections.

3. Benson has in the past complained about Ellien not supplying him with his medical records. Ellien has no ability to do that. He does not control the medical records of Benson only the Commonwealth of Pennsylvania can produce those records.

4. Ellien requests that Benson serve him with the motion for an order compelling disclosure or discovery and for expenses and sanctions and that he be given five days from receipt to respond.

WHEREFORE, William G. Ellien, M.D. respectfully requests that Benson serve another copy of the motion for an order compelling disclosure or discovery and for expenses and sanctions upon his counsel.

MONAGHAN & GOLD, P.C.

BY: _____
ALAN S. GOLD
Attorney for defendant,
William G. Ellien, M.D.
