**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ERIC BENSON, | CIVIL ACTION NO. **1:CV-00-1229** |
| Plaintiff | (Judge Caldwell) |
| v. | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | **FILED SCRANTON** |
| Defendants | AUG 2 4 2001 |

## ORDER



AND NOW, this 24 day of **August, 2001, IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to forward to counsel for Defendants a copy of Plaintiff's Motion and Brief for Order Compelling Disclosure or Discovery and for Expenses and Sanctions, filed June 1, 2001. (Doc. 57).

2. Defendants shall file a brief in opposition to said motion by **August 31, 2001.**

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: August 24, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 24, 2001


Re:  1:00-cv-01229   Benson v. Duran


True and correct copies of the attached were mailed by the clerk
to the following:

    Jason Eric Benson
    SCI-SM
    #DS-6483
    P.O. Box 999
    1120 Pike St.
    Huntingdon, PA   16652

    David L. Schwalm, Esq.
    Thomas, Thomas & Hafer, LLP
    305 North Front Street
    Sixth Floor, P.O. Box 999
    Harrisburg, PA   17108

    Alan S. Gold, Esq.
    Monaghan & Gold, P.C.
    7837 Old York Road
    Elkins Park, PA   19027

    James D. Young, Esq.
    Lavery & Associates, P.C.
    301 Market Street
    P.O. Box 1245
    Suite 800
    Harrisburg, PA   17108-1245

```
cc:
Judge                         (✓)           ( ) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____         ( )
                                              MARY E. D'ANDREA, Clerk

DATE:    8/24/01                      BY:    JS
                                             Deputy Clerk
```