09/26/01

TRANSFER-ADJUSTMENT-FORFEITURE REPORT                      1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| ************ | ******** | ****** | ********** | *** | ********* |
| 8030265801. | 09/25/01 | 6855XX | 3:01-OP-1 SCRANTON | 1 | -63.80 |
| 8030265802. | 09/25/01 | 0869PL | | 0 | 15.53 |
| 8030265803. | 09/25/01 | 5100PL | | 0 | 8.69 |
| 8030265804. | 09/25/01 | 5100PL | | 0 | 6.34 |
| 8030265805. | 09/25/01 | 0869PL | | 0 | 5.52 |
| 8030265806. | 09/25/01 | 5100PL | | 0 | 7.73 |
| 8030265807. | 09/25/01 | 5100PL | | 0 | 8.70 |
| 8030265808. | 09/25/01 | 0869PL | | 0 | 4.08 |
| 8030265809. | 09/25/01 | 6855XX | 3:01-OP-1 | 1 | -40.61 |
| 8030265901. | 09/25/01 | 0869PL | | 0 | 7.21 |
| 8030265902. | 09/25/01 | 0869PL | | 0 | 13.25 |
| 8030265903. | 09/25/01 | 5100PL | | 0 | 5.00 |
| 8030265904. | 09/25/01 | 5100PL | | 0 | 5.00 |
| 8030265905. | 09/25/01 | 5100PL | | 0 | 9.00 |
| 8030265906. | 09/25/01 | 0869PL | | 0 | 6.34 |
| 8030265907. | 09/25/01 | 504100 | | 0 | 2.02 |
| 8030266001. | 09/25/01 | 0869PL | | 0 | -6.00 |
| 8030266002. | 09/25/01 | 6855XX | 3:01-OP-1 | 1 | 6.00 |

DIVISION TOTAL     0.00

*Handwritten notes:*
T 2659-7  $2.02  1:00-1229 BENSON
OPEN

FILED SCRANTON
SEP 26 2001
PER _____
DEPUTY CLERK

93
10/27/01