```
08/31/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT
***************************************************************************************
TRNS-ADJ         DATE      FUND     CASE NO           DEF                        AMOUNT      1
***************************************************************************************
                                                      SCRANTON
80300262201.   08/30/01   504100    3:00-CR-346-01     1                         -50.00
80300262202.   08/30/01   6855XX    3:00-CR-346-01     1                          50.00
80300262301.   08/30/01   504100    3:00-CR-345-01     1                         -50.00
80300262302.   08/30/01   6855XX    3:00-CR-345-01     1                          50.00
80300262401.   08/30/01   0869PL    3:01-OP-1          0                          -5.10
80300262402.   08/30/01   6855XX                       0                           5.10
80300262501.   08/30/01   6855XX    3:01-OP-1          1                         -87.38
80300262502.   08/30/01   5100PL                       0                          12.28
80300262503.   08/30/01   0869PL                       0                           9.70
80300262504.   08/30/01   5100PL                       0                           9.70
80300262505.   08/30/01   0869PL                       0                           6.30
80300262506.   08/30/01   5100PL                       0                           3.61
80300262507.   08/30/01   0869PL                       0                           3.39
80300262508.   08/30/01   5100PL                       0                          23.92
80300262509.   08/30/01   0869PL                       0                          11.08
80300262510.   08/30/01   5100PL                       0                           6.14
80300262511.   08/30/01   6855XX                       0                           1.26
80300262601.   08/30/01   0869PL    3:01-OP-1          1                        -100.00
80300262602.   08/30/01   5100PL                       0                         100.00
80300262701.   08/30/01   6855XX    3:01-OP-1          1                        -145.02
80300262702.   08/30/01   5100PL                       0                           1.58
80300262703.   08/30/01   0869PL                       0                           1.58
80300262704.   08/30/01   5100PL                       0                           0.79
80300262705.   08/30/01   0869PL                       0                          24.00
80300262706.   08/30/01   5100PL                       0                           0.41
80300262707.   08/30/01   0869PL                       0                           6.37
80300262708.   08/30/01   5100PL                       0                           2.47
80300262709.   08/30/01   0869PL                       0                           2.47
80300262710.   08/30/01   5100PL                       0                           4.33
80300262711.   08/30/01   0869PL                       0                           6.59
80300262713.   08/30/01   5100PL                       0                           3.30
80300262714.   08/30/01   0869PL                       0                          14.11
80300262715.   08/30/01   5100PL                       0                           7.80
80300262716.   08/30/01   0869PL                       0                          26.32
80300262717.   08/30/01   5100PL                       0                           1.44
80300262801.   08/30/01   6855XX    3:01-OP-1          1                          41.46
80300262802.   08/30/01   0869PL                       0                         -17.24
80300262803.   08/30/01   5100PL                       0                           5.00
80300262804.   08/30/01   0869PL                       0                           2.02
80300262805.   08/30/01   5100PL                       0                           7.34
80300262901.   08/30/01   0869PL    3:01-OP-1          0                           2.88
80300262902.   08/30/01   6855PL                       0                         -51.29
80300262903.   08/30/01   0869PL                       0                           8.82
80300262904.   08/30/01   5100PL                       0                          14.94
80300262905.   08/30/01   0869PL                       0                          11.83
80300262906.   08/30/01   5100PL                       0                           7.25
80300263001.   08/30/01   504100    3:99-CR-254-01     1                           8.45
80300263002.   08/30/01   6855XX    3:01-OP-1          1                         -25.00
80300263101.   08/30/01   6855XX    3:01-OP-1          1                          25.00
80300263102.   08/30/01   5100PL    3:01-OP-1          0                         -17.00
80300263201.   08/30/01   0869PL    3:01-OP-1          0                          17.00
80300263202.   08/30/01   0869PL                       1                        -105.00
80300263301.   08/30/01   6855XX    3:01-OP-1          0                        -105.00
```

Handwritten annotations: "Blewitt" (top left); "FILED SCRANTON SEP 26 2001 PER ___ DEPUTY CLERK"; "94 9/27/01"; "REFER Blewitt"; "1:00-1229 BENSON"; "T26285 $ 2.88"