Mary E. D'Andrea
Clerk of Courts
U.S.D.C. (Mid. Dist.)
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501



FILED
SCRANTON

OCT 0 3 2001

DEPUTY CLERK

RE: Jason E. Benson v Duran, et al
No 1:CV-00-1229

Dear Madam,

Please send me five (5) supoenas with the above referenced case and action number listed.

Thank you very much for your time.

Sincerely,

Jason E. Benson
#DS6483
S.C.I. Smithfield
P.O. Box 999
1120 Pike Street
Huntingdon, PA 16652