**Law Clerk's Copy**



FILED
NOV 1 5 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ERIC BENSON,<br>Plaintiff | CIVIL ACTION |
| v. | NO. 1:00-CV-01229 |
| THOMAS DURAN; BRUCE CLUCK;<br>DEBRA HANKEY; JOHN JENNINGS;<br>WILLIAM ORTH; RAE HIENTZELMAN;<br>RONALD LONG and WILLIAM ELLIEN;<br>BRITON SHELTON; ADAMS COUNTY<br>PRISON | JUDGE CALDWELL |
| Defendants | |

### AFFIDAVIT OF DEBRA HANKEY

1. My name is Debra Hankey and I am the current Warden of the Adams County Prison.

2. On August 27, 1999, when pepper spray was used on inmate Jason Benson, I was a Deputy Warden at the Adams County Prison.

3. At the time that pepper foam was used on inmate Benson, I was in the room but was neither in charge of the officers present, nor did I make or participate in the decision to use pepper foam. Moreover, at no time did I touch or direct others to touch inmate Benson.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2001.

_____
Debra Hankey

:143894.1