Law Clerk's Copy



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 1:00-CV-01229 |
| THOMAS DURAN; BRUCE CLUCK;<br>DEBRA HANKEY; JOHN JENNINGS;<br>WILLIAM ORTH; RAE HIENTZELMAN;<br>RONALD LONG and WILLIAM ELLIEN;<br>BRITON SHELTON; ADAMS COUNTY<br>PRISON | : | JUDGE CALDWELL |
| Defendants | : | |

## AFFIDAVIT OF WILLIAM A. ORTH

1. My name is William A. Orth and I am a former Corrections Officer at the Adams County Prison.

2. On August 30, 1999, I was a Lieutenant and held a supervisory position at the Adams County Prison.

3. On August 30, 1999, sometime between 3:10 a.m. and 3:58 a.m., I was summoned by Corrections Officer Sheatler to E-Block for a disturbance involving Inmate Jason Benson.

4. Corrections Officer Sheatler told me that Inmate Benson was having some kind of problem. Benson was screaming and not responding to verbal directions. At the time, Inmate Benson appeared to be physically okay other than the fact that he was having difficulty following directions and answering questions. Approximately 20-25 minutes later, Inmate Benson appeared to be having a seizure and began to scream and suffer what appeared to be convulsions.

5. When Inmate Benson began to have what appeared to be a seizure, the Sheriff's Department was called to transport him to the hospital.

6. At approximately 5:35 a.m., Deputy Sheriff Muller arrived and transported Inmate Benson to Gettysburg Hospital where he received treatment.

7. On the morning of August 30, 1999, after Inmate Benson began to show the signs of becoming ill he was not left alone. As soon as it became apparent that Inmate Benson was having a seizure and needed medical attention, the County Sheriff's Office was called so that Benson could be transported to the hospital for care.

8. The Adams County Sherriff's Office is responsible for transporting prisoners to and from the Prison for security reasons.

9. After the Sheriff's Office was summoned, a member of the prison staff stayed with inmate Benson to make sure that he was okay. An ambulance would have been called if this had been an emergency. He did not get worse after the Sheriff's office was called. Instead, he got better and in fact, at the time Inmate Benson left the prison on August 30, 1999, to go to Gettysburg Hospital, his condition had improved and he was more responsive to questions and verbal directions.

10. Attached hereto are the official prison records documenting Inmate Benson's illness of August 30, 1999, and the prison's response to it, as well as the log documenting the time that Mr. Benson's seizure activity was noted by the prison staff.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___10/5___, 2001.

_____
William A. Orth

:139513.1

# ADAMS COUNTY PRISON
## EXTRAORDINARY OCCURRENCE REPORT

NAME: BENSON, JASON  ACP# 99-00740  DATE: August 30 1999
HOUSING AREA: E BLOCK  LOCATION OF INCIDENT: E-BLOCK Cell 1
TIME: 0310 A/M

**Brief Summary of Incident:**
(Include Staff and Inmate Names and Number) Inmate BENSON having some kind of Difficulty - he began screaming and appeared incoherent to verbal directions.

**Action and Comments:** Duty Ofc. notified Deputy Holler called for transport to ER. Inmate Benson committed to the hospital. At approx. 0600. 8-30-99. The Inmate was transported to the hospital because of the frequency of siezures and the fact that the siezures became more intense also because the inmate was unresponsive had trouble breathing and was vomiting some blood (whether or not the blood was from an injury to his mouth is unknown).

Shift Commander
Signature and I.D. No.: Lt. William A. Ortiz 61-15   Date and Time: 0736  8-30-99
Print Name: William A. Ortiz

**Report of Incident:** At the above stated time and place Inmate Benson, Jason was found lying on the floor of his cell - he was bleeding a little from the mouth. He appeared okay physically but had trouble following directions and answering questions. Lt. Orth was called. Approximately 20-25 mins later Inmate Benson, Jason - appeared to be having a seizure - again screaming he began to bleed more from the Mouth, he was difficult to wake, unrespo to questions and at some times actually had physical convulsions, until the

(over for continu)

Signature
and I.D. No.: Cher Sheatler 6125   Date and Time: 8/30/99  0722 A/M
Print Name: Cher M. Sheatler  6125

Report of Incident (Continued):

Sheriff's Dept. Arrived to transport to the hospital. Upon Deputy Sheriff's Muller's Arrival Inmate Benson, Jason Began to throw Up but was more responsive to verbal commands.

