

FILED
HARRISBURG

NOV 1 5 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON ERIC BENSON,               :          CIVIL ACTION NO. 1:CV-00-1229
      Plaintiff          :

                :          (Judge Caldwell)

vs.                              :

                :

THOMAS DURAN, et al.,            :          (Magistrate Judge Blewitt)
      Defendants         :

## APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT, RONALD M. LONG, M.D.'S MOTION FOR SUMMARY JUDGMENT

Exhibit "A"          Unsworn Declaration of Defendant, Ronald Long, M.D.

Exhibit "B"          Pertinent portions of deposition transcript of Plaintiff, Eric Benson.

Exhibit "C"          Pertinent portions of Plaintiff, Eric Benson's prison medical records.

Respectfully submitted,

Lavery, Faherty, Young &
Patterson, P.C.

By:_____
    James D. Young, Esquire
    Atty No. 53904
    301 Market St., Suite 800
    P.O. Box 1245
DATE: ___11/15/2001___    Harrisburg, PA 17108-1245
    Attys for Defendant,
    Ronald M. Long, M.D.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON,<br>Plaintiff | : | CIVIL ACTION NO. 1:CV-00-1229 |
| | : | |
| | : | (Judge Caldwell) |
| vs. | : | |
| | : | |
| THOMAS DURAN, et al.,<br>Defendants | : | (Magistrate Judge Blewitt) |
| | : | |

## UNSWORN DECLARATION OF
## RONALD LONG, M.D.

I, Ronald Long, M.D., do hereby state under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct based upon my own personal knowledge:

1.    I am a medical doctor licensed by the Commonwealth of Pennsylvania and have been so licensed continuously since 1984.  I am Board certified in family practice and have added qualifications in geriatric medicine.



EXHIBIT
"A"

2.     Since September, 1996, Wexford Health Sources, Inc. has been the contracted medical provider at the State Correctional Institution-Smithfield ("SCI-Smithfield") to provide medical services to inmates at the facility, including utilization review and case management.

3.     I have served as the Medical Director at SCI-Smithfield from September, 1996 until the present.  I have provided medical services to inmates at SCI-Smithfield, including the examination, diagnosis and treatment of inmates at the facility.

4.     It is the policy, practice and custom of Wexford Health Sources, Inc. that all inmates are to receive reasonable and medically necessary care in accordance with state and federal law and the United States Constitution.

5.     In the ordinary course of business, SCI-Smithfield maintains prison medical records on each of the inmates incarcerated at the facility including the Plaintiff, Jason Benson.  True and correct copies of the pertinent portions of inmate Benson's prison medical records are attached as Exhibit "C" in the Appendix of Exhibits in Support of my Motion for Summary Judgment.

6.    I am personally familiar with inmate Benson's medical history as reflected in his medical records from SCI-Smithfield.

7.    At no time during Mr. Benson's incarceration at SCI-Smithfield was I ever deliberately indifferent to any serious medical need of the Plaintiff nor did I ignore any excessive and/or intolerable risk of harm to the Plaintiff.    To the contrary, throughout his incarceration at SCI-Smithfield, Mr. Benson was evaluated, monitored and treated appropriately and in accordance with acceptable medical standards.

8.    In February, 1999, inmate Benson was transferred from SCI-Camp Hill to SCI-Smithfield.  While incarcerated at SCI-Camp Hill, inmate Benson was prescribed Phenobarbitol for his seizure disorder condition.

9.    On the morning of February 24, 1999, I examined inmate Benson at SCI-Smithfield.   At that time, his neurological examination revealed that he was oriented x 3 and there were no focal findings.  Inmate Benson related that his last seizure occurred prior to Christmas, 1998, and that his past seizures had usually occurred when he was intoxicated. Given that Plaintiff had a significant past history of drug abuse; that Phenobarbitol is an addictive barbituate; that Phenobarbitol is not a good seizure medication for the long term; and given the fact that Mr. Benson's

3

seizures usually occurred when intoxicated -- an unlikely condition while incarcerated, in the exercise of my professional judgment I believed that it would be more appropriate to prescribe Dilantin for Plaintiff's seizure disorder. I discussed this matter with inmate Benson who was agreeable to the change to Dilantin. At that time, I stopped the Phenobarbitol and prescribed Dilantin, 200 mgs. two times per day. I also ordered that the Dilantin levels be tested in six weeks.

10. On March 17, 1999, I saw inmate Benson in the seizure clinic. At that time, he reported that he had no seizures, but he was complaining of two moles on his lower right abdomen. At that time, I prescribed Dilantin, 200 mgs. to be taken at 7:00 a.m. and 10:00 p.m. for six months. I also scheduled inmate Benson for removal of the moles in two weeks.

11. Inmate Benson's Dilantin levels were tested on March 18, 1999 and again on April 5, 1999. Inmate Benson continued to be seizure free and his seizure disorder condition was stable.

12. On March 31, 1999, I removed the two moles from inmate Benson's lower right abdomen. At that time, inmate Benson had no complaints concerning his seizure disorder condition.

4

13.    On June 3, 1999, Nurse Grove noted on Plaintiff's prison medical chart that "inmate has been non-compliant [with] Dilantin x 9 days". I discussed this situation with Nurse Grove and scheduled inmate Benson to be seen on my doctor line on June 4, 1999. The medication administration record sheets for May and June, 1999 indicated that inmate Benson had been non-compliant with his anti-convulsive medication for a number of days.

14.    On the morning of June 4, 1999, I examined inmate Benson who indicated that he had stopped his Dilantin for the past ten days. At that time, inmate Benson indicated, "I feel jittery when I take it and I won't take it." Inmate Benson also indicated that when he discontinued the Dilantin, that the jittery feeling was gone. At that time, I did not believe that it was medically necessary to continue the patient on the Dilantin in that he had been seizure free for six months; the patient had effectively taken himself off of the anti-convulsive medication for a number of days; and his seizure disorder condition had been stable throughout his time at SCI-Smithfield.

15.    When I discontinued inmate Benson's Dilantin on June 4, 1999, he had not been prescribed and was not taking any other medications at that time.

5

16.    On June 8, 1999, Physician Assistant Ray McMullen saw inmate Benson in the seizure clinic.  At that time, inmate Benson reported that he was doing okay and had "recently stopped Dilantin of his own choice."

17.    I did not examine, evaluate and/or treat inmate Benson again at any time between June 4, 1999 to August 24, 1999, the date of his transfer to the Adams County Prison.  Moreover, inmate Benson's prison medical chart does not indicate that there were any complaints and/or problems with respect to his seizure disorder during that time.

18.    I do not recall receiving any request for anti-convulsive medications from inmate Benson after June 4, 1999 and before his transfer to the Adams County Prison.  Even if such a request had been made, in my professional judgment, given Plaintiff's history of non-compliance with the Dilantin and the fact that he had been seizure free for more than six months, it was not medically necessary to continue the Plaintiff on Dilantin.  Moreover, in my professional judgment, there were contra-indications to prescribing Phenobarbitol at that time.  In that regard, I had just discontinued Dilantin (a more appropriate anti-convulsive medication) secondary to inmate Benson's noncompliance; the inmate had a significant history of drug abuse; and Phenobarbitol is an addictive, barbituate.  Thus,

6

even if a request was received, in my professional judgment, there was no medical need to change my previous orders discontinuing the Phenobarbitol and the Dilantin.

19.    I was unaware that inmate Benson was seen by Dr. Ellien on July 27, 1999 through the telepsyche program. Moreover, I was unaware of and had no discussions with Dr. Ellien with respect to his treatment on that date and/or any medications prescribed by Dr. Ellien at that time.

