IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. BENSON | : | CIVIL ACTION |
| V. | : | NO. 1:CV-00-1229 |
| WILLIAM G. ELLIEN, M.D., et al. | : | (Judge Caldwell) |
| | | (Magistrate Judge Blewitt) |

## ORDER

AND NOW, this 20th day of November 2001, it is hereby ORDERED that the Motion of William G. Ellien, M.D. for an Extension of Time to submit his statement of uncontested facts pursuant to Local Rule 56.1 of the United States District Court for the Middle District of Pennsylvania be GRANTED and that his statement shall be due with his brief ten (10) days after the filing of his Motion for Summary Judgment.

UNITED STATES DISTRICT JUDGE

FILED
SCRANTON

NOV 20 2001

PER _____
DEPUTY CLERK



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 20, 2001

Re:   1:00-cv-01229   Benson v. Duran


True and correct copies of the attached were mailed by the clerk
to the following:

    Jason Eric Benson
    SCI-SM
    #DS-6483
    P.O. Box 999
    1120 Pike St.
    Huntingdon, PA   16652

    David L. Schwalm, Esq.
    Thomas, Thomas & Hafer, LLP
    305 North Front Street
    Sixth Floor, P.O. Box 999
    Harrisburg, PA   17108

    Alan S. Gold, Esq.
    Monaghan & Gold, P.C.
    7837 Old York Road
    Elkins Park, PA   19027

    James D. Young, Esq.
    Lavery & Associates, P.C.
    301 Market Street
    P.O. Box 1245
    Suite 800
    Harrisburg, PA   17108-1245

```
cc:
Judge                            ( )              ( ) Pro Se Law Clerk
Magistrate Judge                 ( )              ( ) INS
U.S. Marshal                     ( )              ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )    with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )    with Petition attached & mailed certified mail
                                        to:  US Atty Gen  ( )   PA Atty Gen ( )
                                             DA of County ( )   Respondents ( )
Bankruptcy Court                 ( )
Other_____  ( )
                                                    MARY E. D'ANDREA, Clerk

    DATE: _____11/20/01_____          BY: _____
                                                    Deputy Clerk
```