ORIG

(116)
11/26/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. BENSON, | : | CIVIL ACTION NO.1:CV-00-1229 |
| Plaintiff | : | |
| V. | : | (Judge Caldwell) |
| | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | (JURY TRIAL DEMANDED) |

I, Jason Benson, do hereby certify that a true and correct copy of Plaintiff's Motion for Preclude Expert Testimony and Motion for Sanctions for Blatent Discovery Violations, was served to the Defendants' via first class mail:

Lavery, Faherty, Young & Patterson
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA 17108-1245

Alan Gold, Esquire
7837 Old York Road
Elkins Park, PA 19027

Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, PA 17108-0999

FILED
NOV 21 2001
PER _____
HARRISBURG, PA.  DEPUTY C

By: _____
Jason E. Benson, Plaintiff
DS-6483, SCI-Smithfield
1120 Pike St., P.O. Box 999
Huntingdon, PA  16652

Date: November 14, 2001

-4-