IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. BENSON, | : | CIVIL ACTION NO.1:CV-00-1229 |
| Plaintiff | : | (JUDGE CALDWELL) |
| v. | : | (MAGISTRATE JUDGE BLEWITT) |
| | : | |
| THOMAS DURAN, et al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

FILED
SCRANTON

DEC 07 2001

DEPUTY CLERK

PLAINTIFF'S MOTION FOR SANCTIONS
FOR DISCOVERY ABUSE AND
VIOLATIONS OF PROFESSIONAL CONDUCT

NOW COMES, the plaintiff Jason Benson, moving for sanctions against the defendant William Ellien, and his Attorney's at "Gold, Butkovitz & Robins, P.C., due to their debauched discovery practices, unprofessional conduct, and blatent disregard of this Court's order on October 16,2001. The pertinent violations being governed by the Federal Rule of Civil Procedure, 37(a); 37(b)(2)et seq; and the Local Rules of Civil Procedure for the Middle District of Pa.,26.9. The plaintiff avers the following in support of this motion:

1.      On October 16,2001, the Court ordered the defendant Ellien, to answer specifically two (2) things; first, to provide a direct answer to plaintiff's  Request for Admission Number 1 "[t]hat plaintiff was and/or is epileptic in July 27,1999, as well as to date." and Second, the defendant was directed to supply a specific response to an interrogatory, which states "[h]ow long have you practiced medicine?" To date the defendant Ellien has refused to answer and comply with this Court's Order.

2.      Either, defendant Ellien, refused to provide the answers to his attorney's or the attorney's instructed him not to answer; these actions are unexceptable and the Rules mandates ample authority for the

Court to require the party failing to obey the order or the attorney advising that party or both to pay reasonable expenses, including attorney's fees,caused by the failure to comply.

3.        Also in the Court 10/16/01, order, another pertinent issue was touched upon; "[O]ne of the issues the plaintiff's requested a copy of his medical records. As the defendant points out, defendant Ellien is not the custodian of his medical records. The plaintiff must therefore direct his request to the custodian of the records." Id. at, § II. ¶ 2. Nonetheless, the plaintiff needs to reiterate that in his Motion for Order Compelling Disclosure or Discovery and for Expenses and Sanctions, Page 8, ¶ 1, states "[A]lso  on 5/15/01, I submitted a request to the 'Corrections Health Care Administrator (C.H.C.A.)'Mr. George Weaver, about the release form for my medical records/files. Mr. Weaver's, reply was 'As of this date, May 16,2001, I have not received a request...regarding copies of your medical record.' You may want to contact him to see who he sent the release form to; see exhibits 'G & G-1'." Despite defendant Ellien's attorney's receiving the proper paperwork to secure plaintiff's medical records/files, and their subsequent acquisition of said records and files, to date they refuse to turn them over to plaintiff.

4.        On November 28,2001, defendant Ellien's attorney, Sean Robbins, mailed 24 pages of **Confidential Medical Records** to Joseph Dyson (CA-8143) a prisoner in this institution. The cofidential records are part of the plaintiff's Phychiatric Evalutions, Results of Blood Tests, and the like. The plaintiff has consistantly tried to obtain copies of his files for over seven months now and the Court has witnessed this fact; And now, despite following the proper procedures, not one of the defendant's attorney's gave a second thought to sending the records to plaintiff.

5.        Joseph Dyson, signed an affidavit pursuant to the penalty
of perjury on November 30,2001, and agrees to testify if necessary. See
exhibit "A" attached hereto.     As stated above, the plaintiff followed
the correct procedures and received nothing and he has notified the
Court of the tactics being employed by the defendant's and their
attorney's; see(Plaintiff's Motion to Preclude Expert Testimony...at xgx
XXXXXXXXXXXX exhibits A.B.C.D, & E;)and(Plaintiff's Response to the
Adams County Defendant's as well as Defendant's Ronald Long's and William
Ellien's Motions for Summary Judgment, at ¶¶ 7,8,9 & 10; and exhibit's
A,1 & 2, and B,1 & 2).

6.        Each of the defendant's have received a copy of all of the
plaintiff's medical documentation, pursuant to the friendliness of this
institutions records custodian; who, disregarded the fact that such
information [may not] be disseminated since it would reveal confidential
information in plaintiff's medical records and is protected from disclosure
as well. Cf. Heicklen v. D.O.C., 769 A.2d 1239,1242-43 (Pa.Cmwlth.2001);
Times Publishing Company v. Michel, 633 A.2d 1321 (1993). Not only are
the actions violations of plaintiff's Civil Rights, there are also clearly
violations of the D.O.C's policies. In addition, defendant Ellien's
attorney's clear violations of the Civil Rules of Procedure and the Rules
of Professional Conduct leaves the plaintiff with two (2) options.
Number 1, Add all of the parties involved i.e.,"Gold, Butkovitz & Robins,
P.C's and (Records Supervisor) Mark Heidel and (Grievance Coordinator)
Sharon M. Burks," as defendant's or Number 2, seek sanctions from all of
the above.

