IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. BENSON, | : | CIVIL ACTION |
| | | NO. 1:CV-00-1229 |
| Plaintiff, | : | |
| | | (Judge Caldwell) |
| vs. | : | (Magistrate Judge Blewitt) |
| | | |
| WILLIAM G. ELLIEN, M.D., et al., | : | |
| | | |
| Defendants | : | |

FILED
SCRANTON

DEC 1 4 2001

PER _____
DEPUTY CLERK

### ORDER

This matter, having come before the Court upon the Motion of defendant, William G. Ellien, M.D., for an extension of time to file dispositive motion; and the Court having considered the submissions in support of the motion, and any other submissions; and for good cause shown;

IT IS THIS 14th day of December, 2001, hereby

ORDERED that the motion of defendant, William G. Ellien, M.D., for an extension of time to file dispositive motion is GRANTED. Dr. Ellien shall have until December 31, 2001, to file a dispositive motion.

BY THE COURT:

_____
J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 14, 2001

Re:   1:00-cv-01229   Benson v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA   16652

David L. Schwalm, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA   17108

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA   19027

James D. Young, Esq.
Lavery & Associates, P.C.
301 Market Street
P.O. Box 1245
Suite 800
Harrisburg, PA   17108-1245

```
cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )   PA Atty Gen   ( )
                                         DA of County   ( )   Respondents   ( )
Bankruptcy Court                ( )
Other_____            ( )
                                                 MARY E. D'ANDREA, Clerk


DATE:  ____12/14/01____                   BY:  _____
                                                 Deputy Clerk
```