IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON E. BENSON          : CIVIL ACTION
          v.             : NO: 1:CV-00-1229
WILLIAM G. ELLIEN, ET AL : (JUDGE CALDWELL)
                         : (MAGISTRATE JUDGE BLEWITT)

PLAINTIFFS REPLY TO DEFENDANT
ELLIENS RESPONSE TO PLAINTIFFS MOTION
TO COMPELL DISCOVERY, PRECLUDE EXPERT TESTIMONY
AND FOR SANCTIONS

IN DEFENDANT ELLIENS RESPONSE, HE AGAIN ASSERTS THAT "DR. ELLIEN IS NOT THE CUSTODIAN OF BENSON'S MEDICAL FILE, AND IS NOT LEGALLY ENTITLED TO PRODUCE COPIES OF INMATE MEDICAL RECORD FILES". (EMPHASIS ADDED.)

EVIDENTLY, COUNSEL FOR THE DEFENDANT IS NOT BOUND BY THE LEGALITIES OF WHICH THEY PLEDGE ALLEGIANCE, AS DEMONSTRATED BY THEIR BLATANT DISREGARD TO THEIR OWN AFOREMENTIONED ASSERTION, IN THAT THEY "SENT PLAINTIFFS MEDICAL RECORDS TO AN INMATE IN S.C.I. SMITHFIELD! SURELY IF COUNSEL TRULY BELIEVED IN THEIR ASSERTION THAT THEY ARE NOT "LEGALLY ENTITLED TO PRODUCE COPIES OF INMATE MEDICAL FILES," PLAINTIFFS PSYCHIATRIC MEDICAL RECORDS WOULD NOT HAVE BEEN RELEASED TO A PERFECT STRANGER! THE PLAINTIFF ASKS THIS COURT TO REVIEW PLAINTIFF'S "MOTION FOR SANCTIONS FOR DISCOVERY ABUSE AND VIOLATIONS OF PROFESSIONAL CONDUCT" (DATED DECEMBER 4, 2001) BEFORE RESPONDING TO DEFENDANT ELLIENS PREVARICATED RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION. THE DEFENDANTS STATEMENTS SPEAK VOLUMNS IN THE CONTEXT OF WHAT THE PLAINTIFF IS PRESENTING ABOVE. FOR INSTANCE, "DR. ELLIEN IS NOT THE CUSTODIAN OF BENSONS MEDICAL RECORDS FILE, [AND IS NOT LEGALLY ENTITLED TO PRODUCE COPIES] OF INMATE MEDICAL RECORDS FILES". SUBSTANTIALLY HERE THE DEFENDANTS CLEARLY ILLUSTRATES THAT HE HAS BROKEN THE LAW. THE ONLY THING LEFT FOR THE COURT TO DETERMINE IS A PROPER AND FAIR PUNISHMENT FOR THEIR ACTIONS.

IN REGARDS TO THE PLAINTIFF'S REQUESTS FOR SANCTIONS, THE COURT MUST CONSIDER THE PLAINTIFF'S CURRENT OUTSTANDING COURT COSTS AND RESTITUTION, AS WELL AS THE REMAINING BALANCE OF PLAINTIFFS INFORMA PAUPERIS STATUS.

Currently, Plaintiff owes a total of $4445.49 to Adams County under case numbers CC-510-98 and CC-882-99 (see Exhibit "A").

As well, Plaintiff owes this court the remaining balance of his in forma pauperis fees ($59.69, see Exhibit "B").

Because the PLRA provides that any court appointed award or sanction must first be used to pay Plaintiff's outstanding court costs and restitution, it is necessary for this court to award damages and sanctions that will first cover the aforementioned fines, costs, and restitution totalling $4505.18, and second enough for Plaintiff to continue to provide legable motions and copies to this court, and the defendant's in this case.

It must be noted that time and again, the courts have found that a petitioner who challenges the licit conduct of his adversaries is entitled to a prompt disposition of his complaint. To allow this situation to languish in a procedural morass of the defendant's own creation mocks the constitutional guarantee of the Plaintiff's civil rights, and the intent of Congress to preserve their availability.

Thereby, the Plaintiff respectfully requests this court to grant Plaintiff's motion for sanctions for discovery abuse and violations of professional misconduct.

December 25, 2001

Jason E. Benson, DS6483
S.C.I. Smithfield
P.O. Box 999, 1120 Pike St.
Huntingdon, PA 16652

CERTIFICATE OF SERVICE

THE PLAINTIFF JASON E. BENSON, HEREBY CERTIFIES THAT THE DATE INDICATED BELOW, THE ATTACHED MOTION WAS MAILED TO THE COURT BY FIRST CLASS MAIL.

DATE: DECEMBER 25, 2001

BY *[signature]*

Jason E. Benson, DS6483
S.C.I. Smithfield
P.O. Box 999, 1120 Pike St.
Huntingdon, PA 16652

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 2, 2002

Re:  1:00-cv-01229    Benson v. Duran

True and correct copies of the attached were mailed by the clerk
to the following:

    David L. Schwalm, Esq.
    Thomas, Thomas & Hafer, LLP
    305 North Front Street
    Sixth Floor, P.O. Box 999
    Harrisburg, PA  17108

    Alan S. Gold, Esq.
    Monaghan & Gold, P.C.
    7837 Old York Road
    Elkins Park, PA  19027

    James D. Young, Esq.
    Lavery & Associates, P.C.
    301 Market Street
    P.O. Box 1245
    Suite 800
    Harrisburg, PA  17108-1245

cc:
Judge                            ( )                    ( ) Pro Se Law Clerk
Magistrate Judge                 ( )                    ( ) INS
U.S. Marshal                     ( )                    ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )    PA Atty Gen  ( )

                                                                                             *JB* 1/2/02