IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON E. BENSON, | : | CIVIL ACTION<br>NO. 1:CV-00-1229 |
| Plaintiff, | : | |
| vs. | : | (Judge Caldwell)<br>(Magistrate Judge Blewitt) |
| WILLIAM G. ELLIEN, M.D., et al., | : | |
| Defendants | : | |

FILED
SCRANTON
JAN 3 2002
PER _____
DEPUTY CLERK

## ORDER

This matter, having come before the Court upon the Motion of defendant, William G. Ellien, M.D., for an extension of time to file his brief and attachments thereto in support of his motion for summary judgment; and the Court having considered the submissions in support of the motion, and any other submissions; and for good cause shown;

IT IS THIS 3rd day of January, 2002, hereby

ORDERED that the motion of defendant, William G. Ellien, M.D., for an extension of time to file his brief and attachments thereto is support of his motion for summary judgment is GRANTED. Dr. Ellien shall have until January 15, 2002, to file his brief and attachments thereto.

BY THE COURT:

_____
J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 3, 2002

Re:  1:00-cv-01229    Benson v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

    Jason Eric Benson
    SCI-SM
    #DS-6483
    P.O. Box 999
    1120 Pike St.
    Huntingdon, PA  16652

    David L. Schwalm, Esq.
    Thomas, Thomas & Hafer, LLP
    305 North Front Street
    Sixth Floor, P.O. Box 999
    Harrisburg, PA  17108

    Alan S. Gold, Esq.
    Monaghan & Gold, P.C.
    7837 Old York Road
    Elkins Park, PA  19027

    James D. Young, Esq.
    Lavery & Associates, P.C.
    301 Market Street
    P.O. Box 1245
    Suite 800
    Harrisburg, PA  17108-1245

```
cc:
Judge                          ( )            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____    ( )
                                                MARY E. D'ANDREA, Clerk

DATE:    1/3/02                         BY:  _____
                                              Deputy Clerk
```