IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON E. BENSON
v.
DURAN, et al

: CIVIL ACTION NO: 1:CV-00-1229
: (JUDGE CALDWELL)
: (MAGISTRATE JUDGE BLEWITT)



**PLAINTIFF'S REQUEST TO ADD SUPPLEMENTAL COMPLAINT AGAINST ALAN S. GOLD, ESQ., SEAN ROBINS, ESQ., ALAN BUTKOVITZ, ESQ., AND THE LAW FIRM OF GOLD, BUTKOVITZ, AND ROBINS, P.C.**

Plaintiff respectfully requests this Court to allow him to file a supplemental complaint against Alan S. Gold, Esq., Sean Robins, Esq., and Alan Butkovitz, Esq., and the law firm of Gold, Butkovitz, and Robins, P.C., in accordance to Fed. R. Civ. P. 15(d).

1) As previously addressed to this Court in Plaintiff's Motion For Discovery Abuse and Violations of Professional Conduct date December 4, 2001, the above mentioned individuals and law firm did send Plaintiff's confidential medical/psychiatric records to Joseph Dyson (CA-8143), an inmate at S.C.I. Smithfield. Mr. Dyson is not affiliated with this case, nor is he an associate of the Plaintiff in any way.

2) The casual, unjustified dissemenation of confidential medical information to non-medical staff or other prisoners is unconstitutional. See Woods v. White 689 F. Supp at 877

3) The plaintiff has enclosed a copy of his intended Supplemental Complaint

FILED
SCRANTON
JAN 25 2002
PER _____
DEPUTY CLERK

RECEIVED
SCRANTON
JAN 25 2002
PER _____
DEPUTY CLERK

Jason E. Benson, #DS6483
P.O. Box 999, 1120 Pike St.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON E. BENSON  : CIVIL ACTION NO: 1:CV-00-1229
v.  : (Judge Caldwell)
DURAN, et al  : (Magistrate Judge Blewitt)

PLAINTIFFS SUPPLEMENTAL COMPLAINT AGAINST ALAN S. GOLD, ESQ, SEAN ROBINS, ESQ, ALAN BUTKOVITZ, ESQ, AND THE LAW FIRM OF GOLD, BUTKOVITZ

1) Since the begining of litigation the Plaintiff has requested defendant Either counsel (Sean Robins, Esq, Alan Gold, Esq, Alan Butkovitz, and the law firm of Gold, Butkov and Robins, P.C.) to provide plaintiff with copies of his medical/psychiatric file.

2) Counsel has repeatedly denied Plaintiff copies of his medical records, stating that th are not, and have never been, the custodian of his medical records, and, as such, thu client does not have the authority, legal or otherwise, to produce a copy of plaintif medical file (See Exhibit "A")

3) Despite counsels assertion that they cannot legally produce copies of plaintiff medical/psychiatric records to him, they did provide copies of plaintiffs confidential medical records to Joseph Dyson (CA-8443), a prisoner at S.C.I. Smithfield. Inmate Dyson is not affiliated with this case, nor is he associated with the plaintiff in an way. Dyson recieved Plaintiffs medical/psychiatric records on November 28, 2001. On November 30, 2001 Dyson wrote and signed an affadavit confirming that he did in fact recieve plaintiffs confidential medical/psychiatric records from the law firm of Gold, Butkovitz, and Robins, P.C. (See Exhibit "A" of Plaintiffs Motion for Discovery Ab d Violations of Professional Conduct)

e casual, unjustified dissemenation of confidential medical information to non- l staff and other prisoners is unconstitutional. Counsel, in so , / plaint

WHEREFORE, Plaintiff requests this court grant the following relief:

A.) Award Compensatory damages in the following amounts:

1.) $2,000,000.00 jointly and severally against Alan Gold, Esq., and Alan Butkovitz, Esq.

2.) $1,000,000.00 against Sean Robins, Esq

3.) $5,000,000.00 against the law firm of Gold, Butkovitz & Robins, P.C.

B.) Award Punitive damages in the following amounts:

1.) 2,000,000.00 against Alan Gold, Esq., and Alan Butkovitz, Esq.

2.) 1,000,000.00 against Sean Robins, Esq

3.) 5,000,000.00 against the law firm of Gold, Butkovitz & Robins, P.C.

CLAIMS FOR RELIEF

1) The actions of Alan Gold, Esq., Alan Butkovitz, Esq., Sean Robins, Esq., and the law firm of Gold, Butkovitz, and Robins, P.C. in violation of plaintiffs Constitutional right to privacy, did release plaintiffs confidential medical and psychiatric records to a state prisoner.

2) Herein, for the violations aforementioned plaintiff requests that the above mentioned defendants be brought up on charge before the Disciplinary Board.

3) That above mentioned defendants be instructed on how to handle confidential information.

4) That the defendants award plaintiff damages in the amount of $10,000,000.00
   §a $5,000,000.00 jointly
   §b $2,000,000.00 from Gold; $2,000,000.00 from Butkovitz; $1,000,000.00 from Robins

CERTIFICATE OF SERVICE

I, Jason E. Benson, Plaintiff, hereby certify that a true and complete document to this Court and was served by First Class Mail in a prepaid envelope.

by /s/ Jason E. Benson

Jason E. Benson, DS6483
S.C.I. Smithfield
P.O. Box 999, 1120 Pike St
Huntingden, PA 16652

January 17, 2002