IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. 1:CV-00-1229 |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | |

**FILED
SCRANTON
FEB 12 2002
PER _____
DEPUTY CLERK**

<u>ORDER</u>

AND NOW, this 12th day of **February, 2002**, IT IS HEREBY ORDERED THAT Plaintiff's Request to Add Supplemental Complaint (Doc. 132) is **DENIED**.

**THOMAS M. BLEWITT
United States Magistrate Judge**

Dated: February 12, 2002

```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

                * * MAILING CERTIFICATE OF CLERK * *

                        February 12, 2002
```

Re:  1:00-cv-01229    Benson v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

```
Jason Eric Benson
SCI-SM
#DS-6483
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

David L. Schwalm, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
Sixth Floor, P.O. Box 999
Harrisburg, PA  17108

Alan S. Gold, Esq.
Gold, Butkovitz & Robins, P.C.
7837 Old York Rd.
Elkins Park, PA  19027   Fax No.: 12156352543


James D. Young, Esq.
Lavery, Faherty, Young & Patterson, P.C.
301 Market St., Suite 800
P.O. Box 1245
Harrisburg, PA  17108-1245    Fax No.: 17172337003
```