FILED
HARRISBURG

FEB 19 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ERIC BENSON,<br>Plaintiff | CIVIL ACTION |
| v. | NO. 1:00-CV-01229 |
| THOMAS DURAN; BRUCE CLUCK;<br>DEBRA HANKEY; JOHN JENNINGS;<br>WILLIAM ORTH; RAE HIENTZELMAN;<br>RONALD LONG and WILLIAM ELLIEN;<br>BRITON SHELTON; WILLIAM J.<br>STEINOUR AND ADAMS COUNTY<br>PRISON<br>Defendants | JURY TRIAL DEMANDED<br>Caldwell / Blewitt |

## MOTION OF THOMAS DURAN, BRUCE CLUCK, DEBRA HANKEY, JOHN JENNINGS, WILLIAM ORTH, RAY HEINTZELMAN, BRITON SHELTON AND ADAMS COUNTY PRISON FOR EXTENSION OF TIME TO FILE REPLY BRIEF

AND NOW, come Defendants Thomas Duran, Bruce Cluck, Debra Hankey, John Jennings, William Orth, Ray Heintzelman, Briton Shelton and Adams County Prison (collectively referred herein as the "Adams County Defendants"), by their attorneys, Thomas, Thomas & Hafer, LLP, and move for an extension of time in which to file a reply brief based upon the following:

1. On November 15, 2001, the Adams County Defendants filed a Motion to Summary Judgment with supporting documentation and a Brief.

2. On or about December 4, 2001, the Plaintiff filed materials in opposition to Motions for Summary Judgment that had been filed on behalf of all Defendants.

3. The Plaintiff did not serve copies of his December 4, 2001 filing on the undersigned.

4. It was not until February 13, 2002, that the undersigned discovered through a docket search that materials had been filed in response to the Adams County Defendants' Summary Judgment Motion.

WHEREFORE, the Adams County Defendants respectfully request a ten (10) extension of time in which to file a Reply Brief.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

By: _____K. C. McNamara_____
Kevin C. McNamara, Esquire
I.D.#72668
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108-0999
(717) 237-7132
Attorneys for Defendants

DATE: 2/19/02

2

## CERTIFICATE OF SERVICE

I, Kevin C. McNamara, Attorney for Thomas, Thomas & Hafer, LLP, hereby certify that a copy of the foregoing document was served upon the following, by enclosing a true and correct copy in an envelope addressed as follows, postage prepaid:

Jason E. Benson
Inmate # DS-6483
SCI Smithfield
P. O. Box 999
1120 Pike Street
Huntingdon, PA 16652

Alan S. Gold, Esquire
7837 Old York Road
Elkins Park, PA 19027

James D. Young, Esquire
Lavery, Faherty Young & Patterson, P.C.
P.O. Box 1245
Harrisburg, PA 17108-1245

THOMAS, THOMAS & HAFER, LLP

By: /s/ Kevin C. McNamara
Kevin C. McNamara

:158724.1    2/19/02