IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. 1:CV-00-1229 |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 26th day of **February, 2002, IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall serve a copy of Documents 132 and 133 on counsel for Defendant William G. Ellien, M.D., as follows:

> Sean Robins, Esquire
> 7837 Old York Road
> Elkins Park, PA 19027

2. It has been brought to the Court's attention that Plaintiff has not served these documents on counsel for Dr. Ellien.

3. Upon review of Documents 132 and 133, if counsel feels it necessary to reply, said reply should be filed by **March 15, 2002.**

4. Plaintiff is directed to serve all future pleadings on <u>all</u> parties to this action.

_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: February 26, 2002