IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON,<br>         Plaintiff | : | CIVIL ACTION NO. 1:CV-00-1229 |
| | : | |
| | : | (Judge Caldwell) |
| vs. | : | |
| | : | |
| THOMAS DURAN, et al., | : | (Magistrate Judge Blewitt) |
|          Defendants | : | |

### ORDER

AND NOW, this 7th day of ~~February,~~ MARCH 2002, upon consideration of Defendant, Ronald Long, M. D.'s Motion for Extension of Time to File a Reply Brief, it is hereby ordered, adjudged and decreed that said Motion is granted and Defendant Long shall have ten (10) days from the date of this Order in which to file a Reply Brief to the Plaintiff's filing of December 4, 2001.

BY THE COURT:

FILED
SCRANTON

MAR 7 2002

PER _____
   DEPUTY CLERK

Thomas M. Blewitt,
United States Magistrate Judge