

3/7/02
140

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ERIC BENSON,<br>Plaintiff | CIVIL ACTION |
| v. | NO. 1:00-CV-01229 |
| THOMAS DURAN; BRUCE CLUCK; DEBRA HANKEY; JOHN JENNINGS; WILLIAM ORTH; RAE HIENTZELMAN; RONALD LONG and WILLIAM ELLIEN; BRITON SHELTON; WILLIAM J. STEINOUR AND ADAMS COUNTY PRISON<br>Defendants | JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this 7th day of March, 2002, upon consideration of the Motion for an Extension of Time to File a Reply Brief of Defendants Thomas Duran, Bruce Cluck, Debra Hankey, John Jennings, William Orth, Ray Heintzelman, Briton Shelton and Adams County Prison, said Motion is GRANTED and the Adams County Defendants have ten (10) days from the date of this Order in which to file a Reply Brief to the Plaintiff's filing of December 4, 2001.

FILED
SCRANTON

MAR 7 2002

PER _____
DEPUTY CLERK

BY THE COURT:

_____ J.