

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. 1:CV-00-1229 |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | |

FILED
SCRANTON
MAR - 8 2002
PER _____
DEPUTY CLERK

### ORDER

AND NOW, this 8th day of **March, 2002, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for an Order Compelling the Staff at the State Correctional Institution at Smithfield to Allow Plaintiff to Mail his Legal Mail Despite Having no Funds **(Doc. 138)** is **DENIED.**

_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: March 8th, 2002