(150)
m
3/28/02

```
03/26/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1
TRNS-ADJ       DATE       CASE NO           DEF                    FUND     AMOUNT
*********************************************************************************
                                          SCRANTON
80300283601.  03/26/02   3:00-MG-027S11       0    504100         -675.00
80300283602.  03/26/02   3:00-MG-027S11      11    504100          675.00
80300283701.  03/26/02   3:97-CR-025-01       1    504100         -321.51
80300283702.  03/26/02   3:97-CR-025-01       1    6855XX          321.51
80300283801.  03/26/02   3:02-OP-1            1    6855XX          -66.83
80300283802.  03/26/02                        0    5100PL           27.98
80300283803.  03/26/02                        0    0869PL           14.66
80300283805.  03/26/02                        0    5100PL            4.00
80300283806.  03/26/02                        0    5100PL            4.00
80300283807.  03/26/02                        0    5100PL            6.08
80300283808.  03/26/02                        0    0869PL            8.11
                                                                    2.00
                                          DIVISION TOTAL            0.00
```

Rec 87399    $2.00    1:00-1229   BENSON

REFER
Blewitt

FILED
SCRANTON
MAR 2 5 2002
m.
PER _____
DEPUTY CLERK