

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON E. BENSON,  :
    Plaintiff
                               :

vs.                   :   CIVIL ACTION NO. 1:CV-00-1229

                               :
THOMAS DURAN, et al.,
    Defendant           :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    Plaintiff has appealed the magistrate judge's order of February 12, 2002, denying his request to file a supplemental complaint against the law firm (and three of its members) representing defendant Ellien.

    This is a civil rights action in which Plaintiff alleges he was beaten up by guards and then received inadequate medical treatment. The supplemental complaint would add a claim for breach of privacy when the law firm apparently sent Plaintiff's medical and psychiatric records to another inmate.

    We will affirm the magistrate judge's order. Under Fed. R. Civ. P. 15(d), Plaintiff cannot file the supplemental complaint in this action because it would add a new claim, unrelated to the original one, and bring in new parties.

Accordingly this 2nd day of April, 2002, it is ordered that Plaintiff's "objection" (doc. 142) to the order of February 12, 2002 (doc. 134) is denied.

                                             */s/ William W. Caldwell*
                                             William W. Caldwell
                                             United States District Judge