1:00 CV 1229
Refer - Blewitt

(152)
km
5/1/02

```
04/29/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ      DATE       CASE NO        FUND      DEF                              AMOUNT
*********************************************************************************************
                                      SCRANTON
80300288301.  04/29/02   3:02-OP-1     6855XX      1                               -93.45
80300288302.  04/29/02                 0869PL      0                                45.34
80300288303.  04/29/02                 5100PL      0                                 9.30
80300288304.  04/29/02                 5100PL      0                                 4.00
80300288305.  04/29/02                 5100PL      0                                10.08
80300288306.  04/29/02                 5100PL      0                                18.26
80300288307.  04/29/02                 5100PL      0                                 2.47
80300288308.  04/29/02                 0869PL      0

                                          DIVISION TOTAL                             0.00
```

Rec 87812   4/26/02   $2.47   1:00-1229 BENSON

FILED
SCRANTON
APR 26 2002
PER _____
DEPUTY CLERK