```
05/21/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                      1
TRNS-ADJ       DATE        FUND     CASE NO            DEF                    AMOUNT
************************************************************************************
                                    SCRANTON
80300290801.  05/21/02    6855XX   3:02-OP-1            1                     -29.07
80300290802.  05/21/02    5100PL                        0                      16.00
80300290803.  05/21/02    5100PL                        0                       3.63
80300290804.  05/21/02    5100PL                        0                       6.40
80300290805.  05/21/02    0869PL                        0                       3.04
80300290901.  05/21/02    6855XX   3:02-OP-1            1                     -28.02
80300290902.  05/21/02    5100PL                        0                      28.02

                                        DIVISION TOTAL                          0.00
```

Handwritten annotations:
- 1:00 CV 1229
- Refer - Blewitt
- Orig - HB OSF
- Benson
- 1:00-1229
- $3.04
- 5/20/02
- Rec 88114
- 153
- Km 5/22/02
- FILED SCRANTON MAY 20 2002 PER ___ DEPUTY CLERK