IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. **1:CV-00-1229** |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | |

**ORDER**

FILED
SCRANTON
JUN 27 2002
PER _____
DEPUTY CLERK

AND NOW, this 27th day of **June, 2002, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Appointment of Counsel **(Doc. 145)** is **DENIED** without prejudice to Plaintiff's right to renew the motion following the Court's ruling on the outstanding motion for summary judgment.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: June 27, 2002