IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. **1:CV-00-1229** |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| THOMAS DURAN, et al., | : | |
| Defendants | : | |

### ORDER

FILED
SCRANTON
JUN 27 2002
PER _____
DEPUTY CLERK

AND NOW, this 27th day of **June, 2002, IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Preclude Expert Testimony and Motion for Sanctions for Blatent (sic) Discovery Violations **(Doc. 114)** and Plaintiff's Motion for Sanctions for Discovery Abuse and Violations of Professional Conduct **(Doc. 121)** are **DENIED** for the reasons stated in Defendants' Briefs. (Docs. 117, 124).

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: June 27, 2002