Clerk of the Court
United States District Court
235 N. Washington Ave.
Scranton, PA 18501-1148

Jason E. Benson
# DS6483
S.C.I. Smithfield
P.O. Box 999, 1120 Pike St.
Huntingdon, PA 16652

FILED
SCRANTON

JUN 27 2002

PER _____ 
DEPUTY CLERK

June 21, 2002

RE: Civil Action No. 1:CV-00-1229
Benson v. Duran, et al

Dear Clerk,

I am writing to request a complete copy of this Courts docket for the above referenced case.

If this is not possible because of costs I cannot pay, please inform me of the disposition of the most recent Motion filed by the plaintiff.

Thank you,
Jason E Benson