```
06/27/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1
TRNS-ADJ         DATE      CASE NO            FUND       DEF       AMOUNT
************************************************************************************
                                    SCRANTON
8030029410l.    06/27/02   3:96-CR-020-01     504100      1        -25.00
8030029410z.    06/27/02   3:02-OP-1          6855XX      1         25.00
8030029420l.    06/27/02   3:02-OP-1          6855XX      1        -36.81
8030029420z.    06/27/02                      5100PL      0         20.08
8030029420³.    06/27/02                      0869PL      0          1.21
8030029420⁴.    06/27/02                      5100PL      0          8.74
8030029420⁵.    06/27/02                      5100PL      0          4.80
8030029420⁶.    06/27/02                      0869PL      0          1.98

                                           DIVISION TOTAL            0.00
```

Rec 88554   6/26/02   $1.98

1:00-1229   Benson

REFER
Blewitt

FILED
SCRANTON
JUN 26 2002
PER _____ DEPUTY CLERK

158
M
6/28/02