● ORIGINAL ●

2-to ct
w/order



FILED
HARRISBURG, PA

AUG 2 0 2002

MARY E. D'ANDREA, CLERK
Per_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, <br> Plaintiff | : <br> : <br> : | CIVIL ACTION NO. 1:CV-00-1229 |
| | : | (Judge Caldwell) |
| vs. | : <br> : | (Magistrate Judge Blewitt) |
| | : | |
| THOMAS DURAN, et al., <br> Defendants | : <br> : | JURY TRIAL DEMANDED |

## DEFENDANT, DR. LONG'S MOTION FOR ENLARGEMENT OF TIME TO FILE A BRIEF IN OPPOSITION TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE BLEWITT'S REPORT AND RECOMMENDATION

AND NOW, comes Defendant, Ronald Long, M.D., by and through his attorneys, Lavery, Faherty, Young & Patterson, P.C., and files this Motion for Enlargement of Time to File a Brief in Opposition to Plaintiff's Objection to Magistrate Judge Blewitt's Report and Recommendation and in support thereof, avers as follows:

1. On July 23, 2002, Magistrate Judge Blewitt issued a Report and Recommendation recommending that the Defendants' Motions for Summary Judgment be granted and judgment entered in favor of the Defendants and against the Plaintiff.

2. On August 9, 2002, undersigned defense counsel received Plaintiff's Objection to Magistrate Judge Blewitt's Report and Recommendation.

3. Pursuant to the Local Rules of Court, Defendant Long's Brief in Opposition to Plaintiff's Objection to Magistrate Judge Blewitt's Report and Recommendation is due on or before Friday, August 23, 2002.

4. Undersigned defense counsel has prepaid vacation plans from August 17 through August 24, 2002.

5. During the week of August 12, 2002, undersigned defense counsel had previously scheduled commitments in other matters, including preparation for and attendance at a preliminary injunction hearing (<u>Diener v. Reed</u>), and drafting of pretrial conference pleadings (Motion in Limine, supporting Brief, and Pretrial Memorandum) in another case (<u>Watcher v. Pottsville Area Emergency Medical Services, Inc.</u>).

6. In light of the foregoing, undersigned defense counsel respectfully requests an enlargement of time until August 30, 2002 within which to file his Brief in Opposition to Plaintiff's Objection to Magistrate Judge Blewitt's Report and Recommendation.

7. The requested enlargement of time is brief in duration; it will not prejudice Plaintiff's substantive rights; and it will not unduly delay the adjudication of this matter on the merits.

WHEREFORE, Defendant, Dr. Long, respectfully requests that this Honorable Court grant his Motion for Enlargement of Time to File a Brief in Opposition to Plaintiff's Objection to Magistrate Judge Blewitt's Report and Recommendation and enter the accompanying Court Order.

Respectfully submitted,

Lavery, Faherty, Young & Patterson, P.C.

By: _James D. Young_ /cyk
James D. Young, Esquire
Atty No. 53904
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
Attys for Defendant, Dr. Long

DATE: 8/20/02

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 20th day of August, 2002, I served a true and correct copy of the foregoing **Defendant, Dr. Long's Motion for Enlargement of Time to File a Brief in Opposition to Plaintiff's Objection to Magistrate Judge Blewitt's Report and Recommendation** via U.S. First Class mail, postage prepaid, addressed as follows:

Mr. Jason Eric Benson
SCI-Smithfield
#DS-6483
1120 Pike Street
P.O. Box 999
Huntingdon, PA 16652

David Schwalm, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
Harrisburg, PA 17101

Alan Gold, Esquire
Monaghan & Gold
7837 Old York Road
Elkins Park, PA 19027

_Linda L. Gustin_
Linda L. Gustin