FILED
HARRISBURG, PA

AUG 21 2002

MARY E. D'ANDREA, CLERK
Per_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ERIC BENSON, | : | CIVIL ACTION NO. 1:CV-00-1229 |
| Plaintiff | : | |
| | : | (Judge Caldwell) |
| vs. | : | |
| | : | (Magistrate Judge Blewitt) |
| | : | |
| THOMAS DURAN, et al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## O R D E R

AND NOW, this 21st day of August, 2002, upon consideration of Defendant, Dr. Long's Motion for Enlargement of Time to File Brief in Opposition to Plaintiff's Objection to Magistrate Judge Blewitt's Report and Recommendation, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and Defendant Long may file a responsive brief on or before August 30, 2002.

BY THE COURT:

*William W. Caldwell*
William W. Caldwell
United States District Judge