

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON E. BENSON,                    :
       Plaintiff

                           :

       vs.                            :   CIVIL ACTION NO. 1:CV-00-1229

                           :

THOMAS DURAN, et al.,
       Defendant                   :


O R D E R

AND NOW, this 16th day of September, 2002, the court
notes that an affidavit and video tape were filed by Plaintiff
with the clerk on July 31, 2002.  Unfortunately the receipt of
this material was not docketed by the clerk.  The affidavit and
tape, however, were part of the record and were reviewed by the
court in connection with objections to the report and
recommendation filed by Plaintiff on August 9, 2002.

It is Ordered that the clerk docket the receipt of a
video tape and affidavit from Plaintiff with a nunc pro tunc date
of July 31, 2002.

_William W. Caldwell_
William W. Caldwell
United States District Judge



FILED

SEP 1 6 2002

PER
HARRISBURG, PA.        DEPUTY CLERK

AO 72A