AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

Jason E. Benson,
PLAINTIFF

v.   CASE NUMBER: 1:CV-00-1229

Thomas Duran, Warden at Adams Co. Prison;
Bruce Cluck, Deputy Warden; Debra Hankey,
Deputy Warden; John Jennings, Lt.; William Orth,
Lt.; Rae Hientzelman, Sgt.; Briton Shelton,
Corrections Officer; William Ellien, Dr., Wexford
Health Services; and Ronald Long, MD, Wexford
Health Services,
DEFENDANTS



FILED
SEP 16 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the defendants, Thomas Duran, Warden at Adams Co. Prison; Bruce Cluck, Deputy Warden; Debra Hankey, Deputy Warden; John Jennings, Lt.; William Orth, Lt.; Rae Hientzelman, Sgt.; Briton Shelton, Corrections Officer; William Ellien, Dr., Wexford Health Services and Ronald Long, MD., Wexford Health Services and against the plaintiff, Jason E. Benson.

Date: September 16, 2002     Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk