1:00 CV 1229
Termed - HBCFR

(168)
KM
9/24/02

```
09/24/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1
TRNS-ADJ      DATE       CASE NO       FUND      DEF                  AMOUNT
***************************************************************************************
                                                 SCRANTON
8030030300801.  09/24/02  3:02-OP-1    6855XX     1                   -24.18
8030030300802.  09/24/02                5100PL    0                    11.40
8030030300803.  09/24/02                5100PL    0                     0.41
8030030300804.  09/24/02                0869PL    0                     8.37
8030030300805.  09/24/02                0869PL    0                     4.00
8030030300901.  09/24/02                0869PL    0                    -5.69
8030030300902.  09/24/02                0869PL    0                     5.69

                                      DIVISION TOTAL                    0.00
```

FILED
SCRANTON
SEP 23 2002  km
PER _____ DEPUTY CLERK

Benson
1:00-1229

Rec 89569  9/23/02