IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON E. BENSON<br>　　　plaintiff | : CIVIL ACTION<br>: No. 1:CV-00-1229<br>:<br>: (Judge William Caldwell) |
| v. | : (Magistrate Judge Blewitt)<br>:<br>: |
| DURAN, et al<br>　　　defendant | |

FILED
SCRANTON

OCT 15 2002

PER _____
DEPUTY CLERK

### NOTICE OF APPEAL

Notice is hereby given that the plaintiff in the above captioned case, Jason E. Benson, hereby appeals to the United States Court of Appeals for the Third Circuit, from the final judgement from the defendants Motion for Summary Judgement, entered in this action on the 17th day of September, 2002.

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　_____
　　　　　　　　　　　　Jason E. Benson
　　　　　　　　　　　　#DS6483
　　　　　　　　　　　　S.C.I. Smithfield
　　　　　　　　　　　　P.O. Box 999, 1120 Pike St.
　　　　　　　　　　　　Huntingdon, PA 16652

DATED: October 7, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

*Divisional Offices:*

Harrisburg:     (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

RE:     BENSON VS. DURAN ET AL.
        USDC NO: 1:00-CV-1229
        USCA NO:
        E-mail Account: All correspondence should be sent to the e-mail account:
        PAMDAPPEAL3

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__       Civil Prisoner Case: Case file and docket sheet available through RACER.

_____      Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____      Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.

_____      Civil Prisoner Case: _____ Supplemental Record filed.  Documents and docket sheet available through RACER.

_____      Non-Prisoner Civil Case or Criminal Case:
            _____ Supplemental Record filed.  Docket Sheet available through RACER.

        The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

                                            Very truly yours,

                                            s/ H. Maier
                                            Deputy Clerk

Date: October 16, 2002

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCRANTON, PA

CAPTION:                                                                  DISTRICT COURT NO. __1:00 CV 1229__

BENSON

                 CT. OF APPEALS NO. _____
     V.

DURAN ET AL.

NOTICE OF APPEAL FILED 10/15/02      COURT REPORTER(S)_____

FILING FEE:

NOTICE OF APPEAL___PAID _X_ NOT PAID ___SEAMAN

DOCKET FEE  ___PAID_X_NOT PAID ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:

_X_ MOTION GRANTED(IN FIRST INSTANCE-Construed as Motion to Proceed w/o Full Prepayment)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
  (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO: Judge Caldwell
      Magistrate Judge Blewitt
      Jason Benson, Pro Se
      Kevin McNamara, Esq.
      Alan S. Gold, Esq.
      Sean Robins, Esq.
      James D. Young, Esq.

               PREPARED BY_____H. Maier_____
                   Deputy Clerk

Date: October 16, 2002