cc: *Financial, J. Caldwell,*
*M. J. Blewitt*

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___Harrisburg___   Clerk of District Court          Date ___11/25/02___
(District)

___Benson v. Duran___                                C. of A. No. ___02-3867___
(Caption)

___Jason Eric Benson___
(Appellants)

___00-cv-1229___   *J. Caldwell / M. J. Blewitt*
(D.C. No.)

                                                               NOV 29 2002

Enclosures:

___11/25/02___   Certified copy of C. of A. Order by the Court/**Clerk**
(Date)


_____   Released (Record) (Supplemental Record - First - Second - Third)


___XXXXX___   Copy of this form to acknowledge receipt and return to C. of A.


_____   Record not released at this time until appeal(s) closed at No.(s) _____


_____   Please forward Certified List in Lieu of Record to this office.


_____   The certified copy of order issued as the mandate on _____
              is recalled.

                                   *Dana M. Moore*
                                   ___Dana M. Moore___   (267)-299-___4927___
                                   Deputy Clerk         Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

                                              Rev. 3/13/00
                              Appeals (Certified List in Lieu of Record)

N:\recrel.wpd

EPS-044    November 22, 2002
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-3867

Benson v. Duran
(M.D. Pa. No. 00-cv-01229)

**FILED**
HARRISBURG, PA

NOV 2 9 2002

MARY E. _____, CLERK
Per _____
Deputy Clerk

To:  Clerk

1)  Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $105.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the Middle District of Pennsylvania. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the Middle District of Pennsylvania equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedures Chapter 10.6.

A True Copy:

_Marcia M. Waldron_
Marcia M. Waldron,
Clerk

For the Court,

_Marcia M. Waldron_
Clerk

Dated: November 25, 2002
DMM/cc: Mr. Jason Eric Benson
        Kevin C. McNamara, Esq.

John J. Hare, Esq.
Alan S. Gold, Esq.
James D. Young, Esq.