```
04/23/03              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1
TRNS-ADJ     DATE        FUND       CASE NO        DEF                     AMOUNT
*************************************************************************************
                                    SCRANTON
80300365601. 04/23/03    6855XX     3:03-OP-1        1                      -5.94
80300365602. 04/23/03    0869PL                      0                       3.20
80300365603. 04/23/03    0869PH                                              2.74
                                         DIVISION TOTAL                      0.00
```

Rec 91794   4/21/03   $2.74   1:00-1229   Benson

FILED
SCRANTON
APR 21 2003
PER _____ DEPUTY CLERK