```
05/21/03                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE        FUND     CASE NO                    DEF         AMOUNT
***********************************************************************************************
                                     SCRANTON
80300368101.    05/21/03    6855XX   3:03-OP-1                   1          -54.69
80300368102.    05/21/03    0869PL                                0            4.83
80300368103.    05/21/03    5100PL                                0            9.33
80300368104.    05/21/03    5100PL                                0            2.88
80300368105.    05/21/03    0869PL                                0            6.24
80300368106.    05/21/03    5100PL                                0            6.65
80300368107.    05/21/03    5100PL                                0            7.00
80300368108.    05/21/03    0869PL                                0            4.54
80300368109.    05/21/03    0869PL                                0            0.34
80300368110.    05/21/03    5100PL                                0           12.66
80300368201.    05/21/03    6855XX   3:03-OP-1                   1           -9.69
80300368202.    05/21/03    0869PL                                0            3.16
80300368203.    05/21/03    0869PL                                0            6.53

                                                     DIVISION TOTAL          0.00
```

Rec 92081  5/16/03   $ 6.53   1:00-1229 Benson