```
06/23/03                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ         DATE        FUND       CASE NO            DEF                      AMOUNT
*************************************************************************************************
                                                    SCRANTON
80300371001.    06/23/03    6855XX     3:03-OP-1                                    -33.12
80300371002.    06/23/03    0869PL                                                    3.84
80300371003.    06/23/03    0869PL                                                   29.28
80300371101.    06/23/03    6855XX     3:03-OP-1                                    -34.82
80300371102.    06/23/03    5100PL                                                   16.00
80300371103.    06/23/03    5100PL                                                    5.80
80300371104.    06/23/03    5100PL                                                    8.36
80300371105.    06/23/03    0869PL                                                    4.66

                                                       DIVISION TOTAL                 0.00
```

Rec 92424  6/20/03   $ 29.28   1:00-1229   Benson (Pd in Full)

FILED
SCRANTON
JUN 24 2003
PER _____ DEPUTY CLERK

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650



**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

June 23, 2003

Inmate Accounts
SCI-Smithfield
PO Box 999
Huntingdon, PA 16652

Re: CV 00-1229
    Benson v Duran, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Jason Benson DS-6483, indicates that Mr. Benson is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist