UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 02-3867

JASON ERIC BENSON

v.

THOMAS DURAN, Warden, at Adams Co.
Prison; BRUCE CLUCK, Deputy Warden; DEBRA
HANKEY, Deputy Warden; JOHN JENNINGS,
Lt.; WILLIAM ORTH, Lt.; RAE HIENTZELMAN,
Sgt.; BRITON SHELTON, Corrections Officer;
DAVID VAZQUEZ, Corrections Officer;
JANE/JOHN DOE, Corrections Officers; WILLIAM
J. STEINOUR, Dr.; WILLIAM ELLIEN, Dr., Wexford
Health Services; RONALD LONG, MD,
Wexford Health Services

Jason E. Benson, Appellant

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-01229)
District Judge: Honorable William W. Caldwell

Submitted Under Third Circuit LAR 34.1(a)
November 3, 2003

Before: ROTH, RENDELL AND FUENTES, <u>CIRCUIT JUDGES</u>

JUDGMENT

This cause came on to be heard on the record from the United States District Court

for the Middle District of Pennsylvania. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered on September 17, 2002 be, and the same is, hereby affirmed.

Costs taxed against appellant. All of the above in accordance with the Opinion of the Court.

ATTEST:

*/s/ Acting Clerk*

Acting Clerk

DATED: November 7, 2003

**Certified as a true copy and issued in lieu of a formal mandate on December 1, 2003**

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**