OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4927

www.ca3.uscourts.gov

December 1, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108

RE: Docket No. 02-3867
    Benson   vs. Duran
    D.C. No. 00-cv-01229

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

*Dana M. Moore*

By:  Dana M. Moore
     Case Manager

Enclosure

cc:
   Mr. Jason Eric Benson
   Kevin C. McNamara, Esq.
   John J. Hare, Esq.
   Alan S. Gold, Esq.
   James D. Young, Esq.
   Robert G. Hanna Jr., Esq.