Shetler 6125

ACPF# 8

# ADAMS COUNTY PRISON
625 BIGLERVILLE ROAD
GETTYSBURG, PA 17325
PHONE: 717 – 334 – 7671
FAX: 717 – 334 – 4821

**SHIFT**
- ■ 2300 – 0700
- ☐ 0700 – 1500
- ☐ 1500 – 2300

DATE: August 30, 1999

**BLOCK AREA**

| | A | F |
|---|---|---|
| 51 | ☒ B | G |
| 4 | C | CONTROL |
| 8 | D | INTAKE |
| 2 | E | SPEC. ASSIG |

| TIME | OFFICER | REMARKS | COU |
|---|---|---|---|
| 2300 | GARDNER | COUNT / SECURITY PATROL 51 – SHEATLER SECUR. INSP. TOTAL | 51 |
| 2315 | 6125 | SECURITY PATROL C-4 D-4/4 OUT E-2 GOOD COUNTS | |
| 2320 | 6125 | Hollabaugh – OUT FOR COMM. SERVICE | |
| 2350 | 6125 | 10 MIN WARNING FOR LIGHTS OUT | |
| 0000 | 6125 | C-BLOCK TO BED, D-WAMPL/STRAUSB IN E-ASLEEP 4,6,2 SECUR. INSP | |
| 0005 | 6125 | SECURITY PATROL B-BLOCK – LIGHTS OUT/ | 50 |
| 0027 | 6125 | PATROL B – QUIET / IN RACKS | |
| 0030 | 6125 | E/D/C PATROL QUIET / ASLEEP | |
| 0033 | 6125 | D – REED, EMIG IN  D=8 | |
| 0056 | 6125 | HOLLABAUGH IN – SECURITY PATROL – ALL IN ORDER | 51 |
| 0101 | 6125 | PATROL C/D/E – IN BED/QUIET | |
| 0131 | 6125 | PATROL B BLOCK | |
| 0138 | 6125 | PATROL C/D/E QUIET / ALL APPEAR ASLEEP | |
| 0204 | 6125 | C/D/E SECURITY PATROL QUIET / ASLEEP | |
| 0209 | 6125 | B BLOCK SECURITY PATROL / ASLEEP | |
| 0234 | 6125 | C-BLOCK PATROL / SECURITY INSPECTION / 0300 COUNT -4- | 4 |
| 0238 | 6125 | D-BLOCK PATROL / SECURITY INSPECTION / 0300 COUNT -8- | 8 |
| 0240 | 6125 | E BLOCK PATROL / SECURITY INSPECTION / 0300 COUNT -2- | 2 |
| 0255 | 6125 | B BLOCK PATROL / SECURITY INSPECTION / 0300 COUNT - 51 - | 51 |
| 0315 | 6125 | COMITTMENT – CUSHMAN, K. (FEMALE) | |
| 0358 | 6125 | BENSON, JASON, CODE 4 / SEIZURES? / EMG Chrismer / Leonard Jr | |
| 0444 | 6125 | SECURITY PATROL B – QUIET C/D QUIET | |
| 0525 | 6125 | BROWN OUT INSULIN | |
| 0535 | 6125 | BROWN IN  – BENSON, JASON OUT – W/ SHERIFF | |
| 0540 | 6125 | BREAKFAST C/D/E & MEDS | |
| 0546 | 6125 | B-BLOCK – BREAKFAST | |
| 0605 | 6125 | MEDS B – ROBERTS – INSULIN | |
| 0610 | 6125 | TO – A-BLOCK | |

SUPERVISOR'S AREA CHECK – TIME & INITIAL #1 2350 WAO   TIME & INITIAL #4 _____
TIME & INITIAL #2 _____   TIME & INITIAL #5 _____
TIME & INITIAL #3 _____   TIME & INITIAL #6 _____