Date: 11/15/01

Ronald Long, M.D.
Medical Director
SCI-Smithfield

8

BENSON VS
ELLIEN

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2
      JASON E. BENSON,              :
 3         PLAINTIFF               :
                                    :                   SEP 17 2001
 4              VS                  :    NO. 1:CV-00-1229
                                    :                   0100-1093
 5    WILLIAM G. ELLIEN, M.D.,      :
      et al.,                       :
 6         DEFENDANTS               :
 7
 8
                 DEPOSITION OF:    JASON E. BENSON
 9
                 TAKEN BY:        DEFENDANT - DR. ELLIEN
10
                 BEFORE:          TERESA K. BEAR, REPORTER
11                                NOTARY PUBLIC
12               DATE:            AUGUST 30, 2001, 12:22 P.M.
13               PLACE:           SCI SMITHFIELD
                                  1220 PIKE STREET
14                                HUNTINGDON, PENNSYLVANIA
15
16    APPEARANCES:
17        JASON E. BENSON, PRO SE
18        MONAGHAN & GOLD, P.C.
          BY:  ALAN L. BUTKOVITZ, ESQUIRE
19
                    FOR - DEFENDANT - DR. ELLIEN
20
          LAVERY, FAHERTY, YOUNG & PATTERSON
21        BY:  JAMES D. YOUNG, ESQUIRE
22                  FOR - DEFENDANT - DR. LONG
23        THOMAS, THOMAS & HAFER
          BY:  KEVIN C. McNAMARA, ESQUIRE
24
                    FOR - ADAMS COUNTY DEFENDANTS
25
```

EXHIBIT
"B"

**BENSON, JASON**
**08/30/01**

**BENSON VS**
**ELLIEN**

---

**2**

1        TABLE OF CONTENTS
2              WITNESS
3 FOR DEFENDANT - DR. ELLIEN        DIRECT  CROSS
4 Jason E. Benson
   By Mr. Butkovitz            3      --
5  By Mr. McNamara             --     58
   By Mr. Young                --     113
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**3**

1            STIPULATION
2        It is hereby stipulated by and between counsel
3 for the respective parties that reading, signing, sealing,
4 certification and filing are waived; and that all objections
5 except as to the form of the question are reserved to the
6 time of the trial.
7
8        JASON E. BENSON, called as a witness, being
9 sworn, testified as follows:
10
11            DIRECT EXAMINATION
12
13 BY MR. BUTKOVITZ:
14     Q     Mr. Benson, my name is Alan Butkovitz. I'm
15 the attorney for Dr. Ellien. I'm going to ask you some
16 questions about the amended complaint you have filed against
17 him and his codefendants in this case. If there is anything
18 that I say that is not clear to you, would you please stop
19 me and ask me to explain it?
20     A     Sure.
21     Q     You understand that this is a deposition,
22 which means that it is a series of questions and answers
23 under oath that is being written down by this court
24 reporter?
25     A     Yes.

---

**4**

1     Q     And therefore all responses have to be verbal,
2 that gestures, shakes of the head, nods, winks cannot be
3 recorded. Do you understand that?
4     A     Yes, I do.
5     Q     And do you understand that we cannot both
6 speak at the same time so that one of us will have to stop
7 while the other is talking or otherwise it will be a jumble
8 in the notes. You are Jason Benson?
9     A     I am.
10     Q     And what is your birth date?
11     A     9/27/76.
12     Q     And your social security number?
13     A     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.
14     Q     And your inmate number?
15     A     DS6483.
16     Q     How long have you been incarcerated?
17     A     A little over three years.
18     Q     So in 1998?
19     A     Since May 23rd of 1998.
20     Q     And where were you incarcerated?
21     A     I was incarcerated in Adams County.
22     Q     When were you transferred to this facility?
23     A     In February of 1999.
24     Q     In February of 1999?
25     A     Correct.

---

**5**

1     Q     And you've been here since then?
2     A     Yes.
3     Q     What sentence are you serving?
4     A     I'm serving three to six years.
5     Q     Three to six years?
6     A     Correct.
7     Q     And what is that for?
8     A     I'd have to object to that because I don't
9 know how relevant that is.
10        MR. YOUNG: Well, we're entitled to inquire
11 into that because it may lead to the discovery of admissible
12 evidence because certain crimes would be admissible at the
13 time of trial and the only way we'll know that is if you
14 answer the questions.
15        THE WITNESS: Well, just so the objection is
16 on the record and -- I'll tell you that I was here for
17 conspiracy to robbery.
18 BY MR. BUTKOVITZ:
19     Q     Is that the only time you have ever been
20 convicted of any crime?
21     A     No.
22     Q     What are your prior convictions?
23     A     I had a violation of the Uniform Firearm's Act
24 as a juvenile.
25     Q     When was that?

---

110

1  Q    Getting back to the incident on the 30th when
2  you had the seizure, do you have any reason to believe that
3  Lieutenant Orth would have deliberately permitted you to lay
4  there while you were in need of medical attention?
5  A    It didn't seem as though I was a priority.
6  Q    Well, you were out of it at the time. Do you
7  have any reason to believe that Lieutenant Orth was grinding
8  an ax?
9  A    I have no reason to believe otherwise.
10  Q    Well, did you have any kind of problem with
11  Lieutenant Orth before that night?
12  A    No.
13  Q    Is it possible Lieutenant Orth truly thought
14  that you were okay when he looked in on you at around three
15  o'clock?
16  A    It was obvious that I wasn't okay. I mean,
17  when they go to the extent of filing an extraordinary
18  occurrence report that says, well, this is seizures, he's
19  not responsive, he's got blood coming out of his mouth, he's
20  fine, that doesn't add up to me.
21  Q    I suggest you might have the chronology a
22  little wrong, but what I'm saying to you is it possible that
23  Lieutenant Orth subjective thought that there wasn't a
24  serious problem with you when he looked in on you?
25  A    I can't believe that.

111

1  Q    You generated an affidavit at one point in
2  time that might have been in response to a motion.
3  A    Um-hum.
4  Q    Do you remember doing that?
5  A    Sure.
6  Q    Did you type the affidavit yourself?
7  A    Yes, I did.
8  Q    And in the affidavit it says that you swear
9  under penalties of unsworn falsification that everything is
10  true and correct. Did you tell the truth in this?
11  A    Yes, I did.
12  Q    Absolute gospel truth, no misstatements or
13  anything false in it?
14  A    As far as I know, yes.
15  Q    How about mistakes? Are there any mistakes in
16  it that you know of?
17  A    I don't believe so.
18  Q    Let me just ask you about two parts of it. In
19  Paragraph 9 it says soon thereafter on August 30th, 1999 I
20  was witnessed by William Orth and David Vazquez to be in a
21  convulsive state.
22  A    I recanted that when I withdrew the charges on
23  Officer Vazquez. So, yes, as far as that's concerned, that
24  is correct, I did make a mistake there and I did withdraw
25  the -- my case against him. I'm not out to be malicious.

112

1  Q    In Paragraph 14 of the same affidavit it says
2  John Jennings sprayed me in the face and mouth with OC spray
3  and helped Thomas Duran, Bruce Cluck, Debra Hankey, William
4  Orth, Ray Heintzelman, David Vazquez and Briton Shelton
5  assault me.
6  A    That's got to be a typo.
7  Q    I assure you it says David Vazquez.
8  A    Oh, I'm sure, but what I'm saying is that's
9  got to be -- on my behalf that's got to be a typo. I
10  wouldn't have put Mr. Vazquez in there with those -- that
11  lot because it's not the same. That has to be a --
12  Q    But he was included in there by mistake?
13  A    Correct.
14  Q    Now, you say that after Jennings sprayed you
15  he helped these other listed individuals assault you. Do
16  you know if Debra Hankey ever laid a hand on you?