7.         As a result of the above, the plaintiff respectfully requests that this Honorable Court precludes the use of plaintiff's medical/psychiatric records; grant the plaintiff sanctions or fine the D.O.C's employee's $5,000.00 for violation plaintiff's rights to having his records kept private[1]  The plaintiff seeks sanctions in the amount of $15,000.00 from defendant Ellien and his attorney's xxxxxxxxx collectively.

8.         In the alternative, the plaintiff seeks to Amend his Complaint by adding as defendant's the above named participants and seeks punitive damages in the amount of $1,000,000.00 for their conspiracy to swap his records without his consent; which was necessary pursuant to the D.O.C's policies. See ¶¶ 3 & 5, above.  The plaintiff cannot stress sufficiently the need of the Court's ruling because, as it stands now, the plaintiff has -$10.00 in his inmate amount; that means that he owes ten (10) dollars and the Institution is still telling him that he **cannot** make legal copies. Hence, none of the defendant's will be copied on the pleadings unless the Court orders the Clerk to send them some.

         **WHEREFORE,** the plaintiff, Jason Benson, needs the Court to grant him the $20,000.00 in sanctions as a stern reminder to the defendant Ellien, and counsel that this Court's order will be obeyed and the plaintiff's rights will not be tread on as if they were a mat to wipe their feet, and/or in the alternative the relief requested in ¶ 8, above as well as the sanctions; So the plaintiff Prays.

                                        Respectfully submitted,

Date: December 4,2001                   Jason Benson, Plaintiff

---

1. The illegally diseminated documents are attached hereto as exhibits "B-1 thru 24."

## AFFIDAVIT OF JOSEPH DYSON

I, Joseph Dyson, am an inmate at the State Correctional Institution at Smithfield. I am engaged in a civil-action against various corrections personnel and private practitioners. I have been working to complete the discovery process for trial that was Ordered to be scheduled by the court. See, Dyson v. Gillis, et al., 1:99-CV-1336.

On November 28, 2001, I received legal mail from defense counsel Sean Robins, Esquire, of Gold, Butkovitz & Robins, P.C. This mail was appropriately recorded in the block Legal Ledger by the block officer. It was a large white envelope marked with Certified Mail tracking number P-157-563-981. The package was clearly addressed to me and contained discovery material relative to my case. When I reviewed the contents of the material therein, I found what were Confidential Psychological, and Medical, records of Jason Benson (#DS-6483), another inmate who is confined at this institution.

I immediately realized these documents shouldn't be in my possession, so I discovered who Jason Benson was, and returned these documents to him. When I met him, I had explained to him how these documents came into my possession. I learned that the same attorneys are involved in both our cases. They had erroneously released the wrong confidential records to the wrong person. I asked him to let me know if he receives any of my records. I also advised him I will be available to give trial testimony should the same be necessary.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Joseph Dyson_

Joseph Dyson
SCI-Smithfield (#CA-8143)
1120 PikeSt., P.O. Box 999
Huntingdon, PA 16652

Date: November 30, 2001

"A"

Sep 26 00 02:49p

# **Chart**

B-1

# PHYSICIAN'S ORDERS

Exhibit F

Benson Jason

DS6483

9-27-76

SCIsm

Drug Allergies:
NKA

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 0910 4-28-99 | | ① Neu referr |
| 4-28-99 | | |
| | | **S. CRAIG HOFFMAN PA-C** |
| 6/4/99 0915 4-4-99 | A | ① D/c Dilantin |
| 0900 | | **RONALD A LONG, M.D.** |
| 6-8-99 1515 c | A | ① Cont on seizure clinic |
| | | RAY McMULLEN, PA-C |
| 7-23-99 | | continue STST FPD O.L.C ID  **DR. MIGUEL SALOMON M.D.** |
| | | **DR. MIGUEL SALOMON M.D.** |

This information is strictly CONFIDENTIAL and is for the use of only the person or agency to whom it is addressed. These reports are not to be made available to any person

B-7

09/27/00. WED 08:32 FAX 814 533 3110    RISK MANAGEMENT    ☒008

Sep 26 00 02:39p    p.19

01/25/2000    15:15    NO.108    P05

## CONFIDENTIAL

## PSYCHIATRIC EVALUATION

**INMATE NAME: BENSON, JASON**    **DOC NUMBER: DS8483**

**DATE OF EVALUATION: 1/13/00**    **TIME: 1525 hours**

**INSTITUTION: SCI-Smithfield**

The patient was evaluated today by Dr. Ellien in follow-up for his current mental health needs.