17  A    From what I can tell from the video -- I mean,
18  she was off to the side. When I say that she aided, she
19  didn't stop it either, by allowing it to go on, when she has
20  the authority to say, listen, this has gone far enough, you
21  can stop this. I include her as part of the scene, if you
22  will.
23  Q    Was she in charge there?
24  A    She was the deputy warden.
25  Q    Who was the senior person there?

113

1  A    Thomas Duran.
2  Q    He was the warden at the time?
3  A    Yes, he was.
4  Q    So Debra Hankey would not have been in charge
5  of the situation. Is it possible that Deputy Warden Hankey
6  was actually operating the videocamera? Do you have any
7  recollection of that?
8  A    I couldn't say that for sure. I saw her in
9  the video, though, so I can't say that because she was
10  actually in the video.
11  MR. McNAMARA: Those are all the questions I
12  have for you. Thanks for your patience.
13
14  CROSS-EXAMINATION
15
16  BY MR. YOUNG:
17  Q    I'm Jim Young. I represent Dr. Long. I'm not
18  going to go over everything that you already testified
19  to, but there are some areas I just want to follow up on.
20  In February of '99 when you came to SCI Smithfield you were
21  on the phenobarbital, correct?
22  A    Correct.
23  Q    And was that 10 milligrams -- I'm sorry, 30
24  milligrams in the morning and 90 milligrams in the
25  afternoon?

**BENSON, JASON**
08/30/01

**BENSON VS**
**ELLIEN**

---

114

1    A    That sounds right.
2    Q    And as I understand it, you complained about
3    the phenobarbital because it was making you -- I think what
4    you testified to was drag?
5    A    Lethargic.
6    Q    You felt lethargic, sluggish, things of that
7    nature.  Do you recall seeing Dr. Long on March 17th of
8    1999?
9    A    March 17th, 1999.  Perhaps.
10    Q    Do you recall him at that time prescribing for
11    180 days, which would be six months, Dilantin for you?
12    A    Yes.
13    Q    Was there any discussions with Dr. Long before
14    he prescribed the Dilantin for you?
15    A    This would be an introductory period at that
16    time.  And if there was any discussion, it was just about
17    general health questions, things of that nature.
18    Q    At that time did you discuss with him that you
19    had not had any seizures at all since at least December of
20    '98?
21    A    I believe that would be accurate, yes.
22    Q    When you were initially prescribed the
23    Dilantin, was it two 100 milligram capsules at 7 a.m.?
24    A    I really don't recall, to be honest with you,
25    what the exact dosage was at that time because I've taken

---

115

1    700 milligrams, 400 milligrams.  It's varied so often I
2    don't recall.
3    Q    If the prescription was for six months on
4    March 17th of '99, can we agree that that prescription would
5    be good through September 16th of '99?
6    A    Yes, it would.
7    Q    Your records indicate that in May you were
8    taking two capsules, a hundred milligrams each, in the
9    morning at 7 a.m. and at 10 p.m. of Dilantin.  Is that
10    consistent with your recollection?
11    A    It may be.
12    Q    You have no firm recollection as you sit here?
13    A    I have no firm recollection, no.
14    Q    Do you know a registered nurse by the last
15    name Griffith?
16    A    No.
17    Q    In May of '99 were you in lockup?
18    A    I'd have to consult my personal records on
19    that one.  I'm not sure.  I may have been.  May of 1999.
20    Q    Is H block a disciplinary block?
21    A    Yes, it is.  If it says I was there ...
22    Q    Do you recall saying to her after you were
23    placed in lockup, yes, I want to see a shrink?
24    A    She asked me if I was seeing a shrink.  I
25    said, yes, I was seeing Ellien at that time.  She asked me

---

116

1    did I want to see my psychiatrist and I said, yes, I do.
2    Q    Did you also say this is bullshit, look how
3    I'm treated.  I don't have a mattress, my jumpsuit doesn't
4    have buttons?
5    A    I was butt naked underneath, yes.
6    Q    At that point in time did she refer you for a
7    psychological evaluation the next day?
8    A    I don't know if she referred me to anything or
9    not.
10    Q    The Dilantin, do you recall if prior to being
11    transferred to H block whether you had taken the Dilantin
12    that day, May 25th of '99?
13    A    If it was prescribed, then yeah I did.
14    Q    But do you have a specific recollection as you
15    sit here that you were taking it up in H block in May of
16    '99?
17    A    Yeah.  While I was in H block?
18    Q    Yes.
19    A    Yes.
20    Q    Did there ever come a time between May 26 and
21    May 31st when you refused to take the Dilantin?
22    A    No, never.
23    Q    Are you familiar with a nurse, either Kristin
24    or Trish is the first name, providing treatment for you in
25    early June of '99?

---

117

1    A    No.
2    Q    Do you have any knowledge of a registered
3    nurse going to Dr. Long on June 3rd, '99 and reporting that
4    you had been noncompliant with your Dilantin for nine days?
5    A    I don't see why they would have.
6    Q    Do you have any information to the contrary,
7    that no nurse had in fact done that?
8    A    I was taking the meds in my cell at that
9    time.  So, I mean, they wouldn't have known whether or not I
10    was taking it or not.  I was taking it, though.
11    Q    But you'd have no knowledge one way or the
12    other whether that information was communicated to the
13    doctor on June 3rd?
14    A    No, I wouldn't know.
15    Q    You did see Dr. Long on June 4th of '99,
16    correct?
17    A    Yes.
18    Q    You hadn't signed up for sick call or for the
19    doctor line, correct?
20    A    June 4th, I believe that was seizure clinic.
21    Q    Well, you were seen June 8th, '99 by Physician
22    Assistant McMullen at the seizure clinic.  June 4th had you
23    signed up for medical treatment?
24    A    I don't recall.
25    Q    Do you recall a discussion with Dr. Long at

---

**GEIGER & LORIA REPORTING SERVICE - 1-800-222-4577**

**118**

1  that point that at that point in time you hadn't taken
2  Dilantin for 10 days?
3  A  No, but I had told Dr. Long at that point — I
4  believe I know what conversation you're referring to. What
5  I told Dr. Long at that point was that the Dilantin -- and I
6  got into the side effects I was speaking about earlier, with
7  it making me jittery, shaky, things of that nature, and I
8  wanted to switch from Dilantin back to phenobarbital. He
9  said, well, I just switched you, you know, you just made the
10  transition from Dilantin to phenobarbital.
11  Q  Two months after you had requested to be
12  switched from phenobarbital to the Dilantin --
13  A  Exactly.
14  Q  -- you're asking to switch back?
15  A  Yeah, because of the side effects of the
16  Dilantin.
17  Q  Did you indicate on June 4th, '99 to Dr. Long
18  that you feel jittery when you take the Dilantin?
19  A  You said June 4th?
20  Q  Yes.
21  A  Yeah.
22  Q  So that part of your progress note for June
23  4th, '99 is accurate, correct?
24  A  Yes.
25  Q  Did you also indicate to him that you wouldn't

**119**

1  take it, I won't take Dilantin anymore?
2  A  No, no.
3  Q  So that part --
4  A  I asked him to switch it and he said I'm not
5  going to switch it. And I never got it ever again. So that
6  was --
7  Q  Did you also have a discussion at that point
8  in time that the last seizure you had was prior to Christmas
9  of '98?
10  A  Yes.
11  Q  As I understand it, prior to being transferred
12  to Adams County for the PCRA hearing on August 25th, '99 you
13  had no further personal contact with Dr. Long, correct?
14  A  No. I had sent him a request asking him to
15  reconsider the seizure medicines, to place me back on the
16  seizure medication, but I got no response from him.