**S: Problem #1**

The patient reported that he is still having break through anxiety. He frequently does not take his morning Klonopin because he is over sleeping. Ambien, at times, help him to sleep but other times he only ends up feeling sluggish and lethargic the next morning. The patient denies depression but we continue to talk about antidepressant medications as an indication to treat panic disorder and his anxiety. We reviewed various options, including previous tricyclic antidepressants, Tofranil, Pamelor and Elavil. We also discussed Paxil. The patient agreed that Paxil would be his choice. I reviewed its indications, benefits, side and adverse effects and precautions and the patient gave consent. The patient continues to deny any hopelessness or suicidal ideation.

**O:** Current medication: Klonopin 1 mg b.i.d. although the patient frequently misses a.m. dose and Ambien 20 mg hs, daily.

**Affect:** Somewhat labile. **Mood:** Anxious. The patient denies any psychosis, hallucinations, agitation or suicidal thoughts. The patient did not show any tremor or abnormal or involuntary movement.

**A:**    Panic disorder with agoraphobia, increased symptoms.
**ICD-9 CM:** 300.01
**GAF** = 55.

**P:**    1.    Cancel Ambien order since it does not appear to be helping but does leave patient feeling sedated the next morning.
2.    Cancel current Klonopin order and continue with full 2 mg dose all at hs.
3.    Begin Paxil 10 mg at 4:00 p.m., daily, for one week then increase to 20 mg p.o. at 4:00 p.m., daily.
4.    Next appointment in 2 weeks.

William Ellien, M.D.
Psychiatrist

B-3

Case 1:00-cv-01229-WWC    Document 121    Filed 12/07/2001    Page 9 of 30
09/27/00   WED 08:36 FAX 814 533 3110        RISK MANAGEMENT                                ☑017

Sep 26 00 02:35p                                                                            P.10

09/22/1999    00:59                                                       NO.170   DO7

**CONFIDENTIAL**

**PSYCHIATRIC EVALUATION**

**INMATE NAME: BENSON, JASON**                        **DOC NUMBER: DS6483**

**DATE OF EVALUATION: 9/1/99**

**INSTITUTION: SCI-Smithfield**

**S:** Mr. Benson informs me that he was just down at the county prison for a few days for legal matters. While he was there, he had a grand mal seizure and was admitted to the ICU. He demonstrates the lacerations produced by his teeth on the edge of his tongue. Mr. Benson informs me that he had been off his Dilantin some time during the month of August.

Mr. Benson reports that since he has been on Serzone, he has noticed no decrease in the intensity or frequency of his panic attacks and that he still has problems sleeping.

**O:** Mr. Benson is pleasant and cooperative throughout the interview process. He has a broad range of affect that is generally appropriate to context other than some nervous laughter when he is describing his seizures. He presents no suicidal or hostile ideation.

**A:** Panic attacks with agoraphobia (300.21), mixed personality disorder and seizure disorder.

**P:** We discussed the lowering of seizures produced by mini psychotropic medications and the habituating potential of Xanax and Ativan and the distinct fluctuations in there concentrations in his body particularly with any irregularity of usage.

I have written orders to discontinue Mr. Benson's Serzone and have written orders for Klonopin .5 mg in the morning and 1 mg in the evening hoping to enhance his protection against seizures and reduce his anxiety symptoms without taking inordinate risks of habituation. I would like to see him for a follow-up visit in one month.

Eugene Polmueller, M.D.
Psychiatrist

EP/mgr
D:9/1/99
T:9/2/99



**CONFIDENTIAL**

**PSYCHIATRIC EVALUATION**

**INMATE NAME: BENSON, JASON**          **DOC NUMBER: DS6483**

**DATE OF EVALUATION: 1/27/00**          **TIME: 2000 hours**

**INSTITUTION: SCI-Smithfield**

The patient is evaluated for current psychiatric needs in follow-up from last appointment with Dr. Ellien.

**S: Problem B**

The patient reports that he is not sleeping at night. He continues to feel very anxious and attributes this to ongoing court cases and near notice that he was going to return to Adams County tomorrow. He reported feeling somewhat hyper with Paxil but that side effects is going away. We discussed adjunctive use of Sinequan to assist with sleep and anxiety. Depressive symptoms were reviewed along with indications, benefits, side and adverse effects and the patient indicated his understanding and gave consent.

**O:** Current medication: Klonopin 2 mg at night, Paxil 20 mg at 4:00 p.m., daily.

**Affect:** Anxious and irritable. **Mood:** Upset and anxious. The patient denies any suicide thoughts. He denies hallucinations but does admit to sometimes seeing "shadows." He denied any other symptoms indicative of psychosis and there is no suicide thoughts or agitation.

**A:** Panic disorder with agraphia (300.01). GAF = 56.

**P:**   1.   Begin Sinequan concentrate 100 mg hs prn, daily, to help with sleep, depression and anxiety.
        2.   Continue Klonopin 2 mg each night.
        3.   Continue Ambien 20 mg each night.
        4.   Follow-up in telemedicine in 1 month.