17  Q  In your amended complaints you reference a
18  request — on June 15th you indicate that -- it's attached
19  as Exhibit H to your amended complaint. Through various
20  pleadings that have been filed, I have four different copies
21  of your amended complaint and I have no copy of that
22  request. Do you still have that request?
23  A  Yes, I do. I can send it to you if you don't
24  have it. I can't believe that you don't.
25  Q  Well, listed as Exhibit H are two pages out of

**120**

1  the PDR. That's the only thing --
2  A  Do any of you have that same problem because I
3  can make sure you all get copies of it if you need it?
4  MR. BUTKOVITZ:  I don't have anything,
5  including the complaint.
6  BY MR. YOUNG:
7  Q  Provide me with a copy of it and I'll pass a
8  copy on to everybody else.
9  A  Most definitely. I don't want there to be any
10  confusion.
11  Q  Between June 4th of '99 when the Dilantin was
12  discontinued and August 25th, 1999 when you were transferred
13  to Adams County Prison, you had not had any seizures,
14  correct?
15  A  Say this question again, please.
16  Q  Between June 4th, '99 and August 25th, '99,
17  which is the day you were transferred to Adams County
18  Prison --
19  A  Right.
20  Q  -- you had not reported --
21  A  Oh, no, no.
22  Q  -- any seizures, correct?
23  A  None.
24  Q  I want to make a very clear record so we
25  understand this here today. Did you have any seizures

**121**

1  between June 4th, '99 and August 25th, '99?
2  A  No.
3  Q  So you had been off the Dilantin for almost
4  three months?
5  A  Correct.
6  Q  All of June, all of July and 5, 6 of August at
7  the time of your transfer?
8  A  Correct.
9  Q  And you had had no problems with seizures?
10  A  No.
11  Q  And you had no additional contact one on one
12  with Dr. Long?
13  A  Not one on one, no.
14  Q  Other than the one request that you sent to
15  him asking him to switch the medications back --
16  A  Correct.
17  Q  -- did you have any other contact with Dr.
18  Long?
19  A  No.
20  Q  What in your own words is the basis of your
21  claim against Dr. Long?
22  A  I had asked Dr. Long to take me off of the
23  Dilantin, discontinue Dilantin and place me on
24  phenobarbital, instead he discontinued the phenobarbital and
25  gave me no alternatives.

BENSON, JASON
08/30/01

BENSON VS
ELLIEN

---

**122**

1  Now, I say that that is deliberately
2  indifferent to my serious medical needs because it is known
3  to medical professionals, people that deal with this sort of
4  pharmacology and things of that nature, it is known to
5  medical professionals, doctors, etcetera, that if you
6  abruptly discontinue the drug Dilantin that it will
7  precipitate into a status epilepticus attack.
8  Q    What's your definition of abrupt?
9  A    Abrupt meaning right away, without -- you
10  know, abrupt is abrupt, you know.
11  Q    Your Dilantin was discontinued on June 4th of
12  '99?
13  A    Um-hum.
14  Q    And you had no seizures until August 30th of
15  '99, correct?
16  A    Correct.
17  Q    Had any of your treating doctors ever
18  discussed with you any side effects or contraindications
19  from prolonged -- from taking on a prolonged basis a drug
20  such as phenobarbital?
21  A    No.
22  Q    When was the first time you had ever consulted
23  the Physician's Desk Reference with respect to Dilantin?
24  A    When I first saw Dr. Ellien using it and I had
25  seen one in the medical.  And then when I got back from --

---

**123**

1  from Adams County Prison and out of Gettysburg Hospital, I
2  figured, well, that would be a good reference, a good place
3  to start, considering that's the -- their source of
4  information and given my limited knowledge, you know what I
5  mean.  Maybe I can -- maybe I can learn and try to figure
6  out and try to understand what happened.
7  Q    In response to questions about an hour and a
8  half ago you indicated that Dr. Long wouldn't see you.
9  Wasn't your June 15th, '99 request simply can I have the
10  medication that I used to have?
11  A    I asked for a seizure medicine, period.  I
12  told him in that -- if you're not comfortable with giving me
13  the Dilantin -- or the phenobarbital, then just put me back
14  on the Dilantin but just don't leave me with nothing
15  because, you know, I'm going to be in serious jeopardy here.
16  Q    You didn't put in a request -- ever put in a
17  request to be examined by him or be treated by him and then
18  he refused to examine you, correct?  I had that you had
19  testified previously that Dr. Long wouldn't see you.
20  A    I had asked -- I had asked the nurses, you
21  know, because if you have an issue such as this where they
22  consider Dilantin, phenobarbital, things like that life
23  sustaining medication and if you say I'm not taking it,
24  that's a big issue here and they're going to take you and
25  they're going to put you, like I said, back in what I call

---

**124**

1  the catacombs in the infirmary until you do take it, you
2  know.
3  Q    Do you have any personal knowledge that the
4  nurses communicated those comments to Dr. Long?
5  A    I don't have any personal knowledge that they
6  did or they didn't.
7  Q    As of June or July of '99 you had been in the
8  state correctional system for 10 or 11 months, correct?
9  A    Correct.
10  Q    Now, when you were committed to the state
11  correctional system, you were given an inmate handbook?
12  A    Um-hum.
13  Q    The inmate handbook explains to you the sick
14  line procedures?
15  A    Sure.
16  Q    It explains to you how to submit a request to
17  be seen on the medical line?
18  A    Yes.
19  Q    You didn't between June 4th of '99 and August
20  25th of '99 submit any request for sick line or to be seen
21  on Dr. Long's M.D. line, correct?
22  A    I had just been seen by the seizure clinic and
23  referred to -- I believe it was Hoffman for a PA.
24  Q    That's not my question.  You had not submitted
25  any --

---

**125**

1  A    Oh, you're asking whether or not I had put in
2  a sick call slip?
3  Q    Yes.
4  A    No.
5  Q    And you had put in no written request to be
6  seen in Dr. Long's M.D. line?
7  A    No, I put in verbal requests and that one
8  written request for him to place me back on medication.
9  Q    Conspiracy for robbery, is that a felony?
10  A    Most definitely.
11  Q    Was there ever anytime while you were
12  incarcerated at SCI Smithfield when you refused to take
13  Dilantin?
14  A    No.
15  Q    You never once never signed any refusal slip
16  with respect to Dilantin?
17  A    Not with respect to Dilantin.
18  Q    How about with respect to any other
19  anti-seizure medication?
20  A    Phenobarbital.
21  Q    When did you refuse that?
22  A    Several months ago.
23  Q    In calendar year 2001?
24  A    Probably, yes.
25  Q    Have you been prescribed a medication

---

**BENSON, JASON**
**08/30/01**

**BENSON VS**
**ELLIEN**

126

1   Depakene?
2   A      Yes, I was.
3   Q      What was that prescribed for?
4   A      Petit mal seizures.
5   Q      When were you prescribed that?
6   A      I don't recall the date exactly.
7   Q      Did you ever refuse to take the Depakene?
8   A      Oh, yeah.
9   Q      And why did you refuse that?
10  A      I had to see the doctor because they had a
11  younger doctor come in -- I wasn't seeing Long, understand,
12  after September -- or a little after September, maybe
13  October. I wasn't seeing him. And so they had other
14  doctors come in to see me every once in a while and it was
15  this other younger fellow who prescribed the Depakene. I
16  had a bad reaction to it. I was wobbly and nauseous and --
17  he said you've got to be taken off of it. So they took me
18  off of it.
19         And in respect to the phenobarbital, I had
20  asked to be seen about these petit mal seizures because they
21  had got worse once I got back from Adams County. I had