William G. Ellien, M.D.
Psychiatrist

WGE/mgr
D:1/27/00
T:1/28/00

Jason Benson
17 May 2000
1740 hours
Problem #B

**Smithfield – Progress Note for Psychiatry:**
The patient was clinically evaluated, today, for
psychiatric needs. Last appointment on 4-11-00.
S. I reflected with the patient how tense our last
session was (refer to 4-11-00 note). The patient stated
that his current concerns centered on going back to
his county (Gettysburg) for trial. He shared that he
was afraid his Dilantin would not be given to him. I
shared that I would note, with emphasis, the
importance of the Dilantin, in particular, being given
as prescribed. Nurse also described the medical data
which is placed on a transfer sheet as well as that
inmate will have a 5-day supply of his meds sent with
him. The patient noted that he has not been able to
sleep. Otherwise, he appears to be tolerating taper of
Klonopin. He continues to not want an
antidepressant for treatment of anxiety disorder
symptoms, however. He had been treated with
Ambien last fall. It was generally helpful although
eventually it was D/C'd due to mild side effects. In
retrospect, this may have been due to concurrent
Klonopin, which has been substantially reduced.
After further discussion, we agreed to start PRN
Ambien to get some help with sleep, and follow side
effect issues. Klonopin taper and D/C orders will
continue. Patient denied any fears or concerns about
losing control. He denied anger problems or mood
swings and he denied any suicide thoughts or assault
or homicide urges.

William G. Ellien, M.D.

Progress Notes
Commonwealth of PA
Dept. of Corrections
DC-472

Inmate Name: Jason Benson
Inmate Number: DS 6483
DOB: 9-27-76
Institution: Smithfield

09/27/00  WED 08:48 FAX 814 533 3110        RISK MANAGEMENT                                    ☒040

Sep 26 00 02:43p                                                                              P. 28

    03/07/2000    09:16                                                       NO. 434    D04

BENSON, JASON                        57139138/0                  23 YEARS    MALE
    Page   1  From Chantilly          FOR ELLIEN, MD (SS)        LAN:T30319
    COLLECTED:  200003020745          30312 SCI-SMITHFIELD
    RECEIVED:   03/03/2000            JERSEY SHORE HOSPITAL
    REPORTED:   03/05/2000            P.O. BOX 999
2000/   0/ 30312/  0/20001646        HUNTINGDON PA 16652
    HISTORY NO: DS6483                ROOM/BED:   S9

------------------TESTS------------------RESULTS-FLAG--REF. RANGE------UNITS

89417/Chantilly
Doxepin, Serum
  Doxepin                                 None detected
                                          Detection limit 5 ng/mL
  Desmethyldoxepin                        None detected
                                          Detection limit 5 ng/mL
  Doxepin + Desmethyldoxepin              None detected
      Therapeutic range:                  150-250 ng/mL
      (Doxepin plus Desmethyldoxepin)

      POTENTIALLY TOXIC VALUES:
      Doxepin:                            >= 450 ng/mL
      Desmethyldoxepin:                   >= 450 ng/mL
      Doxepin + Desmethyldoxepin:         >= 450 ng/mL

                                   *** FINAL REPORT ***
[P 68948]-[S 2638]

                                   Nathan Sherman, M.D.
                                   Director of Laboratories

A       N       NCS
A-Requires a DC 472 SOAP Note

        Ronald Long, M.D.

# PHYSICIAN'S ORDERS

| | |
|---|---|
| Inmate Name: | Jason Berson |
| Inmate Number: | DS 6483 |
| DOB: | 9-27-76 |
| Institution: | Smithfield |

Drug Allergies:  NKA

Self-Medication Program ☐ Yes ☑ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS          1 |
|---|---|---|
| 7-27-99 1615 hrs | 6 | ① Next appointment in 1 month. |
| | | ② Ativan 1mg PO q 6 hrs PRN anxiety attack: · max 2 doses/day; · max 6 doses/week; for 1 month |
| | | ③ Begin Imipramine 50mg PO hs, daily, through 3 Aug '99 |
| | | ④ On 4 Aug 99 - increase Imipramine to 75mg PO hs, daily, through 10 Aug 1999 |
| | | ⑤ On 11 Aug 99 - increase Imipramine to 100mg PO hs, daily, for 5 months |
| | | ⑥ On/about 19 Aug 1999 - obtain Tofranil (Imipramine + desipramine) blood level in AM. |
| | | William G. Flein MD |

R-8

09/27/00  WED 08:36 FAX 814 533 3110    RISK MANAGEMENT                      ☒016

Sep 26 00 02:36p                                                             P.11

# PHYSICIAN'S ORDERS

Inmate Name: Jason Benson

Inmate Number: DS 6483

DOB: 9-27-76

Institution: SCI-Smithfield.