22  asked to be seen over and over again. The only reliable way
23  to actually get in here was to stop taking the med so I
24  stopped taking it.
25  Q      And that was in October of 2000?

127

1   A      Like I said, I think the refusal was in this
2   year, but I may be wrong. I may be wrong. I'm not entirely
3   sure, to be honest.
4          MR. YOUNG: That's all I have.
5          (The deposition was concluded at 2:58 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

128

1
2   COUNTY OF DAUPHIN          :
                               : SS
3   COMMONWEALTH OF PENNSYLVANIA   :
4          I, Teresa K. Bear, Reporter-Notary Public,
5   authorized to administer oaths within and for the
6   Commonwealth of Pennsylvania and take depositions in the
7   trial of causes, do hereby certify that the foregoing is the
8   testimony of JASON E. BENSON.
9          I further certify that before the taking of
10  said deposition, the witness was duly sworn; that the
11  questions and answers were taken down stenographically by
12  the said Teresa K. Bear, a Reporter-Notary Public, approved
13  and agreed to, and afterwards reduced to typewriting under
14  the direction of the said Reporter.
15         I further certify that the proceedings and
16  evidence are contained fully and accurately to the best of
17  my ability in the notes taken by me on the within
18  deposition, and that this copy is a correct transcript of
19  the same.
20         In testimony whereof, I have hereunto
21  subscribed my hand this 11th day of September,, 2001.
22
23         _____
                Teresa K. Bear, Reporter
24              Notary Public
                My commission expires
25              on April 13, 2003

## <u>DEPOSITION AFFIDAVIT OF RECORD CUSTODIAN</u>

I, _Kimberly A. Kline,_ the undersigned, being duly sworn according to law, depose and say that I am a duly authorized Custodian of Records for **SCI-Smithfield** with the authority to certify said records, and I hereby certify to the following:

1.  The records attached hereto are true and correct copies of the records in my custody pertaining to **Jason Benson, Inmate # DS-6483**;

2.  That, including this certification, all records called for in the attached Subpoena Duces Tecum which are in my custody, have been photocopied at my office, in my presence, at my direction and under my supervision by _Kimberly A. Kline_;

3.  That unless qualified in Paragraph 5, all records produced in my presence were prepared in the ordinary course of business by authorized personnel at or near the time of the act, condition or event; and

4.  A careful search has been made by me or at my direction for records pertaining to the above identified individual and the records produced pursuant to the attached



EXHIBIT
"C"

C-1

Subpoena Duces Tecum constituted and are the records of the individual so identified;

5.    Additional comments _____

_____

I declare that the foregoing facts as are within my personal knowledge are true and correct and the other facts contained herein are true and correct to the best of my knowledge, information and belief.

EXECUTED ON:    ___9/11/01___        ___Medical Records Dept.___
                        (Date)                        (Location)

___Kimberly A. Kline, RHIT___
(Print or type name)

___Medical Records Supervisor___
(Print or type title and position)

___Kimberly A. Kline, RHIT___
(Signature)

Sworn to and subscribed before me
this __11__ day of __Sept_____, 2001.

___Shirley J Wallace___
Notary Public
My Commission Expires On:

NOTARIAL SEAL
SHIRLEY J. WALLACE, Notary Public
Smithfield Twp., Huntingdon County
My Commission Expires Nov. 23, 2004

4

C-2

4168-0208-7306 ©1997, MooreⓇ All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Benson, Jason

DS 6483

9-22-76

Smithfield

N/KA

Drug Allergies:

Self-Medication Program ☐ Yes      ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 2-11-99 1200 | ( | V.O. Dr. _____ :  |
| 2-11-99 1300 | ( | - Phenobarbital 30 mg ⅰ p.o. q AM (30mg) × 30d |
|  |  | - Phenobarbital 30 mg ⅲ p.o. q PM (90mg) × 30d |
|  |  | L. Harter _____ |
|  |  |  |
| 2-12-99 1335 c | A | ① Phenobarbital 30m ⅰ po q AM × 90cap ✓ |
|  |  | ② Phenobarbital 30mg ⅲ po q PM × 90cap ✓ |
|  |  | ③ Pb level ✓ |
|  |  | ④ Add to seizure clinic ✓      RAY McMULLEN, PA-C  WHS |
|  |  | _____ PA-C |
|  |  | RONALD A LONG, M.D. |
|  |  |  |
| 2-24-99 0900 | A | ① Dilantin 200g p.o. bid at 0700 hrs and 2200 hrs × 90 d. |
|  |  | ② D/C phenobarbital in ⅰ week |
|  |  | ③ Dilantin level, 6 weeks |
|  |  |  |
|  |  | RONALD A LONG, M.D. |
|  |  |  |
|  |  | Noted 2-24-99 ___ _____ RN |

C-3

4168-0208-7306 ©1997, Moore® All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Benson JASON
D56483
9-27-76
SCISmi

Drug Allergies: NKA

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 3/17/99 1020 | A | ① Refer to optometrist c̄ difficulty seeing |
| | | ② Dilantin level |
| | | ③ Dilantin 200 p.o. b.i.d at 0700 hr & 2100 hr x 180 day |
| | | ④ Schedule mole removal ↑ me – 2 weeks – lower abdomen – right |
| | | Acknowledged 3-17-99 1040 Meredi RN |
| | | RONALD A LONG, M.D. |

C-4

# PHYSICIAN'S ORDERS

Benson JASON
DS6483
42776
Scism

Drug Allergies:
NKA

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 0940 | | |
| 4-28-99 | CTO | |
| | | S. CRAIG HOFFMAN PA - C |
| 6/4/99 0915 | A | ① D/c Dilantin |
| 6-4-99 0920 (Harman) | | RONALD A LONG, M.D. |
| 6-8-99 1515 C | A | ① Cont on seizure clinic |
| 6-8-99 | | RAY McMULLEN, PA-C WHS |
| | | DR. MIGUEL SALOMON M.D. |
| 7-23-99 910 | | annual TST PPD O.L2 ID per V.O. Dr M Salomon / Rx written |
| | | DR. MIGUEL SALOMON M.D. |
| | | |
| | | |
| | | |

PLEASE USE BALL POINT PEN ONLY

C-5

07/27/99  18:22  FAX 914 533 9913                W. ELLIEN M.D.                                    ☐014

# PHYSICIAN'S ORDERS

Inmate Name: Jason Berson

Inmate Number: DS 6483

DOB: 9-23-76

Institution: Smithfield  C

Drug Allergies:

NKA

Self-Medication Program ☐ Yes  ☑ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS                          1 |
|---|---|---|
| 7-27-99.B 1615hrs | | ① Next appointment in 1 month |
| | | ② Ativan 1mg PO q 6 hrs PRN anxiety, attach: |
| | | · max 2 doses/day · max 6 doses/week, for 1 month |
| | | ③ Begin Imipramine 50mg PO hs daily, through 3 Aug '99 |
| | | ④ On 4 Aug 99 - increase Imipramine to 75mg PO hs, daily, through 10 Aug 1999 |
| | | ⑤ On 11 Aug 99 - increase Imipramine to 100mg PO hs, daily, for 5 months |
| | | ✓ ⑥ On/about 19 Aug 1999 - obtain Tofranil (Imipramine + desipramine) blood level in AM |
| | | William E Ellien M.D. |
| | | M. Grove Lpn 7/27/99 2000 |
| | | Barb Grove, L.P.N. |
| | | Received |
| | | JUL 2 7 1999 |
| | | SCI-Smithfield Medical Records Department |

PLEASE USE BALL POINT PEN ONLY

c-6

4168-0616-7306 ©1997, Moore® All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Benson, Jason

DS 6483

9-27-76

SCI - Smithfield

Drug Allergies:

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8/19/99 | B. | 1) Serzone 100 mg po HS × 3 days |
| | | then Serzone 200 mg po HS × 30 days |
| | | Review in 7 weeks with Dr. Ellison as previously ordered 7/27/9... (Scheduled) |
| 10/9/8 | | D/C imipramine. |
| 8/16 | | |
| 10/ | | |
| | | |
| | | |
| | | |
| | | |
| 1445 8-31-99 | A | ① Delantin 100 mg 2 pills P.O. QD × 30 days (today) |
| | | ② Delantin level in 1 wk |
| | | ③ Saline Gargle 5 × daily × 7 days |
| | | ④ Motrin 600 mg Tab Q 8H PRN × 7 day (today) |
| | | ⑤ Renew PRN , Add to serzone above |
| | | ⑥ Serzone 200 mg Tab P.O. QHS × 30 day |
| | | ⑦ To Psych 9-1-99 for eval |
| | | S. CRAIG HOFFMAN PA - C |
| | | 8/1/99 |
| | | C 0725 |
| | | Ronald Long, M.D. |
| | | |
| | | |

C-7

07/27/99  18:22  FAX 814 533 8913        W. ELLIEN M.D.                                @013

Jason Benson

27 July 1999

1615 hours

Problem #B

Smithfield – Progress Note for Psychiatry:

The patient was clinically evaluated, today, for psychiatric needs. First appointment here.

S. The patient reported that he has been adjusting well at Smithfield overall. He has begun to have periodic periods of feeling dizzy, confused, tightness in his chest, sweating and feels that the "whole world stops". He has also had problems with sleep but he denies any energy, appetite or mood problems and he has had no suicide thoughts or psychotic symptoms. He has been hospitalized for this in the past. We discussed "temporary" use of Ativan and "preventive" treatment with Tofranil. We reviewed for each medicine its benefits and indications, its side effects and precautions and medicine–medicine interactions. He noted his understanding and gave consent.

O. Current Medication: no medicines at present.

Affect: anxious, irritable;    mood: anxious

Denies suicide thoughts; no psychosis or agitation.

No EPS or abnormal movements on examination.

Diagnosis: Panic Disorder without agoraphobia

    ICD-9 CM: 300.01

    Axis 5: GAF = 52

P. 1. Next appointment in 1 month.

    2. Begin Tofranil 50mg hs for 1 week, then increase to 75mg for 1 week, then increase to 100mg hs, daily.

    3. Check Tofranil blood level in 3 weeks.

    4. Ativan 1mg q6hrs PRN anxiety attack: max of 2 doses/day; 6 doses/week.

Received

JUL 2 7 1999

SCI-Smithfield
Medical Records Department

William G. Ellien, M.D.

Progress Notes

Commonwealth of PA

Dept. of Corrections

DC-472

Inmate Name: Jason Benson

Inmate Number: DS 6483

DOB: 9-27-76

Institution: Smithfield

Filed

JUL 2 8 1999

SCI-SMITHFIELD
Medical Records Dept.

CONFIDENTIAL

PSYCHIATRIC EVALUATION

**INMATE NAME: BENSON, JASON**          **DOC NUMBER: DS6483**

**DATE OF EVALUATION: 8/19/99**

**INSTITUTION: SCI-Smithfield**

**Patient Evaluation:** The patient is seen today, earlier than his scheduled appointment as he stopped Tofranil 50 mg hs after taking it for three days. It was started on July 27, 1999, however, he stopped it for feeling nauseated and sick. He acknowledges that nausea is one of the symptoms of panic disorder. However, he claims that the medication aggravated nausea "twice as much."

Since his first panic attack in 1996, the combination of Xanax or Ativan and Ambien was most successful to control panic attacks. However, due to the high cost of medications and some other reasons, he has been tried on many other different medications with no great success. He has been tried on different antidepressants, tricyclics, SSRI, or a typical antidepressant and nothing seems to work.

Typically, he would go to bed around 9:30 or 10:00 p.m. and try to read to induce sleep. However, he is not able to sleep until 5:00 a.m. and can sleep only a couple hours to start the day.

His anxiety attacks typically would last one or two minutes before he would snap out of it. Recently, he has experienced anxiety attacks approximately once a day, seven or eight times a week. He claims that if he is able to sleep well at night, the next day would be easier and he would not have problems going through the day.

He reports that previously he was tried on Desyrel up to 300 mg hs with no benefit. He says, so far, he has not tried Serzone. After discussion, he is agreeable to trial of it.

**Diagnosis:** No change.

**Recommendation:**
1. Discontinue imipramine.
2. Start Serzone 100 mg p.o. hs for 3 days, then 200 mg p.o. hs for 30 days.
3. Review with Dr. Ellien as previously scheduled that is one month from July 7, 1999.

Jin Ha Yun, M.D.
Psychiatrist

AUG 27 1999
SCI-Smithfield
Medical Records Department

# PROGRESS NOTES

[ ] Outpatient                                                              [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 3-11-99 1200 | # | NSg | Received from SCI Camp Hill to SCI Smithfield - Meds. Cleared for general population). On PA line 2/12/99 for DC480 completion + need for bottom bunk / bottom tier R/T hx seizure disorder. Meds renewed. Inmate verbalizes understanding of medical access/co-pay program. (Information) sheet given ——— L.Loretta — |
| 2-12-99 1330 E | A | Med | S: 22 yo wm here today as new intake. Hx of seizure disorder since early childhood - He reports his last seizure was 2 mos ago - because he had stopped his medication - Day will now Rx Pb 30mg i pr gm TID po q PM. O: WT-175 - BP-110/62 Chest clear Heart reg RR - A: Seizure disorder P: Disorders DC 480 completed. Ray McMullen, PA-C |
| 2-18-99 | | Med | Pb level - 7.5 - Remain seizure free X 2 mos - No change in Rx. Ray McMullen, PA-C |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Inmate Name: RAY McMULLEN, PA-C WMS  Benson, Jason

Inmate Number:  DS 6483

DOB:  9. 21. 16

Institution:  Smithfield

C-10

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 2/24/99 0900 | A | MD | S/ Had seizure since birth. Last seizure before Christmas. Usually experienced seizure while intoxicated on outside. Stopped meds prior to Christmas seizure. O/ General - WAD Neuro - oriented x 3, no focal [illegible] A/#1 Seizure disorder P/#1 Switch from DB to Dilantin - [illegible] RONALD A LONG, M.D. |
| 3/17/99 1030 | A | MD | Seizure Clinic S/ C/o tremors both hands & cannot hold anything. Bad vision recently c̄ double vision while reading. C/o 2 lesion [illegible] abdomen of Abd - 2 pigmented [illegible]. A/#1 Seizure disorder - Stable #2 2 pigmented moles #3 [illegible] P/ See order |

# PROGRESS NOTES

[ ] Outpatient                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 19/99 935 | A | MD | Abnormal Lab/CR Dilantin 7.2 ug/ml - Pt has been seizure free despite subtherapeutic level - no change  RONALD A LONG, M.D. |
| 31/99 9:50 | 1 | MD | s/ Pt here for removal of 2 counts of Pd - 2 now (compound) - RLQ of Now P/4) Under sterile condition infiltrated area ē 1% bilocain ē epineph. Sterile serum for sharp resection. RₐNO₃ stick for hemostas  RONALD A LONG, M.D. |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Inmate Name: Benson, Jason

Inmate Number: DS 6X83

DOB: 09-27-76

Institution: SCI- Smithfield

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 0810 4-28-99 I | | PAC | ⑤ Pt request NEV test. Lives several _illegible_ |
| | | | contract 1yr ago _illegible_ inaurauns |
| | | | _illegible_ past hx of _illegible_ _illegible_ |
| | | | _illegible_ and IV drug use. |
| | | | Freely _illegible_ nw, _illegible_ SOB, _illegible_ |
| | | | _illegible_ skin/_illegible_ lesions |
| | | | Ⓐ NEV Test Require _illegible_ |
| | | | ⒫ See Orders |
| | | | |
| | | | C. CRAIG HOFFMAN PA- C |
| | | | |
| _illegible_ | | | _illegible_ |

C-13_

# PROGRESS NOTES

[ ] Outpatient                                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 5-25-99 | | Nsg. 17 | Interviewed inmate on H-B after "lock-up" S- "Yes, I want to see a shrink. This is bull shit. Look how I'm treated. I don't have a mattress; my jumpsuit doesn't have buttons" O- mild agitation noted. Past psych. Hx. (?) Conversation appropriate. Alert Oriented. Denies any ideation of self harm. Psych. referral sent for 5-26AM  D.A. Griffith, RNII  Day |
| 6-3-99 0910 | A | Nsg | Inmate has been Non-Compliant c̄ Dilantin x9 days. Discussed c̄ Dr. Long - on MD line for 6-4-99. First T. Jenkins |
| 6/4/99 0915 | A | MD | s/ Pt has stopped his Dilantin for past 10 days. "I feel jittery when I take it and I even to take it." jittery feels in some. Last seizure c̄ Christmas. O/A Noncompliance P/ D/C Dilantin |

Inmate Name: Benson, Jason

Inmate Number: DS 6483

DOB: 9-27-76

Institution: SCJ - Sme

C-

| Date/Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 6-8-99 1520 C | A | Med | S: Pt here because seizure clinic - Reports day ok - Recently stopped Dilantin of his own choice - O: WT-187   BP. 116/70  Chest-clear  + heart-reg/reg - A: Seizure disorder  P: See orders  _[signature]_ |
| 7/27/99 1610 | | Nsg | Seen by Dr. Ellien on telepsych. [illegible] |
| | 8/15/99   MD | | Lab work: 8/12/99;  [illegible] Was letter  DR. MIGUEL SALOMON |