Drug Allergies: NKA

Self-Medication Program ☐ Yes  ☒ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS                                    1 |
|---|---|---|
| 9-23-99 | B | ① Next appointment in 2 weeks |
| 1600 cont | | ② Begin Ambien 10 mg PO hs daily, for 5 months. |
| | | ③ Con't Klonopin 0.5 mg PO q AM and 1 mg PO hs daily, for 5 months. |
| | | William Oben MD |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

R-9

# PHYSICIAN'S ORDERS

Inmate Name: **Jason Benson**

Inmate Number: **DS 6483**

DOB: **9-27-76**

Institution: **SCI-Smithfield.**

Drug Allergies: **NKA**

Self-Medication Program ☐ Yes    ☑ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS    1 |
|---|---|---|
| 10-19-99 1150hrs | B | ① Next appointment in 1 day or 7 days—when/after released from infirmary. |
| | | ② Cancel Ambien order. |
| | | William G Elfein MD |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

09/27/00   WED 08:34 FAX 814 533 3110        RISK MANAGEMENT                                    012

Sep 26 00 02:37p                                                                              P. 15

# PHYSICIAN'S ORDERS

Inmate Name: Jason Benson

Inmate Number: DS 6483

DOB: 9-27-76

Institution: SCI-Smithfield.

Drug Allergies:

NKA

Self-Medication Program ☐ Yes  ☑ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS          1 |
|---|---|---|
| 11-8-99 | B | ① Next appointment in 1 month. |
| 1440 hrs | ③ | Begin Ambien 20mg P.O. hs, daily, for 6 weeks. |
| | ③ | Redose — on 16 Nov '99 — current Klonopin order to 1mg PO q AM and 1mg PO hs, daily, for 6 wks. |
| | | William B. Brian, MS |

09/27/00  WED 08:33 FAX 814 533 3110        RISK MANAGEMENT                              ☑010

Sep 26 00 02:38p                                                                        P.17

# PHYSICIAN'S ORDERS

Inmate Name: Jason Benson

Inmate Number: DS 6483

DOB: 9-27-76

Institution: SCI-Smithfield.

Drug Allergies: NKA

Self-Medication Program ☐ Yes  ☑ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS                                            1 |
|---|---|---|
| 12-8-99 1525cw | B | ① Next appointment in 4 weeks. |
| | | ② Con't/ renew Ambien 20mg PO hs, daily, for 6 months. |
| | | ③ Con't/ renew Klonopin 1mg PO q AM, and 1mg PO hs, daily, for 6 months. |
| | | William S. Ellien, MD. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

09/27/00  WED 08:45 FAX 814 533 3110    RISK MANAGEMENT    ☑033

Sep 26 00 02:46p    P.35

## PHYSICIAN'S ORDERS

Inmate Name: Jason Benson

Inmate Number: DS 6483

DOB: 9-27-76

Institution: Smithfield

Drug Allergies:    NKA

Self-Medication Program ☐ Yes  ☑ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS                    1 |
|---|---|---|
| 4-11-00 | B | ① Next appointment in 6 weeks |
| 1615 hrs | | ② Cancel current Klonopin order. |
| | | ③ Begin Klonopin 0.25mg PO at 11Am and 1.5mg PO hs, daily, through 4-18-00. |
| | | ④ On 4-19-00 reduce Klonopin to 1.5mg PO hs, daily, thru 4-25-00. |
| | | ⑤ On 4-26-00 reduce Klonopin to 1.25mg P.O. hs, daily, thru 5-2-00 |
| | | ⑥ On 5-3-00 reduce Klonopin to 1mg P.O. hs, daily, thru 5-9-00 |
| | | ⑦ On 5-10-00 reduce Klonopin to 0.75mg PO hs, daily, thru 5-16-00 |
| | | ⑧ On 5-17-00 reduce Klonopin to 0.50mg PO hs, daily, thru 5-23-00 |
| | | ⑨ On 5-24-00 reduce Klonopin to 0.25mg PO hs, daily, thru 5-30-00. |
| | | ⑩ On 5-31-00 cancel all further Klonopin. |
| | | ⑪ Cancel Paxil order: non-compliance |
| | | ⑫ Cancel Sinequan order: patient refusal. |
| | | ⑬ Refer to be seen by Dr. Long to be counseled about decision to refuse to take Dilantin and risks related to status epilepticus. |
| | | ⑭ Place on "must take" list for Dilantin and Klonopin                    William H Ellien MD |
| | | William Ellien, M.D. Psychiatrist |

09/27/00  WED 08:43 FAX 814 533 3110      RISK MANAGEMENT                    ☑030

Sep 26 00 02:48p                                                            p.38

# PHYSICIAN'S ORDERS

Inmate Name: Jason Berson

Inmate Number: DS 6483

DOB: 9-27-76

Institution: Smithfield

Drug Allergies:  NKA

Self-Medication Program ☐ Yes   ☑ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS | 1 |
|---|---|---|---|
| 5-17-00 1740 | B | ① Next appointment in 1 month. | |
| 15-404-00 Nurse | | William H. Ellien, MD William Ellien, M.D. Psychiatrist | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