| 8/31/99 | | Nsg | T.C. from female @ Adams Co. - Inform that Benson is returning ATA - Just released from hospital S/P Seizure activity - Given Dilantin to P level @ hospital - No P.O. D[illegible] today. Will need to fill for Dilantin on arrival - Stabilized for transport [signature] |
| 1320 8/31/99 | A | Nsg | Inmate states he went to Gettysburg hospital Sunday - 8/29/99 - Was verion for 1st day - Just D/C this Am @ 1130. Only c/o tongue - in bitten badly on both sides. - States he was D/C [illegible] will obtain @ three per by P.A - Hx Sy disorder - However noncompliant + refused to take meds in June. [signature] |

Phenobarbital 50 mg i po q AM x 30 days     3-12

Phenobarbital 30mg iii po q PM (90 mg) X 30 days     3-12

Phenobarbital 30mg i po q AM x 90 days     McMillen

Phenobarbital 30mg iii po q PM x 90 days     McMillen

Dilantin 200 mg po bid (2 0700 hrs + 2000 hrs) x 90 days

| | HOUR | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ARTING FOR          THROUGH          PATIENT NO.     N K A          ALLERGIES          RESTORATIVE POTENTIAL

FEB 0 1 1999          FEB 3 1 1999          ROOM          BED          FACILITY CODE SCI-SMITHFIELD          MAR 1 1 1999

TENT     D S 6483          (NAME) DElorRu          Green          Medical Records Dept          PAGE NO.

MEDICATION

PHENOBARBITAL 30MG TABLET MCMULLEN PAC    2-3-99
TAKE 1 TABLET ORALLY IN THE MORNING AND 3 TABLETS
(90MG) IN THE PM

Dilantin 200 mg po BID @ 7$^{AM}$ + 3300 hrs x 90 days

Dilantin 200mg p.o. b.d @ 0700 + 2200 hrs x 180 days

DRAFTING FOR    03/01/99    THROUGH    03/31/99

056483/BENSON

NAME    JASON

NKA    ALLERGIES

FACILITY: SMITHFIELD SCI

RESTORATIVE POTENTIAL

## MEDICATION

DILANTIN 100MG CAPSULE        091699
TAKE 2 CAPSULES (200MG) ORALLY TWICE DAILY AT
7AM-10PM

PHENOBARBITAL 30MG TABLET McMULLEN PAC   051599
TAKE 1 TABLET ORALLY IN THE MORNING AND 3 TABLETS
(90MG) IN THE PM

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

HARTING FOR   04/01/99   THROUGH   04/30/99

DS4837/BENSON        NAME   JASON

FACILITY: SMITHFIELD SCI

NIKA        PATIENT NO. S-REC-N64        ROOM        BED        FACILITY CODE SMT79-9999-9999

ALLERGIES

RESTORATIVE POTENTIAL
SCI-S
Medical

DATE USED Opt   PAGE NO 1

## MEDICATION

DILANTIN 100MG CAPSULE          0911699
TAKE 2 CAPSULES (200MG)    ORALLY TWICE DAILY AT
7AM-10PM

PHENOBARBITAL 30MG TABLET MCMULLEN PAC    0315599
TAKE 1 TABLET ORALLY IN    THE MORNING AND 3 TABLETS
(90MG) IN THE    PM

CHARTING FOR    05/01/99    THROUGH    05/31/99

PATIENT    DS64-037-BENSON

NAME    JASON

PATIENT NO.    SBEN54

NKA

ROOM    //E

ALLERGIES

PATIENT NO.    SBEN54

FACILITY:  SMITHFIELD SCI

FACILITY CODE    SMP999999

RESTORATIVE/POTENTIAL

DATE    00/00/00

PAGE NO.    1

HOUR    7AM    1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

4PM

## MEDICATION

DILANTIN 100MG CAPSULE        0916699
LONG
TAKE 2 CAPSULES (200MG)    ORALLY TWICE DAILY AT
7AM-10PM

17

STARTING FOR    06/01/99    THROUGH    06/30/99

| HOUR | 7AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DS6483/BENSON    JASON    S.BEN64    S BEN 64

NKA

FACILITY: SMITHFIELD SCI

ALLERGIES

PATIENT NO.    ROOM    BED    FACILITY CODE    DATE    PAGE NO
S.BEN64        SMI999999    007/00/00    1

RESPONSIBLE POTENTIAL

SCI-SMITHFIELD
Medical Records Dept.
Filed
JUL 19 1999

"En Ativan 1mg fix q6h p'rn anxiety
max 2doses/day    8-28-99    N

"En Ativan 1mg fix q6h p'rn anxiety
max 2doses/day    new 2doses/pk    8-3-99    N

"En Imipramine 50mg po hs qd thru 8-3-99    12
then    8-3-99    N

"En Imipramine 75mg po hs thru 8-10-99    8-10-99    HS
then

"En Imipramine 100mg po hs x 5months    1-11-00

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WRITING FOR    JUL 01 1999    THROUGH    JUL 3 1 1999

NT    DS 6483    Benson Jason    NAME

PATIENT NO.    ROOM    BED    FACILITY CODE    DATE    PAGE NO

OKH    C

ALLERGIES

SCI-Smithfield

RESTORATIVE POTENTIAL

| Date | Order |
|---|---|
| 7-27-99 | Ativan 1 mg. (Po) BI/PRN anxiety x 1 mon. 8-27 — Ellis |
| Mar 2 doses/day ; 6 doses/wk. | |
| 3) Hoffman | |
| | Motrin 600 mg i-tab q 8° PRN x 2 days (today) — 9/2 7:600 |
| 7-27-99 | Tofranil 50mg. (Po) @ hs. Thru Aug 3rd then ↓ 8-3 — Ellis |
| 3) | |
| 8-4-99 | Tofranil 75mg. (A) @ hs. thru Aug 10th then ↓ 8-10 — Ellis |
| 8-11-99 | Tofranil 100mg. (Po) @ hs x 5 mon. 1-11-2000 — Ellis |
| 1/9 | Serzone 300mg po hs x 30 days — Dr. Yung |
| 1/9 | Serzone 100mg p.o. HS x 3 days then — Dr. Yung |
| 3) Hoffman | Dilantin 100 mg - iii pills po QD x 30 days (start today) |

SCI-Smithfield

STARTING FOR: AUG 01 1999  THROUGH  AUG 31 1999

NAME: Benson, Jason Eric

BS 6483

JERSEY SHORE HOSPITAL LABORATORY
JERSEY SHORE, PA 17740
PHONE:717-398-1442
DANIEL HILL, M.D.  DIRECTOR
** FINAL REPORT **

02/18/99
5:07

SPCHEM-  1

NAME: BENSON, JASON                        D.O.B. 9/27/76  AGE: 22 SEX: M
LOCATION: SCI-SMITHFIELD                   MR #:  DS6483
PHONE #:                    ROOM:          ID #:  DS6483

ORDERING DR:  MCMULLEN, RAY                ACCESSION: 9048-GL4647
COPIES TO: 1)                              COLLECTED: 2/17/99 09:25    SS
           2)                              RECEIVED:  2/17/99 16:43    SLJ
                                           COMPLETED: 2/17/99 17:43

COMMENT: L.D. 700 2/17

| PROCEDURE | RESULT | UNITS | EXPECTED RANGE | TECH |
|---|---|---|---|---|
| SPECIAL CHEMISTRY | | | | |
| THERAPEUTIC DRUGS | | | | |
| PHENOBARBITAL | 7.5 L | ug/ml | 15.0 40.0 | MA |

A
2-18-99
1100
P4
RAY McMULLEN, PA-C
WHS

Received
FEB 18 1999
SCI-Smithfield
Medical Records Dept.

RECEIVED
FEB 18 1999
MEDICAL RECORDS DEPT.

LAST PAGE OF REPORT

JERSEY SHORE HOSPITAL LABORATORY
JERSEY SHORE, PA 17740
PHONE:717-398-1448                    SPCHEM-  1
03/18/99
5:07          DANIEL HILL,M.D.  DIRECTOR
              ** FINAL REPORT **

NAME: BENSON JASON                     D.O.B. 9/27/76  AGE: 22 SEX:M
LOCATION:SCI-SMITHFIELD                MR #:  DS6483
PHONE #:                   ROOM:       ID #:  DS6483

ORDERING DR:  LONG,RONALD (SMITHFIELD)    ACCESSION:9077-GL1895
COPIES TO: 1)                              COLLECTED: 3/18/99 07:00   SS
           2)                              RECEIVED:  3/18/99 16:27   GLJ
                                           COMPLETED: 3/18/99 19:25

 COMMENT:FAST / L.D. 2200 3/17

| PROCEDURE | RESULT | UNITS | EXPECTED RANGE | TECH |
|-----------|--------|-------|----------------|------|
| | SPECIAL CHEMISTRY | | | |
| THERAPEUTIC DRUGS | | | | |
| DILANTIN | 7.2 L | ug/ml | 10.0-20.0 | MB |

A
3-19-99
CO935

RONALD A LONG, M.D.

Received
MAR 19 1999
SCI-Smithfield
Medical Records Department

Filed
MAR 1 9 1999

SCI-SMITHFIELD
Medical Records

C-24

04/05/99  22:00     *** LAST PAGE FOR THIS ACCESSION [ 1 OF 1] ***   PATIENT'S #:
                    *** MICROBIOLOGY REPORT ***

JERSEY SHORE HOSPITAL LABORATORY
JERSEY SHORE, PA 17740
04/06/99                    PHONE:717-398-1442                          SPCHEM-   1
5:03               DANIEL HILL, M.D. - DIRECTOR
                      ** FINAL REPORT **

NAME: BENSON JASON                              D.O.B: 9/27/76  AGE: 22 SEX:M
LOCATION:SCI-SMITHFIELD                         MR #:  DS8483
PHONE #:                    ROOM:               ID #:  DS8483

ORDERING DR:  LONG,RONALD (SMITHFIELD)          ACCESSION:9095-GL6026
COPIES TO: 1)                                   COLLECTED: 4/05/99 07:20    SS
           2)                                   RECEIVED:  4/05/99 16:20    SLJ
                                                COMPLETED: 4/05/99 17:38

     COMMENT:L.D. 2200 4/4

| PROCEDURE | RESULT | UNITS | EXPECTED RANGE | TECH |
|-----------|--------|-------|----------------|------|
| | SPECIAL CHEMISTRY | | | |
| THERAPEUTIC DRUGS | | | | |
| DILANTIN | 7.6 L | ug/ml | 10.0-20.0 | SH |

4-7-99
@ 0750

## RONALD A LONG, M.D.

Received
APR 06 1999
SCI-Smithfield
Medical Records Department

Filed
APR 07 1999
SCI-SMITHFIELD
Medical Records Dept