09/27/00  WED 08:43 FAX 814 533 3110          RISK MANAGEMENT                    ☑029

. Sep 26 00 02:48p                                                               p.39

**Jason Benson – Progress Note of 5-17-00 continued:**

<u>Current Medication</u>:  Klonopin 0.5mg hs.
<u>Affect</u>: even, appropriate;     <u>mood</u>: "worried".
Denies suicide thoughts; no psychosis or agitation.
No EPS or abnormal movements on examination.
<u>Diagnosis</u>:  Panic Disorder without agoraphobia
    <u>ICD-9 CM</u>:  300.01
    <u>Axis 5</u>:  <u>GAF = 60</u>
P.  1.  Next appointment in 1 month.
    2.  Begin Ambien 20mg hs PRN insomnia.
    3.  Emphasis on medicines being dispensed while
       in county prison during trial.

                        *William G. Ellien MD*
                  William G. Ellien, M.D.

**Progress Notes**          Inmate Name:  Jason Benson
**Commonwealth of PA**      Inmate Number:  DS 6483
**Dept. of Corrections**    DOB:  9-27-76
**DC-472**                  Institution:  Smithfield

# PROGRESS NOTES

[✓] Outpatient                                              [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-23-99 1600 | B hs | MD | Psychiatry Clinic Note: The patient was evaluated in F/U |
| | | | by Dr. Ellien. We discussed Sxs and meds: |
| | | | S. Patient is sleeping poorly, which, in turn, worsens |
| | | | anxiety. He denies full panic attacks and believes |
| | | | if sleep can be helped, anxiety will be back under |
| | | | control. We discussed TCA's: Pamelor (on age 110) |
| | | | + Sinequan; + Neurontin. Patient pointed out he |
| | | | did well, in past, on Ambien 10 mg. |
| | | | O. affect + mood: anxious. No agitation. |
| | | | Dx: 300.21      GAF = 54 |
| | | | P. 1. Begin Ambien 10 mg PO hs, daily. |
| | | | 2. Con't Klonopin 0.5 mg q AM & 1mg hs |
| | | | 3. F/U — 2 weeks.        William H Ellien MD |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472**

Inmate Name: Jason Benson

Inmate Number: DS 64 83

DOB: 9-27-76

Institution: SCT- Smithfield

09/27/00  WED 08:29 FAX 814 533 3110      RISK MANAGEMENT                                    ☑002

Sep 26 00 02:42p                                                                              P.25

# PHYSICIAN'S ORDERS

Inmate Name: Jason Benson

Inmate Number: DS 6483

DOB: 9-27-76

Institution: SCI-Smithfield.

Drug Allergies:       NKA

Self-Medication Program ☐ Yes    ☑ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 2.17.00 | B | ① Next appointment in 4 weeks. |
| 1525 hrs | | ② Increase Sinequan to 150mg PO hs, every night (not PRN), for 6 months: use Concentrate. |
| | | ③ On/about 3-2-00, obtain Sinequan blood level |
| | | ④ Increase Paxil to 30mg PO at 4pm, daily, for (6 months) /s/ William L. Ellery MD |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

1

09/27/00  WED 08:48 FAX 814 533 3110    RISK MANAGEMENT    ☒039
Sep 26 00 02:44p    p.29
4168-0616-7306 ©1987. Moore® All Rights Reserved - 0306m

# PHYSICIAN'S ORDERS

Inmate Name: Jason Benson

Inmate Number: DS 6483

DOB: 9-27-76

Institution: Smithfield

Drug Allergies: NKA

Self-Medication Program ☐ Yes  ☒ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS     1 |
|---|---|---|
| 3-23-00 | B | ① Next appointment in 3 weeks |
| 1520hrs | | ② on/about 4-6-00, obtain Tegretol blood level. |
| | | William R Everett |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

B-K

**Jason Benson**          **Smithfield – Progress Note for Psychiatry:**
**23 March 2000**          The patient was clinically evaluated, today, for
**1520 hours**             psychiatric needs. Last appointment on 2-17-00.
**Problem #B**             S. ITP was held today. Patient talked at some length
about his perception of how staff hold grudges against
him. He feels he has done all he can to accommodate
and that, other than "isolating myself completely" he
can do no more. The patient provided another
"letter" (one page, see note from 2-17-00) describing
continued panic attach symptoms: palpitations,
tremor, sweating, lightheadedness and feeling
detached or separated from his environment. He also
described these same symptoms, although not as
severe, in relationship to taking Paxil, hence his
refusal to take the medicine since late February 2000.
Sinequan has helped his sleep and he denies problems
with lightheadedness upon standing from a lying
position with it. I described the "non detectable"
blood level at the 150mg dose and recommended an
increase in order to effectively prevent panic attacks.
He asked if Klonopin dose could be doubled, which I
declined due to past history of drug abuse and high
risk of tolerance, as well as the fact that an
antidepressant is the "treatment of choice" for
treating panic disorder. We reviewed side effect and
precaution issues with Sinequan and Klonopin and he
noted his understanding and gave consent to the plan,
below. He denied any anger problems, aggressive
urges, suicide thoughts or psychotic symptoms.
O. <u>Current Medication</u>: Klonopin 2mg hs; Sinequan
    concentrate 150mg hs PRN; and Paxil 30mg at
    4pm, daily.