```
BENSON, JASON                     56174363/0              22 YEARS   MALE
   Page  1  From Chantilly          FOR ELLIEN, MD (SS)       LAN:130319
   COLLECTED:  199908100734        30312 SCI-SMITHFIELD
   RECEIVED:   08/11/1999            JERSEY SHORE HOSPITAL
   REPORTED:   08/12/1999            P.O. BOX 999
1999/ 0/ 30312/ 0729004803         HUNTINGDON PA 16652
   HISTORY NO: DS6483               ROOM/BED:    SS

=============TESTS============RESULTS-FLAG--REF. RANGE======UNITS

  8921/Chantilly
Imipramine, Serum
   Imipramine                       NONE DETECTED
                                    DETECTION LIMIT 5 ng/mL
   Desipramine, Serum               NONE DETECTED
                                    DETECTION LIMIT 5 ng/mL
   Imipramine + Desipramine        None detected
        Therapeutic range:              150-300 ng/mL
        (imipramine plus Desipramine)

        POTENTIALLY TOXIC VALUES:
        Imipramine:                    )= 450 ng/mL
        Desipramine:                   )= 450 ng/mL
        Imipramine + Desipramine:      )= 450 ng/mL

                    *** FINAL REPORT ***
[P 47039]-[S 2126]
```

Diagnostic Reports

Name: DR. MIGUEL SALVINON M.D.
Date:
Time:
A        N        NCS
A-Requires a DC 472 SOAP Note

Filed
AUG 1 7 1999
SCI-SMITHFIELD
Medical Records Dept.

Received
AUG 1 3 1999
SCI-Smithfield
Medical Records Department

C-26

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 15th day of November, 2001,  I served a true and correct copy of the foregoing APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT, RONALD M. LONG, M.D.'S MOTION FOR SUMMARY JUDGMENT via U.S. First Class mail, postage prepaid, addressed as follows:

Mr. Jason Eric Benson
SCI-SM
#DS-6483
1120 Pike Street
P.O. Box 999
Huntingdon, PA  16652

David L. Schwalm, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
Harrisburg, PA  17101

Alan Gold, Esquire
Monaghan & Gold
7837 Old York Road
Elkins Park, PA  19027

Linda L. Gustin