                                    William G. Ellien, M.D.

**Progress Notes**                    **Inmate Name: Jason Benson**
**Commonwealth of PA**                **Inmate Number: DS 6483**
**Dept. of Corrections**              **DOB: 9-27-76**
**DC-472**                            **Institution: Smithfield**

09/27/00  WED 08:47 FAX 814 533 3110        RISK MANAGEMENT                        ☑038

Sep 26 00 02:44p                                                                  P.30

### Jason Benson – Progress Note of 3-23-00 continued:

**Affect**: even, appropriate;     **mood**: "not great".
Denies suicide thoughts; no psychosis or agitation.
No EPS or abnormal movements on examination.
**Diagnosis**: Panic Disorder without agoraphobia
   **ICD-9 CM**: 300.01
   **Axis 5**: GAF = 55

P.   1.  Next appointment in 3 weeks.
     2.  Cancel Paxil order due to side effects.
     3.  Change Klonopin to 0.5mg at 11am and 1.5mg
         hs, daily.
     4.  Increase Sinequan concentrate to 250mg hs,
         daily.
     5.  Check Sinequan blood level on/about 4-6-00.

                              *William G. Ellien MD*
                              **William G. Ellien, M.D.**


**Progress Notes**              **Inmate Name:  Jason Benson**
**Commonwealth of PA**          **Inmate Number:  DS 6483**
**Dept. of Corrections**        **DOB:  9-27-76**
**DC-472**                      **Institution:  Smithfield**

09/27/00· WED 08:32 FAX 814 533 3110     RISK MANAGEMENT     ☑009

Sep 26 00 02:38p     P. 18

**Jason Benson**
**8 Dec. 1999**
**1525 hours**
**Problem #B**

**Smithfield – Progress Note for Psychiatry:**
**The patient was clinically evaluated, today, for**
**psychiatric needs.  Last appointment on 11-8-99.**
**S.  The patient is in the "hole" (RHU) since losing**
**control of his temper and punching a door.  He**
**injured his hand.  He attributed the loss of control to**
**an increase in panic attacks and anxiety.  He denied**
**irritability or depression.  Sleep onset is still delayed**
**by 2-3 hours, but he preferred to continue the**
**Ambien.  He denied any medicine side effects.  We**
**discussed TCA (tricyclic antidepressant) options:**
**report prior illicit use of Sinequan and having a**
**seizure.  Also discussed Tofranil, Pamelor and Elavil.**
**He stated that he preferred to not change any of his**
**medicines and stay with current regime.   He denied**
**feeling hopeless or suicidal and stated he was "stable"**
**today.**
**O.  Current Medication:  Klonopin 1mg qAM and**
**        1mg hs; and Ambien 20mg hs, daily.**
**Affect:  even, appropriate;     mood: "stable".**
**Denies suicide thoughts; no psychosis or agitation.**
**No EPS or abnormal movements on examination.**
**Diagnosis:  Panic Disorder without agoraphobia**
**        ICD-9 CM:  300.01**
**        Axis 5:  GAF = 60**
**P.  1.  Next appointment in 4 weeks.**
**     2.  Continue Ambien 20mg hs, daily.**
**     3.  Continue Klonopin 1mg qAM and 1mg hs.**
**     4.  Will attempt further reductions in Klonopin,**
**         due to substance abuse behavior.  Continue to**
**         consider a TCA to treat anxiety disorder.**

**William G. Ellien, M.D.**

**Progress Notes**
**Commonwealth of PA**
**Dept. of Corrections**
**DC-472**

**Inmate Name:  Jason Benson**
**Inmate Number:  DS 6483**
**DOB:  9-27-76**
**Institution:  Smithfield**

Sep 26 00 02:45p                                                              P.33

    03/24/2000    11:27                                              NO.539   P02

### INDIVIDUAL TREATMENT PLAN

NAME _Benson, Juan_ DC# _D56483_ ASSIGNED PSS _S. Trootman_

ICD CODE _Mixed personality_ Disorder ASSIGNED PSYCHIATRIST _Dr. Ellis_

PREVIOUS ICD CODE _____ DATE OF LAST TREATMENT PLAN REVIEW _10/22/99_

TENTATIVE DATE OF NEXT REVIEW _7/2000_ DATE _3/23/00_

DETAINERS/OTHER _____ MINIMUM _5/22/2001_ MAXIMUM _5/22/2004_

| PROBLEMS & GOALS MINIMUM OF (2) | TREATMENT OBJECTIVES (OBSERVABLE & MEASURABLE) | OBJECTIVES TARGET DATE |
|---|---|---|
| ① To see MH, counselor + psychiatrist as scheduled. | | |
| ② To remain misconduct free | | |
| ③ To follow prescriptive program plan | dropped out of class + once bk chose not to show up + has recently signed up again |
| ④ To remain medication compliant | | |
| ⑤ To obtain employment when available | | |

SUMMARY (UPDATED TREATMENT PLAN INFORMATION):
Inmate has recently been on cell restriction + has received black cards. He is currently not taking his Paxil + took himself off medication. Dr. Ellis is working with him on the medication issues + adjusting it. He needs to be more responsible for his behavior + prepare for parole + complete _____

B-23

| ALL THAT APPLY | TREATMENT | | | | NO.539  003 LENGTH OF TREATMENT |
|---|---|---|---|---|---|
| | 1/wk | 3/wk | Every 2 wks | 1/mo | Up to 3 mos.____ Up to 6 mos.____ More than 1 year |
| (11)INDIVIDUAL<br>_counselor_<br>_PSS_<br>_Psychiatrist_ | | | | .5<br>.5<br>.5 | |
| (12)GROUP _Dropped out of Stress & Anger but signed back up._<br>—_Kluck RAP group currently in_<br>—_signed up for math classes + keyboarding_<br>—_signed up to be a tutor_ | | | | | |
| (13)COLLATERALS | | | | | |
| (14)EDUCATION | | | | | |
| (15)OTHER (SPECIFY) | | | | | |

**REVIEW/UPDATES**

Review and update treatment plan on a new form as follows:

1. Initial review (to be completed within 14 days of admission)
2. SNU reviews a minimum of one every 120 days
3. At the request of Unit Manager.

| | | | | |
|---|---|---|---|---|
| _Jan E Bann_                    03.23.00 | | | _Angela S. Zimmerman_  3/23/00 | |
| (16)Client Signature                Date | | | (19)Counselor Signature             Date | |
| _E. Thompson-Troutman_  3/23/00 | | | _W. Vernon Weaver, MD_  3.24.00 | |
| (17)PSA Signature                   Date | | | (20)Psychiatrist Signature          Date | |
| | | | _S.R. Bush_                       3/23/00 | |
| (18) Custody Staff Signature        Date | | | (21)Unit Manager Signature          Date | |

B-23

BENSON, JASON                        5736149770              23 YEARS   MALE
    Page  1  From Chantilly         FOR ELLIEN, MD (SS)     LAN:T30319
    COLLECTED:  200004060720        30318 SCI-SMITHFIELD
    RECEIVED:    04/08/2000         JERSEY SHORE HOSPITAL
    REPORTED:    04/09/2000         P.O. BOX 999
2000/  0/ 30312/ 0/20002906        HUNTINGDON PA 16652
    HISTORY NO: DS6483              ROOM/BED:  SS

------------TESTS------------RESULTS-FLAG--REF. RANGE------UNITS

8941/Chantilly
Doxepin, Serum
    Doxepin                              7                              ng/mL
    Desmethyldoxepin              None detected
                                 Detection limit 5 ng/mL

    Doxepin + Desmethyldoxepin          7 L        150-250        ng/mL
        Therapeutic range:        150-250 ng/mL
        (Doxepin plus Desmethyldoxepin)

    POTENTIALLY TOXIC VALUES:
        Doxepin:                      )= 450 ng/mL
        Desmethyldoxepin:             7= 450 ng/mL
        Doxepin + Desmethyldoxepin:   )= 450 ng/mL

                    *** FINAL REPORT ***
    [P 67867]-[S 2787]

                            Nathan Sherman, M.D.
                            Director of Laboratories

Received
APR 1 0 2000
SCI-Smithfield
Medical Records Department

(A)
4-11-00
E0720

Ronald Long, M.D.

B-24

## CERTIFICATE OF SERVICE

I, Jason Benson, plaintiff, do hereby certify that on this 4th day of December, 2001, I served a true and correct copy of the foregoing Motion for Sanctions, Discovery Abuse and Violations of Professional Conduct to the Court.*

Mr. Jason E. Benson, Plaintiff
DS-6483, SCI-Smithfield
1120 Pike Street, P.O. Box 999
Huntingdon, PA   16652

* The plaintiff is not sending a copy of his motion, he is sending the original. As the plaintiff has explained in the motion, the Staff here at SCI-Smithfield will not allow the plaintiff to make copies of his legal pleadings and is causing the plaintiff Access to The Court problems and it would be a huge relief should the Court issue an order stating that the plaintiff must be allowed to make copies of his pleadings.

Or, in the alternative fine the staff $5,000.00 to bring them back into the relm of respecting prisoner's right of access to the Courts'.